**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter ___11___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/19**

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Newsco International Energy Services USA Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **fka Newsco USA** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4  2 – 1  7  7  2  8  1  4 |

4. **Debtor's address**

**Principal place of business**

**12029 Brittmoore Park Drive**
Number    Street

_____

**Houston**          **TX**    **77041**
City              State    ZIP Code

**Harris**
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City              State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City              State    ZIP Code

5. **Debtor's website (URL)**    **www.newsco-drilling.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor __Newsco International Energy Services USA Inc.__      Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.    *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY
            District _____ When _____ Case number _____
                                        MM / DD / YYYY
            District _____ When _____ Case number _____
                                        MM / DD / YYYY

Debtor  **Newsco International Energy Services USA Inc.**                              Case number (if known) _____

| | | |
|---|---|---|

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.   Debtor _____     Relationship _____

District _____     When _____
MM / DD / YYYY

Case number, if known _____

List all cases.  If more than 1, attach a separate list.

Debtor _____     Relationship _____

District _____     When _____
MM / DD / YYYY

Case number, if known _____

**11.  Why is the case filed in _this district?_**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**     _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**     _____
Number     Street

_____

_____
City                              State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and adminstrative information

**13.  Debtor's estimation of available funds**

_Check one:_

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor __Newsco International Energy Services USA Inc.__          Case number (if known) _____

| 14. | **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☑ 200-999 | | |

| 15. | **Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/04/2019__
           MM / DD / YYYY

X __/s/ Corey D. Campbell__                          __Corey D. Campbell__
    Signature of authorized representative of debtor          Printed name

Title __Chief Operating Officer__

| 18. | **Signature of attorney** | X __/s/ Stephen A. Roberts__          Date __12/04/2019__ |
|---|---|---|

           Signature of attorney for debtor              MM / DD / YYYY

    __Stephen A. Roberts__
    Printed name

    __Clark Hill Strasburger__
    Firm name

    __720 Brazos Suite 700__
    Number      Street

    __Austin__                          __TX__          __78701-9923__
    City                          State          ZIP Code

    __(512) 499-3600__                          __sroberts@clarkhill.com__
    Contact phone                          Email address

    __17019200__                          __TX__
    Bar number                          State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Newsco International Energy Services USA Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Abaco Drilling Technologies 713 Northpark Central, Suite 400 Houston, TX 77073 | Mitch Theriot 281-869-0700 mitch.theriot@basintek.com | Trade Debt | | | | $827,902.31 |
| 2 | GATOR TECHNOLOGIES 415 RANKIN CIRCLE NORTH HOUSTON, TX 77073 | Marc LeBlanc 832-957-3954 mleblanc@gatortechnologies.net | Trade Debt | | | | $591,974.47 |
| 3 | PARADIGM 5707 South 1788 MIDLAND, TX 79706 | Phillip Garrison 432-230-0882 | Trade Debt | | | | $274,749.86 |
| 4 | JPI, LLC 4021 W 39th Street Casper, WY 82604 | 307-259-8272 palmer4021@icloud.com | Trade Debt | | | | $247,785.00 |
| 5 | Hill Country Staffing Co 501 S. Austin Ave Suite 1310 Georgetown, TX 78626 | Deanna Miller 512-819-6120 deanna.miller@hillcountrystaff | Trade Debt | | | | $200,983.58 |

Debtor   **Newsco International Energy Services USA Inc.**_____   Case number (if known) _____
　　　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 Moore's Ind. Services Ltd. 3333 - 23 Street N.E. Calgary, Alberta T2E 6V8 | Bill Cheyne 403-219-7173 bcheyne@mooresind.com | Trade Debt | | | | $180,955.28 |
| 7 GE Oil & Gas Compression Systems 191 Rosa Parks St., 11th Floor Cincinnati, OH 45202 | Roger Kramer (513) 813-9763 roger.kramer@ge.com | Trade Debt | | | | $163,356.27 |
| 8 B&T Rentals PO Box 80962 Lafayette, La 70598-0962 | Tiffany Vallot 337-837-5444 tvallot@btrentals.com | Trade Debt | | | | $160,240.68 |
| 9 Tycoon Oilfield Services 3468 Schlager Road Casper, WY 82604 | Chris Vermeulen 307-251-6162 cvermeulen@tycoonoilfield.com | Trade Debt | | | | $159,848.52 |
| 10 Park City 800 Northpark Central Suite 100 Houston, TX 77073 | Bob Ferguson (346) 406-0010 BFerguson@parkcitydt.com | Trade Debt | | | | $148,159.04 |
| 11 Phoenix Technology Services 3610 Elkins Rd Midland, TX 79705 | Bobby Phillips 325-213-0150 bphillips@phxtech.com | Trade Debt | | | | $140,605.88 |
| 12 TURNTEC 4820 Cleveland St. Mills, WY 82604 | Barbara Anderson 307-266-5552 banderson@turntecmfg.com | Trade Debt | | | | $137,352.90 |
| 13 NOV Tuboscope XL Hardbanding and Fabric PO BOX 51563 Casper, WY 82605 | Tony Parker 307-237-1215 anthony.parker@nov.com | Trade Debt | | | | $125,233.30 |

Debtor  **Newsco International Energy Services USA Inc.**                    Case number (if known) _____
                 Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | NOV - National Oilwell Varco 7909 Parkwood Circle Dr Bldg #2 Houston, TX 77036 | Tony Parker 713-868-8763 anthony.parker@nov.com | Trade Debt | | | | $125,165.57 |
| 15 | Bico Drilling Tools 1604 Greens Road Houston, TX 77032 | Jay Chatha 281-590-6966 jay.chatha@bicodrilling.com | Trade Debt | | | | $124,824.85 |
| 16 | American Express 200 Vesey Street New York, NY 10285 | 800-528-4800 | Trade Debt | | | | $120,000.00 |
| 17 | Sniper Drilling  IAE International 13300 Stonefield Dr. Houston, TX 77014 | Krish Ramen 281-209-1383 kramen@iaenintl.com | Trade Debt | | | | $106,052.93 |
| 18 | Salt Creek Properties LLC (Eastland Deve PO Box 2390 Casper, WY 82601 | Michelle Thompson 307-234-9421 mthompson@mcmurry.net | Trade Debt | | | | $96,433.14 |
| 19 | Surface Engineering Alloy Co 2895 46TH AVE NORTH ST PETERSBURG, FL 33714 | Sean Litton 727-528-7998 x1 seanl@extremecoatings.net | Trade Debt | | | | $93,869.75 |
| 20 | Stabil Drill PO Box 81548 Lafayette, LA 70598 | Monica LeBlanc 337-837-3001 Monica.LeBlanc@stabildrill.com | Trade Debt | | | | $93,669.26 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Newsco International Energy Services USA Inc.**                    CASE NO

                                                                          CHAPTER     **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  12/4/2019 _____            Signature  _/s/ **Corey D. Campbell**_____
                                                          ***Corey D. Campbell***
                                                          ***Chief Operating Officer***


Date _____            Signature _____

3 Forks Services
PO BOX 2594
WILLISTON, ND 58801


A and M Technical Service Inc.
4102 Lauder Road
Houston, TX 77039


Abaco Drilling Technologies
713 Northpark Central, Suite 400
Houston, TX 77073


Abrasive Sales
PO Box 70
Mills, WY 82644


Access Downhole
6474 W. Rock Creek Rd
Norman, OK 73072


Adecco Employment Services
Dept CH 14091
Palatine, IL 60054091


AIG Insurance
PO Box 30174
New York, NY 10087-0174


AIRGAS
P.O BOX 676015
DALLAS, TX 75267-6015


Amega West Services, LLC
7454 Solution Center
Chicago, IL 60677-7004

American Equipment, Inc.
451 West, 3440 South
Salt Lake City, UT 84115


American Express
200 Vesey Street
New York, NY 10285


Answering Service of Casper
1641 E 2nd ST
Casper, WY 82601


ASI OIL TOOLS, INC.
5722 Clarewood Drive
Houston, TX 77081


B&B Rubber Stamp Shop LLC
638 E. 2nd Street
Casper, WY 82601


B&T Rentals
PO Box 80962
Lafayette, La 70598-0962


Barrera, Anthony
305 12th Street
Big Lake, TX 76932


BDTL LOGISTICS, LLC
8000 RESEARCH FOREST DRIVE
SUITE 115-120
THE WOODLANDS, TX 77073


Becker, Caroline D
21214 Cedar Canyon Dr
Cypress, TX 77429

BenchTree
4681 CR 110
Georgetown, TX 78626


Best Junior, Terry Wayne
119 Phillip Ave
Lafayette, LA 70503


Best Pest Control
PO BOX 51051
Casper, WY 82605


Bico Drilling Tools
1604 Greens Road
Houston, TX 77032


Bilek, Clae
5344 Squaw Creek Rd
Casper, WY 82604


Black Hills Energy
PO Box 6001
Rapid City, SD 57709-6001


Bobcat of Casper
2000 East "F" Street
Casper, WY 82601


Bohreer Law Firm
109 N Post Oak Lane, Suite 425
Houston, TX 77024


Bounds, James
1733 Inca Trail
Bar Nunn, WY 82601

Boyer, Stacy
1825 15th Street
Casper, WY 82604


Brady's Welding & Machine Shop Inc
PO Box 788
Healdton, OK 73438


C-4 Hotshot
PO Box 2187
Odessa, TX 79760


Campbell, Corey
26 Stefano way drive
Missouri City, TX 77459


Cantu III, Elpidio
21926 Octavia Way
Spring, TX 77073


Casper Auto Supply
801 W. Yellowstone Hwy
Casper, WY 82601


Cavalry Energy
PO Box 10846
Midland, TX 79702


Century Link Business Services
PO BOX 52187
PHOENIX, AZ 85072-2187


Chapman Valdez & Lansing
PO Box 2710
Casper, WY 82602

Christensen Fulton & Filz, PLLC
19 26th Street West, Ste 3
Billings, MT 59102-4303


Cigna
2800 North Loop West
Suite 700
Houston, TX 77092

City Service Electric Company
PO Box 2714
Casper, WY 82602


CK Mechanical, Inc
PO Box 485
Casper, WY 82602


Cole Internaitonal USA Inc
2700 Greens Road
Bldg E Ste 100
Houston, TX 77032


Cole International
2094 Grand Island Blvd
Grand Island, NY 14072


Combilift Depot
11530 Hufsmith Kuykendahl Rd
Tomball, TX 77375


Comcast
PO Box 660618
dallas, TX 75266-0618


Compression Leasing Services, Inc.
P.O. BOX 1629
1925/1935 N. LOOP
CASPER, WY 82602

Conroe Commercial Door Solutions LLC
PO Box 3545
Conroe, TX 77305


Conroe Machine LLC
701 Conroe Park North Drive
Conroe, TX 77303


Conroe Welding Supply, Inc.
415 South Frazier
Conroe, TX 77305


CORPORATE TRAVELER
8 GREENWAY PLAZA SUITE 615
HOUSTON, TX 77046


Cortex Business Solutions Inc.
Suite 130, Quarry Park Rd SE
Calgary, AB T2C 5G9


Cougar Drilling Solutions
PO Box 643900
Dubai, United Arab Emirates


Crain, Caton, & James
1401 MCKINNEY STREET
17TH FLOOR, FIVE HOUSTON CENTER
HOUSTON, TX 77010-4035


Davenport, Brandon
10822 Butterfly Flat
San Antonio, TX 78254


Davidson Sheen LLP
12405 Quaker Avenue
Lubbock, TX 79424

Dentons Canada LLP
2500 Stantec Tower
10220 - 103 Avenue NW
Edmonton, Alberta T5J 0K4


DeWitt Water System & Service
PO Box 51770
Casper, WY 82605


DISA Global Solutions
Dept 890314
PO Box 120314
Dallas, Tx 75312-0314


Discovery Benefits
PO Box 9528
Fargo, ND 58106-9528


Dobbs, Jason
1729 SW 32nd St
Moore, OK 73160


Doncaster, Richard
23250 Dewflower Drive
Katy, TX 77494


Downhole Stabilization Rockies, Inc.
PO Box 2467
Bakersfield, CA 93303


Drilling Tools International
PO Box 4869
Dept 406
Houston, TX 77210-4869


Drillmax, Inc.
6735 Theall Road
Houston, TX 77066

Dynomax Drilling Tools USA Inc
2830 Farrell Rd
Houston, TX 77032


Edgeington, Cody
1920 Lakota Trail
Bar Nunn, WY 82601


EGJ Law, PLLC
The America Tower
2929 Allen Parkway, Ste 200
Houston, TX 77019


Ellis, Jordan
1317 St Andrews Rd
San Angelo, TX 76904


Energy Laboratories
Accounts Receivable
PO Box 30975
Billings, MT 59107-0975


Esaul Lopez
7315 Long Point Rd
Houston, TX 77055


Essential Logistics, LLC
PO Box 430453
Houston, TX 77243


ETC Lite, LLC
14607 San Pedro Ave
Suite 155
San Antonio, TX 78232


Expertool LLC
1025 17th St SE
Minot, ND 58701

```
FDI CREATIVE SERVICES INC
12777 Jones Road, Ste 102
Houston, TX 77070



FEDEX
PO Box 660481
Dallas, TX 75266-0481



FedEx Freight
PO BOX 63247
N CHARLESTON, SC 29419



Firethorne Downhole
PO Box 8587
midland, tx 79708



Flatland Trucking Inc.
PO Box 13783
Odessa, tx 79768



Forrest Gordon
Gordon Lusky LLP
3417 Mercer Street, Suite A
Houston, TX 77027



Franklin Street Properties Corp
401 Edgewater Place
Suite 200
Wakefield, MA 1880



Gary E. Patterson, P.C.
1214 Elgin Street
Houston, TX 77004



GATOR TECHNOLOGIES
415 RANKIN CIRCLE NORTH
HOUSTON, TX 77073
```

GE Oil & Gas Compression Systems
191 Rosa Parks St., 11th Floor
Cincinnati, OH 45202

Gordon & Rees LLP
1111 Broadway, Suite 1700
Oakland, CA 94607

GORDON LUSKY LLP
Forrest Gordon
601 SAWYER ST. SUITE 600
HOUSTON, TX 77007

Gorman Uniform
9021 Katy Freeway
Houston, Tx 77024

Green Worldwide Shippping
619 East College Ave. Suite F
Decatur, GA 30030

Hathaway & Kunz, LLP
PO Box 1208
Cheyenne, WY 82003

HC TOLL ROAD AUTHORITY
2901 W Sam Houston Parkway N
Houston, TX 77043

Heritage-Crystal Clean, LLC
13621 Collections Center Drive
Chicago, IL 60693-0136

Hill Country Staffing Co
501 S. Austin Ave
Suite 1310
Georgetown, TX 78626

Hill, Scott
2220 Veneterra View
Edmond, OK 73034

Hilltop Laundromat / Bubbles R Us
2513 East 3rd
Casper, WY 82609

Hose & Rubber Supply
PO Box 158
Randolf, UT 84064

Hunting Energy Services Inc.
PO Box 301606
Dallas, TX 75303-1606

Hunting Specialty Supply
13730 Cypress North Houston
Cypress, TX 77429

HWM Properties, LLc
11603 Brittmoore Park Drive
Houston, TX 77041

HydraPak
3532 W. Galaxy Park Place
West Jordan, UT 84088

Industrial Sealing and Lubrication
15430 South Keeler
Olathe, KS 66062

Installation & Service Co, Inc
PO Box 2938
Mills, WY 82644

Intellifuse Coating Technologies
P.O Box 645087
Pittsburgh, PA 15264-5087


Internal Revenue Service
Special Procedures - Insolvency
PO Box 7346
Philadelphia, PA 19101-7346


IPS USA
2615 Industrial Lane
Conroe, TX 77301


J & J Rentals
PO Box 1150
New Town, ND 58763


JB Machine & Manufacturing
5111 W. Yellowstone
Casper, WY 82604


JD Factors
P.O Box 687
Wheaton, IL 60187


John F. Rabe, Jr.
Davidson Sheen LLP
12405 Quaker Avenue
Lubbock, TX 79424


Jones, Michael B
301 Pea Ridge Rd
Dubach, LA 71235


JPI, LLC
4021 W 39th Street
Casper, WY 82604

Kalsi Engineering
745 Park Two Drive
Sugar Land, TX 77478


Kambi Enterprises Inc
11985 - 44st SE
Calgary, AB T2Z 4G9


Keith R. Nachbar, P.C.
123 W 1st Street, Ste 205
Casper, WY 82601


Keller, Christopher
16524 Stonecrest Dr
Conroe, TX 77302


Kelly, Morgan, Dennis, Corzine & Hansen
4840 E. University Blvd., Ste 200
Odessa, TX 79762


KeyDrill Technology, LLC
13330 South Gessner Road
Missouri City, TX 77489


Knights Inspections
213 Prairie Street
Montgomery, TX 77356


Koltek Energy Services, LLC
897 Independence Ave
Ste 2G
Mountain View, CA 94043


Kustom Koncepts
1315 N. Derrick Dr.
Casper, Wyoming WY82604

```
LANDMARK TECHNOLOGY HOLDINGS
3000 N SAM HOUSTON PKWY E
HOUSTON, TX 77032


LaRue, Nathan
755 W Valley Terrace Circle
Burleson, TX 76028


Laversab Inc.
505 Gillingham Lane
Sugarland, TX 77478


Lead Development
6700 Woodlands Prkwy
Suite 230 # 478
The Woodlands, TX 77382


LEVINGE FREIGHT LINES
17463 ih 45 NORTH
WILLIS, TEXAS 77318


Lewis, Rocky L
417 N. Mesquite St.
Hico, TX 76457


Lopez Jr, Clifford
305 Stormydale Ln
Fort Worth, TX 76140


LORD Corporation
111 Lord Drive
Cary, NC 27511


Louisiana Lawncare Services
9418 Carsonmont Lane
Houston, TX 77070
```

Louisiana Southern Cleaning
9418 Carsonmont Lane
Houston, TX 77070


Lowe, Nathan A
612 9th Street, Aot 2
Odonnell, TX 79351


Lucas Buckley
Hathaway & Kunz, LLP
The Wyoming Law Firm
2515 Warren Avenue, suite 500
Cheyenne WY 82001

Lynden
PO Box 3757
Seattle, WA 98124


Madell, Jaredd
31106 Silverwood Oaks Court
Spring, TX 77386


Mahoney, Ryan
7946 W Sims Creek Rd
Casper, WY 82604


Major Mfg & Supply, LLC
PO Box 1063
Youngsville, LA 70592


McGinley Manufacturing
2435 King Blvd
Suite 230
Casper, WY 82604


MCGRAW HILL PLATTS INFO S
55 Water Street
New York, NY 10041

Melville, William L
127 Silverado Skies Drive SW
Calgary, AB T2X 0J6


Michael J. Lansing
PO Box 2710
Casper, WY 82602


Mid-South Synergy
7625 Highway 6
Navasota, TX 77868


Midland Oasis Owner, LLC
908 West Indiana Avenue
Midland, TX 79701


Mishra, Biswajit
108 Everglen Rise Southwest
Calgary, AB T2Y 4Z2


Moore's Ind. Services Ltd.
3333 - 23 Street N.E.
Calgary, Alberta T2E 6V8


MostarDrilling Technologies
6310 South Country Road 1273
Midland, TX 79706


Motion Industries, Inc.
PO Box 404130
Atlanta, Ga 30384-4130


Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St. Suite 3800
Dallas, TX 75201-6659

Nathaniel R. Martinez
Munsch Hardt Kopf & Harr, PC
7000 Milam, Suite 2700
Houston, TX 77002-2806


Newsco Conroe
900 Old Highway 105 West
Conroe, TX 77304


Newsco Energy Services - Calgary
Bay 102, 85 Freeport Blvd NE
Calgary AB T3J4X8


Newsco International
Energy Services Inc.
Amar Gupta
1149-1152, JMD Megapolis Sohna Rd.
Gurgaon Haryana 122018

Newsco International
Energy Services Inc.
Biswajit Mishra
Bay 102, 85 Freeport Blvd. NE
Calgary Alberta T3J 4X8

Newsco International
Energy Services Inc.
Jyoti Sawant
501 Alpha Hirandani
Mumbai India  400076

Newsco International Energy Service - WY
3101 Wood Court
Caspar WY 82601


Newsco International Energy Services Inc
Esdras Ramos
Talleres Unidos Mz. A Lt.
Talara


Newsco International Energy Services Inc
Svetlana Zaretskaya
21 Industrial St. Building 5
Nizhnevartovsk 628621

Newsco International Energy Services USA
Charissa Dennis
900 Old Highway 105 RD
Conroe, TX 77304


Nicholas & Tangeman, LLC
PO Box 928
Laramie, WY 82073-0928



Nichols Kaster, PLLP
80 South 8th Street, Suite 4600
Minneapolis IDS Center
Minneapolis, MN 55402


Noralis, Inc.
PO Box 2797
Cedar Park, TX 78630



Norco Inc.
PO Box 15299
Boise, ID 83715



NOV - National Oilwell Varco
7909 Parkwood Circle Dr Bldg #2
Houston, TX 77036



NOV Tuboscope  XL Hardbanding and Fabric
PO BOX 51563
Casper, WY 82605



Nova 401k Associates
10777 Northwest Freeway
Suite 440
Houston, TX 77092


NuTech
9811 South 6150 West
West Jordan, UT 84081

Omonzejele, Eromosele
18319 Fair Grange Ln
Cypress, TX 77433


PARADIGM
5707 South 1788
MIDLAND, TX 79706


Park City
800 Northpark Central
Suite 100
Houston, TX 77073


PDT - Pulse Directional Technologes
1717 Humble Place Drive
Sutie C
Humble, TX 77338


Performance Drilling Technology
11834 Key Biscayne Ct
Houston, TX 77065


Philips, Dillon J
16407 S Ravenswood Dr
Magnolia, TX 77354


Phoenix Technology Services
3610 Elkins Rd
Midland, TX 79705


Pinch Flatbed Inc.
18515 Aldine Westfield
Houston, TX 77073


Predator Downhole, Inc
PO Box 1845
Vernal, UT 84078

```
Principal Life Insurance Company
PO Box 10372
Des Moines, IA 50306-0372



Production Venture Equity, LLC
PO Box 19683
Houston, TX 77224



ProservCrane Group
PO Box 670965
Houston, TX 77267-0965



QDC Services, Inc.
2601 I-45 S
News Waverly, TX 77358



Ready Refresh
PO box 856680
louisville, KY 40285-6680



Revolve Industries, Inc.
5475-53 Avenue S.E
Calgary, AB T2C 4N2



Reyez, Letticia Ann
621 W Virginia Ave
Houston, TX 77076



Richard S. Logan Trucking, Inc
PO Box 2900
Mills, WY 82644



Ricoh USA Program
PO Box 650073
Dallas, TX 75265-0073
```

Ridgeway Trucking
2858 South Poplar
Casper, WY 82601


RigUp, Inc.
98 San Jacinto Blvd
Suite 550
Austin, TX 78701


RINGCENTRAL
20 Davis Drive
Belmont, CA 94002


Rising Star Hot Shot LLC
4637 Somerset Lane
Odessa, TX 79761


RMI
1711 English Ave
Casper, WY 82601


Road Runner Express
13902 Briarhills Parkway
Houston, TX 77077


Rocky Mountain Power
PO BOX 26000
PORTLAND, OR 97256-0001


Roman Law Firm PC
4141 Southwest Freeway Suite 250
Houston, TX 77027


Roman, Eric
1943 Briar Grove Dr
Conroe, TX 77301

Rota, Robert
6306 Mystic Bridge Drive
Houston, TX 77021


Rubicon Oilfield International
11610 Cutten Road
Houston, TX 77066


Safeguard Business Systems
PO Box 88043
Chicago, IL 60680-1043


Safety-Kleen
PO Box 650509
Dallas, TX 75265-0509


Salt Creek Properties LLC (Eastland Deve
PO Box 2390
Casper, WY 82601


Scott's Hot Shot LLC
PO BOX 50897
CASPER, WY 82605


Shepherd, James P
218 Wedgwood Court
Spring, TX 77386


SHERIDAN ROSS
1560 BROADWAY SUITE 1200
DENVER, CO 80202-5141


SMS Precision Tech
22955 State Hwy 249
Ste 37
Tomball, TX 77375

Sniper Drilling  IAE International
13300 Stonefield Dr.
Houston, TX 77014


Solmet Services
2716 Shepler Church Ave SW
Canton, OH 44706


Source Office and Technology
13350 West 43rd Drive
Golden, CO 80403


Southwest Commercial Capital, Inc.
PO Box 872
Odessa, TX 79760


Spira Systems Ltd.
22 East Lake Crescent NE
Airdrie, Alberta T4A 2H3


Stabil Drill
PO Box 81548
Lafayette, LA 70598


Stacy & Baker P.C.
1010 Lamar Street, Suite 550
Houston, TX 77002


Stafford Manufacturing Corp
PO Box 277
North Reading, MA 1864


STAPLES
PO BOX 105638
ATLANTA, GA 30348-5638

```
Stargel
4700 Blalock Road
Houston, TX 77041-9239



Surface Engineering Alloy Co
2895 46TH AVE NORTH
ST PETERSBURG, FL 33714



Swenson, Thomas
2310 Mercy Circle
Casper, WY 82609



TaskMaster
#5, 6112-45 Street
Leduc, AB T9E 7C2



Telemetrix Technologies Inc (Canada)
Biswajit Mishra
7000 Railway Street SE
Calgary Alberta T2H 3A8



Telemetrix Technologies International In
7000 Railway Street SE
Calgary Alberta T2H 3A8



Telemetrix Technologies USA (Conroe)
Charissa Dennis
900 Old Highway 105 Rd
Conroe TX 77034



Telemetrix USA
900 Old Highway 105 West
Conroe, TX 77304



Telemetrix USA Inc.
900 Old Highway 105 West
Conroe TX 77034
```

```
Texas Comptroller of Public Accounts
Revenue Account Division
Bankruptcy Section
PO Box 13528
Austin, TX 78711

Texas Workforce Commission
TWC Bldg - Regulatory Integrity Div.
101 E. 15th Street
Austin, TX 78778


The Fuentes Firm
5507 Louetta Rd, Ste A
Spring, TX 77379


The Law Offices of Walter A. Boyd, III
4101 Greenbriar Drive, Ste 205E
Houston, TX 77098


Three Allen Center Co LLC
PO BOX 122639
Dept 2639
Dallas, TX 75312-2639


Tomahawk Downhole, LLC
P.O. BOX 81633
LAFAYETTE, LA 70598


TPI Staffing, Inc.
21840 NW Freeway, Suite E
Cypress, TX 77429


Trilogy Oilfield Services
353 Shady River Lane
Whitefish, MT 59937


Troy's Inc
7874 East Lake Drive
Evansville, WY 82636
```

TURNAZONTAL LLC
8514 HAMER RANCH
SAN ANTONIO, TX 78254


Turner, Jason
200 Water St, Apt 11308
Webster, TX 77598


TURNTEC
4820 Cleveland St.
Mills, WY 82604


Tyco Intergrated Security LLC
PO Box 371967
Pittsburgh, PA 15250


Tycoon Oilfield Services
3468 Schlager Road
Casper, WY 82604


United Healthcare
PO Box 19032
Green Bay, WI 54307-9032


United States Attorney General
Department of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530


United States Department of Justice
U.S. Attorney, Civil Process Clerk
1000 Louisiana Street #2300
Houston, TX 77002


United States Trustee
515 Rusk St., Ste 3516
Houston, TX 77002

```
UNUM LIFE INSURANCE COMPANY OF AMERICA
PO BOX 409548
ATLANTA, GA 30384-9548


Vargas, James A
111 Cosmos Street
Houston, TX 77009


Vertex Downhole
20221 Carriage Point Drive
Houston, TX 77073


Vision33
6 HUGHES, SUITE 220
IRVINE, CA 92618


VIVINT
62992 Collection Drive
Chicago, IL 60693-0629


Voya 401K
PO Box 75131
Charlotte, NC 28275-0131


W-TECHNOLOGY
PO Box 1535
Spring, TX 77383-1535


Wafer, Robert D
76 Santa Barbara Dr
Manvel, TX 77578


Waggoners Trucking
P.O.Box 301420
Dallas, TX 75303-1420
```

Wallis, Ryan
1616 Fairmont Lane
Edmond, OK 73013


Watson, Charissa
4806 Moonlight Dr
Willis, TX 77318


Watts, Christopher
3508 Cottontail Lane
Casper, WY 82604


Wear Parts
PO BOX 2570
CASPER, WY 82602-2570


Weatherford
PO Box 301003
Dallas, TX 75303-1003


Wells Fargo Equipment Finance
PO Box 7777
San Francisco, CA 94120-7777


Wenzel Downhole Tools ULC
3115 - 93 Street
Edmonton, Alberta T6N 1L7


Wesfreight
po box 1108 Station T
Calgary, Alberta T2H2JI


Westfreight Systems
PO Box 1108
Calgary South
Calgary, AB T2H 2J1

Williams, Kenneth
306 S. Tyler St., #552
Goodrich, TX 77335


Williams, Porter, Day & Neville PC
159 N. Wolcott St., Suite 400
Casper, WY 82601


Winchester Interconnect
2150 Parkes Drive
Broadview, IL 60155


Workman, John
132 Workman Drive
Magee, MS 39111


Wyoming Automotive
843 E 1st Street
Casper, WY 82601


Wyoming Dept. of Workforce Services
5221 Yellowstone Rd.
Cheyenne, WY 82002


Wyoming Secretary of State
Business Division
Herschler Building East
122 W. 25th St., Ste 101
Cheyenne, WY 82002-0020

Zamora, Ralph L
1922 Rio Grande Blvd NW
Albuquerque, NM 87104