**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Newsco International Energy Services USA Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-36767 (DRJ)** |

☑ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                    **Current value of debtor's interest**

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank, N.A. operating account** | **Checking account** | 1  1  9  9 | $283.11 |
| 3.2. | **Wells Fargo Bank, N.A. operating account** | **Checking account** | 2  5  1  8 | ($929.60) |
| 3.3. | **Wells Fargo Bank, N.A. payroll account** | **Checking account** | 7  2  3  5 | $13,716.50 |

4.  **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    **$13,070.01**

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|--------|--------------------------------------------------|------------------------|---------------------|
| | Name | | |

**Current value of debtor's interest**

**7.   Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | **Security deposit (rent) HWM Properties** | **$15,450.00** |
|------|---------------------------------------------|-----------------|
| 7.2. | **Security deposit (Denver Broncos Stadium Lease)** | **$23,562.50** |

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1. | **Prepaid workers compensation insurance with First Funding (finance company for Alliant) and Prepaid general liability insurance with AFCO (finance company for Lloyd Sadd)** | **$188,441.60** |
|------|------|------|
| 8.2. | **Advance to employee (J. Vargas). Employee makes monthly payments in the amount of $111 until paid** | **$1,553.95** |
| 8.3. | **Prepaid employee expenses** | **$1,190.72** |
| 8.4. | **Prepaid taxes (GST)** | **$44.37** |

**9.   Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$230,243.14**

## Part 3:   Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes.  Fill in the information below.

**Current value of debtor's interest**

**11.   Accounts receivable**

| 11a. | 90 days old or less: | **$1,539,295.45** | – | **$0.00** | = | ............ → | **$1,539,295.45** |
|------|----------------------|--------------------|---|-----------|---|----------------|---------------------|
| | | face amount | | doubtful or uncollectible accounts | | | |
| 11b. | Over 90 days old: | **$104,470.52** | – | **$0.00** | = | ............ → | **$104,470.52** |
| | | face amount | | doubtful or uncollectible accounts | | | |

**12.   Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$1,643,765.97**

## Part 4:   Investments

**13.   Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|
| **14.   Mutual funds or publicly traded stocks not included in Part 1** | | |

Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

Debtor   **Newsco International Energy Services USA Inc.**                                                Case number (if known)   **19-36767 (DRJ)**
          Name

16. **Government bonds, corporate bonds, and other negotiable and
    non-negotiable instruments not included in Part 1**

        Describe:

17. **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.                                                                        | $0.00 |

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ☑ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| **Inventory (see attached)** | | | | |
| **Physical inventory test counts performed by Crowe MacKay (financial auditors)** | 01/14/2019 | $954,573.47 | | $954,573.47 |

23. **Total of Part 5**
    Add lines 19 through 22.  Copy the total to line 84.                                                                        | $954,573.47 |

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☑ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No.  Go to Part 7.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | |
| 29. **Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|
| | Name | | |

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office furniture located in Conroe, TX | $11,438.39 | | $11,438.39 |
| Office furniture located in Casper, WY | $5,219.17 | | $5,219.17 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Field computers and software located in Conroe, TX | $7,229.80 | | $7,229.80 |
| Field computers and software in Casper, WY | $19,394.19 | | $19,394.19 |
| Field computers and software in Houston, TX | $0.75 | | $0.75 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $43,282.30 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Newsco International Energy Services USA Inc.**          Case number (if known)   **19-36767 (DRJ)**
_____Name_____

## Part 8:   Machinery, equipment, and vehicles

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☐   No.  Go to Part 9.
☒   Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **I need make, model and VIN for each vehicle, including forklifts (if owned, leased equip goes on schedule g) and if there are too many, we can attach a list.** | **Unknown** | | **$0.00** |
| 47.2.  **2015 Chevrolet 1500 Crew Cab Pickup Truck, 162,437 Miles Reported, 4-Wheel Drive** | | OLV | **$14,000.00** |
| 47.3.  **2012 Chevrolet 1500 Extended Cab Pickup Truck, 30,163 Miles Reported, 4-Wheel Drive** | | OLV | **$14,700.00** |
| 47.4.  **2015 Chevrolet 3500 Crew Cab Pickup Truck, 164,493 Miles Reported, Powered By Diesel Engine, 4-Wheel Drive** | | OLV | **$24,000.00** |
| 47.5.  **2012 Dodge 2500 Crew Cab Pickup Truck, 68,882 Miles Reported, 4-Wheel Drive** | | OLV | **$15,600.00** |
| 47.6.  **2012 Dodge 2500 Crew Cab Pickup Truck, 138,750 Miles Indicated, 4-Wheel Drive** | | OLV | **$9,000.00** |

**48.   Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.   Aircraft and accessories**

**50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Conroe, TX**<br>**Lab and shop equipment ($12,160.49)**<br>**Other equipment ($23,908.53)**<br>**MWD ($394,505.41)**<br>**Breakout machine ($58,513.72)**<br>**Other equipment ($555.28)** | **$489,643.43** | | **$489,643.43** |
| **Casper, WY**<br>**Lab and shop equipment ($5,043.70)**<br>**Other equipment ($98,186.89)**<br>**Motors, stators & rotors ($831,038.30)**<br>**Breakout machine ($38,173.16)**<br>**Other equipment ($22,952.34)** | **$995,394.40** | | **$995,394.40** |

**51.   Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

**$1,562,337.83**

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
☐   No
☒   Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐   No
☒   Yes

Debtor   **Newsco International Energy Services USA Inc.**          Case number (if known)   **19-36767 (DRJ)**
         Name

| Part 9: | Real property |
|---|---|

**54.   Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.   **2454 W Interstate 20**<br>**Odessa, TX**<br>**Midland Office Suite** | Lease | | | $0.00 |
| 55.2.   **Newsco Building**<br>**3101 Wood Court**<br>**Casper, WY 82601**<br>**Casper Offices and shop** | Lease | | | $0.00 |
| 55.3.   **The Oasis**<br>**110 Pavillion Parkway, Apt. 107**<br>**Midland, TX 79705**<br>**Midland Corporate Apartment** | Lease | | | $0.00 |
| 55.4.   **Three Allen Center**<br>**333 Clay, suite 2800**<br>**Houston, TX 77002**<br>**Houston Office (Downtown)** | Lease | | | $0.00 |
| 55.5.   **Dominion Towers**<br>**600 17th Street, Suite 2450S**<br>**Denver, CO 80202**<br><br>**Denver Office** | Lease | | | $0.00 |
| 55.6.   **12029 Brittmoore Park Drive**<br>**Houston, TX 77401**<br>**Houston Office (Brittmoore)** | Lease | | | $0.00 |

**56.   Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.        $0.00

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and Intellectual Property |
|---|---|

**59.   Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.                               **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.                               **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   **Newsco International Energy Services USA Inc.**   Case number (if known)   19-36767 (DRJ)
_____
Name

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $13,070.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $230,243.14 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,643,765.97 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $954,573.47 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $43,282.30 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,562,337.83 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $4,447,272.72   + 91b. | $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................   **$4,447,272.72**

**Fill in this information to identify the case:**

Debtor name **Newsco International Energy Services USA Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **19-36767 (DRJ)**
(if known)

☑ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1.  Do any creditors have claims secured by debtor's property?**

☑ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☐ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.  List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** Creditor's name | Describe debtor's property that is subject to a lien | | |
| Creditor's mailing address | | | |
| | Describe the lien | | |
| | | | |
| | **Is the creditor an insider or related party?** | | |
| | ☐ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| Date debt was incurred | ☐ No | | |
| Last 4 digits of account number | ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **As of the petition filing date, the claim is:** Check all that apply. | | |
| Do multiple creditors have an interest in the same property? | ☐ Contingent | | |
| ☐ No | ☐ Unliquidated | | |
| ☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | ☐ Disputed | | |

**3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$0.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Newsco International Energy Services USA Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-36767 (DRJ)** |

☑ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1   Priority creditor's name and mailing address**

Becker, Caroline D

21214 Cedar Canyon Dr

Cypress                    TX      77429

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages, Salaries and Commissions**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$2,270.90**   Priority amount: **$2,270.90**

**2.2   Priority creditor's name and mailing address**

Bilek, Clae

5344 Squaw Creek Rd

Casper                    WY      82604

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages, Salaries and Commissions**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$4,787.77**   Priority amount: **$4,787.77**

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.3**   Priority creditor's name and mailing address

**Campbell, Corey**

**26 Stefano way drive**

**Missouri City**    **TX**    **77459**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,447.19**    **$5,447.19**

---

**2.4**   Priority creditor's name and mailing address

**Cantu III, Elpidio**

**21926 Octavia Way**

**Spring**    **TX**    **77073**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,321.37**    **$2,321.37**

---

**2.5**   Priority creditor's name and mailing address

**Davenport, Brandon**

**10822 Butterfly Flat**

**San Antonio**    **TX**    **78254**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,391.32**    **$4,391.32**

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

---

**Part 1:**    **Additional Page**

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.6**    Priority creditor's name and mailing address

Dobbs, Jason

1729 SW 32nd St

Moore      OK    73160

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Total claim: **$5,521.57**    Priority amount: **$5,521.57**

---

**2.7**    Priority creditor's name and mailing address

Doncaster, Richard

23250 Dewflower Drive

Katy      TX    77494

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Total claim: **$4,390.68**    Priority amount: **$4,390.68**

---

**2.8**    Priority creditor's name and mailing address

Edgeington, Cody

1920 Lakota Trail

Bar Nunn      WY    82601

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Total claim: **$1,413.55**    Priority amount: **$1,413.55**

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.9** Priority creditor's name and mailing address

**Ellis, Jordan**

**1317 St Andrews Rd**

**San Angelo                     TX      76904**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $1,667.60      **Priority amount** $1,667.60

---

**2.10** Priority creditor's name and mailing address

**Hill, Scott**

**2220 Veneterra View**

**Edmond                     OK      73034**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $7,544.29      **Priority amount** $7,544.29

---

**2.11** Priority creditor's name and mailing address

**Jones, Michael B**

**301 Pea Ridge Rd**

**Dubach                     LA      71235**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $660.57      **Priority amount** $660.57

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

### Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|---|---|---|---|

---

**2.12**   Priority creditor's name and mailing address

**Keller, Christopher**

**16524 Stonecrest Dr**

_____

**Conroe                    TX      77302**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$5,318.00**   Priority amount: **$5,318.00**

---

**2.13**   Priority creditor's name and mailing address

**Lewis, Rocky L**

**417 N. Mesquite St.**

_____

**Hico                        TX      76457**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$3,732.95**   Priority amount: **$3,732.95**

---

**2.14**   Priority creditor's name and mailing address

**Lopez Jr, Clifford**

**305 Stormydale Ln**

_____

**Fort Worth               TX      76140**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$4,938.27**   Priority amount: **$4,938.27**

---

Debtor    **Newsco International Energy Services USA Inc.**                    Case number (if known)   **19-36767 (DRJ)**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.                    Total claim          Priority amount

**2.15**   Priority creditor's name and mailing address          As of the petition filing date, the          $3,781.60          $3,781.60
**Madell, Jaredd**                                              claim is: Check all that apply.

**31106 Silverwood Oaks Court**                                ☐ Contingent
                                                               ☐ Unliquidated
                                                               ☐ Disputed

**Spring**                      **TX**    **77386**           Basis for the claim:
                                                              **Wages, Salaries and Commissions**
Date or dates debt was incurred
                                                              Is the claim subject to offset?

                                                              ☒ No
Last 4 digits of account                                      ☐ Yes
number
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **8**   )


**2.16**   Priority creditor's name and mailing address          As of the petition filing date, the          $1,319.96          $1,319.96
**Mahoney, Ryan**                                              claim is: Check all that apply.

**7946 W Sims Creek Rd**                                       ☐ Contingent
                                                               ☐ Unliquidated
                                                               ☐ Disputed

**Casper**                      **WY**    **82604**          Basis for the claim:
                                                             **Wages, Salaries and Commissions**
Date or dates debt was incurred
                                                             Is the claim subject to offset?

                                                             ☒ No
Last 4 digits of account                                     ☐ Yes
number     ___  ___  ___  ___
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **8**   )


**2.17**   Priority creditor's name and mailing address          As of the petition filing date, the          $5,120.97          $5,120.97
**Melville, William L**                                        claim is: Check all that apply.

**127 Silverado Skies Drive SW**                              ☐ Contingent
                                                               ☐ Unliquidated
**Calgary, AB T2X 0J6**                                        ☐ Disputed

                                                             Basis for the claim:
                                                             **Wages, Salaries and Commissions**
Date or dates debt was incurred
                                                             Is the claim subject to offset?

                                                             ☒ No
Last 4 digits of account                                     ☐ Yes
number     ___  ___  ___  ___
Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **8**   )

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |

---

**2.18**    **Priority creditor's name and mailing address**

Mishra, Biswajit

108 Everglen Rise Southwest

Calgary, AB T2Y 4Z2

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries and Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim** $5,080.74    **Priority amount** $5,080.74

---

**2.19**    **Priority creditor's name and mailing address**

Omonzejele, Eromosele

18319 Fair Grange Ln

Cypress     TX    77433

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries and Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim** $1,216.97    **Priority amount** $1,216.97

---

**2.20**    **Priority creditor's name and mailing address**

Philips, Dillon J

16407 S Ravenswood Dr

Magnolia     TX    77354

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries and Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim** $3,104.12    **Priority amount** $3,104.12

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| **2.21** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,804.00** | **$1,804.00** |

**Roman, Eric**

**1943 Briar Grove Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Conroe                                     TX        77301**

Basis for the claim:
**Wages, Salaries and Commissions**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(    **8**    )

| **2.22** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,866.56** | **$4,866.56** |

**Rota, Robert**

**6306 Mystic Bridge Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                                  TX        77021**

Basis for the claim:
**Wages, Salaries and Commissions**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(    **8**    )

| **2.23** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,001.39** | **$1,001.39** |

**Shepherd, James P**

**218 Wedgwood Court**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Spring                                     TX        77386**

Basis for the claim:
**Wages, Salaries and Commissions**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(    **8**    )

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

## Part 1:   Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.24**   Priority creditor's name and mailing address

**Swenson, Thomas**

**2310 Mercy Circle**

_____

_____

**Casper**                    **WY**     **82609**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$3,297.07**     Priority amount: **$3,297.07**

---

**2.25**   Priority creditor's name and mailing address

**Turner, Jason**

**200 Water St, Apt 11308**

_____

_____

**Webster**                    **TX**     **77598**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$2,414.17**     Priority amount: **$2,414.17**

---

**2.26**   Priority creditor's name and mailing address

**Vargas, James A**

**111 Cosmos Street**

_____

_____

**Houston**                    **TX**     **77009**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$1,963.36**     Priority amount: **$1,963.36**

Debtor   **Newsco International Energy Services USA Inc.**     Case number (if known)   **19-36767 (DRJ)**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

        **Total claim**     **Priority amount**

---

**2.27**   Priority creditor's name and mailing address

**Wafer, Robert D**

**76 Santa Barbara Dr**

_____

**Manvel**       **TX**    **77578**

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
**claim:**  11 U.S.C. § 507(a)( __**8**__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,733.71**     **$3,733.71**

---

**2.28**   Priority creditor's name and mailing address

**Wallis, Ryan**

**1616 Fairmont Lane**

_____

**Edmond**       **OK**    **73013**

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
**claim:**  11 U.S.C. § 507(a)( __**8**__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,716.56**     **$7,716.56**

---

**2.29**   Priority creditor's name and mailing address

**Watson, Charissa**

**4806 Moonlight Dr**

_____

**Willis**       **TX**    **77318**

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
**claim:**  11 U.S.C. § 507(a)( __**8**__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages, Salaries and Commissions**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,430.01**     **$2,430.01**

---

Debtor____**Newsco International Energy Services USA Inc.**_____    Case number (if known)___**19-36767 (DRJ)**_____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00** |

**3 Forks Services**

**PO BOX 2594**

☐ Contingent
☐ Unliquidated
☐ Disputed

**WILLISTON          ND     58801**

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,059.38** |

**A and M Technical Service Inc.**

**4102 Lauder Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston          TX     77039**

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$827,902.31** |

**Abaco Drilling Technologies**

**713 Northpark Central, Suite 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston          TX     77073**

**Basis for the claim:** **Trade Debt**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126.00** |

**Abrasive Sales**

**PO Box 70**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mills          WY     82644**

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,000.00** |

*Check all that apply.*

**Access Downhole**

**6474 W. Rock Creek Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Norman** | **OK** | **73072** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,485.71** |

*Check all that apply.*

**Adecco Employment Services**

**Dept CH 14091**

**Palatine, IL 60054091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,672.05** |

*Check all that apply.*

**AIRGAS**

**P.O BOX 676015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

| **DALLAS** | **TX** | **75267-6015** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$57,941.13** |

*Check all that apply.*

**Amega West Services, LLC**

**7454 Solution Center**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

| **Chicago** | **IL** | **60677-7004** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Newsco International Energy Services USA Inc. | Case number (if known) | 19-36767 (DRJ) |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $906.58 |
|---|---|---|---|

**American Equipment, Inc.**

**451 West, 3440 South**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Salt Lake City**         **UT**     **84115**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___
- ☑ No
- ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $126,246.18 |
|---|---|---|---|

**American Express**

**200 Vesey Street**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**New York**         **NY**     **10285**

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___
- ☑ No
- ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $625.00 |
|---|---|---|---|

**Answering Service of Casper**

**1641 E 2nd ST**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Casper**         **WY**     **82601**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___
- ☑ No
- ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.00 |
|---|---|---|---|

**Aqua Texas Inc.**

**762 W. Lancaster Ave.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Bryn Mawr**         **PA**     **19010-3489**

Basis for the claim:  **Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___
- ☑ No
- ☐ Yes

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

**Part 2:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13** Nonpriority creditor's name and mailing address

ASI OIL TOOLS, INC.

5722 Clarewood Drive

Houston                    TX      77081

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$7,059.38

---

**3.14** Nonpriority creditor's name and mailing address

Avison Young - Northern California Ltd.

1801 California Street, Suite 3750

Denver                     CO      80202

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Commission

Is the claim subject to offset?

☑ No
☐ Yes

$5,569.63

---

**3.15** Nonpriority creditor's name and mailing address

B&B Rubber Stamp Shop LLC

638 E. 2nd Street

Casper                     WY      82601

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$106.16

---

**3.16** Nonpriority creditor's name and mailing address

B&T Rentals

PO Box 80962

Lafayette                  LA      70598-0962

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?

☑ No
☐ Yes

$216,195.93

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                              **Amount of claim**

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,430.00** |

**Barry Pillow**

**204 Sunset Path North**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Compensation (Independent Contractor)**

**Montgomery**          **TX**     **77316**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,600.00** |

**BDTL LOGISTICS, LLC**

**8000 RESEARCH FOREST DRIVE**

**SUITE 115-120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**THE WOODLANDS**          **TX**     **77073**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19,220.34** |

**BenchTree**

**4681 CR 110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Georgetown**          **TX**     **78626**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$125.00** |

**Best Pest Control**

**PO BOX 51051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Casper**          **WY**     **82605**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.21 | Nonpriority creditor's name and mailing address |
|---|---|

**Bico Drilling Tools**

**1604 Greens Road**

**Houston**                    **TX**      **77032**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Trade Debt**

Is the claim subject to offset?

☑ No
☐ Yes

**$124,824.85**

---

| 3.22 | Nonpriority creditor's name and mailing address |
|---|---|

**Bloodhoun MWD, LLC**

**2101 CR 254**

**Miles**                    **TX**      **76861**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Compensation (Independent Contractor)**

Is the claim subject to offset?

☑ No
☐ Yes

**$4,964.85**

---

| 3.23 | Nonpriority creditor's name and mailing address |
|---|---|

**Bobcat of Casper**

**2000 East "F" Street**

**Casper**                    **WY**      **82601**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Trade Debt**

Is the claim subject to offset?

☑ No
☐ Yes

**$273.18**

---

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

**Brady's Welding & Machine Shop Inc**

**PO Box 788**

**Healdton**                    **OK**      **73438**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Trade Debt**

Is the claim subject to offset?

☑ No
☐ Yes

**$5,275.00**

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,451.25 |

*Check all that apply.*

**Brock Childress**

☐ Contingent
☐ Unliquidated
☐ Disputed

**9404 Drovers View Trail**

Basis for the claim:

**Fort Worth**               **TX**      **76131**          **Compensation (Independent Contractor)**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___        ☒ No
                                                        ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $825.00 |

*Check all that apply.*

**C-4 Hotshot**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 2187**

Basis for the claim:

**Odessa**               **TX**      **79760**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___        ☒ No
                                                        ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $461.90 |

*Check all that apply.*

**Casper Auto Supply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**801 W. Yellowstone Hwy**

Basis for the claim:

**Casper**               **WY**      **82601**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___        ☒ No
                                                        ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,035.00 |

*Check all that apply.*

**Cavalry Energy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 10846**

Basis for the claim:

**Midland**               **TX**      **79702**

Date or dates debt was incurred _____          Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___        ☒ No
                                                        ☐ Yes

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29**  Nonpriority creditor's name and mailing address

**Century Link Business Services**

**PO BOX 52187**

**PHOENIX**              **AZ**     **85072-2187**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,677.14**

**3.30**  Nonpriority creditor's name and mailing address

**Cigna**

**2800 North Loop West**

**Suite 700**

**Houston**              **TX**     **77092**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$85,246.33**

**3.31**  Nonpriority creditor's name and mailing address

**City Service Electric Company**

**PO Box 2714**

**Casper**              **WY**     **82602**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,068.90**

**3.32**  Nonpriority creditor's name and mailing address

**CK Mechanical, Inc**

**PO Box 485**

**Casper**              **WY**     **82602**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$3,619.00**

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

**Cole Internaitonal USA Inc**

**2700 Greens Road**

**Bldg E Ste 100**

| **Houston** | **TX** | **77032** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$155.00**

---

| 3.34 | Nonpriority creditor's name and mailing address |
|---|---|

**Cole International**

**2094 Grand Island Blvd**

| **Grand Island** | **NY** | **14072** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$881.10**

---

| 3.35 | Nonpriority creditor's name and mailing address |
|---|---|

**Combilift Depot**

**11530 Hufsmith Kuykendahl Rd**

| **Tomball** | **TX** | **77375** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$66.06**

---

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

**Comcast**

**PO Box 660618**

| **dallas** | **TX** | **75266-0618** |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$370.35**

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |
|---|---|

**Compression Leasing Services, Inc.**

**P.O. BOX 1629**

**1925/1935 N. LOOP**

**CASPER**          **WY**    **82602**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,149.40**

| 3.38 | Nonpriority creditor's name and mailing address |
|---|---|

**Conroe Commercial Door Solutions LLC**

**PO Box 3545**

**Conroe**          **TX**    **77305**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$154.26**

| 3.39 | Nonpriority creditor's name and mailing address |
|---|---|

**Conroe Machine LLC**

**701 Conroe Park North Drive**

**Conroe**          **TX**    **77303**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$47,893.29**

| 3.40 | Nonpriority creditor's name and mailing address |
|---|---|

**Conroe Welding Supply, Inc.**

**415 South Frazier**

**Conroe**          **TX**    **77305**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$595.19**

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.41** Nonpriority creditor's name and mailing address

CORPORATE TRAVELER

8 GREENWAY PLAZA SUITE 615

HOUSTON          TX      77046

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$11,077.21

---

**3.42** Nonpriority creditor's name and mailing address

Cortex Business Solutions Inc.

Suite 130, Quarry Park Rd SE

Calgary, AB T2C 5G9

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.43** Nonpriority creditor's name and mailing address

Cougar Drilling Solutions

PO Box 643900

Dubai, United Arab Emirates

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$22,632.92

---

**3.44** Nonpriority creditor's name and mailing address

Crain, Caton, & James

1401 MCKINNEY STREET

17TH FLOOR, FIVE HOUSTON CENTER

HOUSTON          TX      77010-4035

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$7,425.15

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.45** | Nonpriority creditor's name and mailing address

**Daniel Reynolds Consulting**

**88 N.E. Meadow Lane**

**Elgin** **OK** **73538**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Compensation (Independent Contractor)**

Is the claim subject to offset?
☒ No
☐ Yes

$14,939.74

---

**3.46** | Nonpriority creditor's name and mailing address

**David Chaput**

**20074 Big Oak Drive**

**Montgomery** **TX** **77356**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Compensation (Independent Contractor)**

Is the claim subject to offset?
☒ No
☐ Yes

$8,253.62

---

**3.47** | Nonpriority creditor's name and mailing address

**DeWitt Water System & Service**

**PO Box 51770**

**Casper** **WY** **82605**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$487.04

---

**3.48** | Nonpriority creditor's name and mailing address

**DISA Global Solutions**

**Dept 890314**

**PO Box 120314**

**Dallas** **TX** **75312-0314**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$447.36

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

---

**Part 2:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.49**    Nonpriority creditor's name and mailing address

**Double D Energy LLC**

**521 E. Main**

**Archer City**     **TX**    **76351**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Compensation (Independent Contractor)**

Is the claim subject to offset?
☒ No
☐ Yes

**$4,687.50**

---

**3.50**    Nonpriority creditor's name and mailing address

**Downhole Stabilization Rockies, Inc.**

**PO Box 2467**

**Bakersfield**     **CA**    **93303**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$52,776.15**

---

**3.51**    Nonpriority creditor's name and mailing address

**Drilling Tools International**

**PO Box 4869**

**Dept 406**

**Houston**     **TX**    **77210-4869**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$23,769.55**

---

**3.52**    Nonpriority creditor's name and mailing address

**Drillmax, Inc.**

**6735 Theall Road**

**Houston**     **TX**    **77066**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$13,158.04**

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$65,230.90** |

**Dynomax Drilling Tools USA Inc**

**2830 Farrell Rd**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Houston** | **TX** | **77032** |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$187.00** |

**Energy Laboratories**

**Accounts Receivable**

**PO Box 30975**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Billings** | **MT** | **59107-0975** |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$125.00** |

**Esaul Lopez**

**7315 Long Point Rd**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Houston** | **TX** | **77055** |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$31,265.55** |

**Essential Logistics, LLC**

**PO Box 430453**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Houston** | **TX** | **77243** |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,218.43** |

Check all that apply.

**ETC Lite, LLC**

**14607 San Pedro Ave**

**Suite 155**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **San Antonio** | **TX** | **78232** |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,500.00** |

Check all that apply.

**Expertool LLC**

**1025 17th St SE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Minot** | **ND** | **58701** |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |

Check all that apply.

**FDI CREATIVE SERVICES INC**

**12777 Jones Road, Ste 102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Houston** | **TX** | **77070** |

Basis for the claim: **Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,861.92** |

Check all that apply.

**FEDEX**

**PO Box 660481**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Dallas** | **TX** | **75266-0481** |

Basis for the claim: **Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

- ☑ No
- ☐ Yes

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.61** Nonpriority creditor's name and mailing address

FedEx Freight

PO BOX 63247

N CHARLESTON        SC     29419

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$19.55**

---

**3.62** Nonpriority creditor's name and mailing address

Firethorne Downhole

PO Box 8587

midland        TX     79708

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$12,187.30**

---

**3.63** Nonpriority creditor's name and mailing address

Flatland Trucking Inc.

PO Box 13783

Odessa        TX     79768

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$32,642.00**

---

**3.64** Nonpriority creditor's name and mailing address

Franklin Street Properties Corp

401 Edgewater Place

Suite 200

Wakefield, MA 1880

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

**$16,205.17**

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.65** Nonpriority creditor's name and mailing address

GATOR TECHNOLOGIES

415 RANKIN CIRCLE NORTH

HOUSTON                     TX      77073

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$591,974.47

---

**3.66** Nonpriority creditor's name and mailing address

GE Oil & Gas Compression Systems

191 Rosa Parks St., 11th Floor

Cincinnati                     OH      45202

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$163,356.27

---

**3.67** Nonpriority creditor's name and mailing address

Gordon & Rees LLP

1111 Broadway, Suite 1700

Oakland                     CA      94607

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Is the claim subject to offset?
- [x] No
- [ ] Yes

$315.00

---

**3.68** Nonpriority creditor's name and mailing address

GORDON LUSKY LLP

Forrest Gordon

601 SAWYER ST. SUITE 600

HOUSTON                     TX      77007

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Professional Fees**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$17,910.00

---

| | |
|---|---|
| Debtor **Newsco International Energy Services USA Inc.** | Case number (if known) **19-36767 (DRJ)** |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.69** Nonpriority creditor's name and mailing address

Gorman Uniform

9021 Katy Freeway

Houston          TX   77024

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

**$2,135.06**

---

**3.70** Nonpriority creditor's name and mailing address

Green Worldwide Shippping

619 East College Ave. Suite F

Decatur        GA   30030

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$530.75**

---

**3.71** Nonpriority creditor's name and mailing address

H-Town Off Road

23603 Roberts Cemetery Road

Hockley       TX   77447

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Compensation (Independent Contractor)

Is the claim subject to offset?
☒ No
☐ Yes

**$5,897.00**

---

**3.72** Nonpriority creditor's name and mailing address

Hathaway & Kunz, LLP

PO Box 1208

Cheyenne     WY   82003

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Professional Fees

Is the claim subject to offset?
☒ No
☐ Yes

**$19,712.27**

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.73** Nonpriority creditor's name and mailing address

HC TOLL ROAD AUTHORITY

2901 W Sam Houston Parkway N

Houston                        TX        77043

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:      Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.74** Nonpriority creditor's name and mailing address

Heritage-Crystal Clean, LLC

13621 Collections Center Drive

Chicago                        IL        60693-0136

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$3,987.29**

---

**3.75** Nonpriority creditor's name and mailing address

Hill Country Staffing Co

501 S. Austin Ave

Suite 1310

Georgetown                     TX        78626

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:      Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

**$211,227.33**

---

**3.76** Nonpriority creditor's name and mailing address

Hilltop Laundromat / Bubbles R Us

2513 East 3rd

Casper                         WY        82609

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:      Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

**$1,456.53**

---

Debtor   **Newsco International Energy Services USA Inc.**          Case number (if known)   **19-36767 (DRJ)**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  |  | Amount of claim |
|---|---|---|

| **3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:  *Check all that apply.* | **$116.97** |

**Hose & Rubber Supply**

**PO Box 158**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Randolf**          **UT**    **84064**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:  *Check all that apply.* | **$5,671.30** |

**Hunting Energy Services Inc.**

**PO Box 301606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**    **75303-1606**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:  *Check all that apply.* | **$18,676.65** |

**Hunting Specialty Supply**

**13730 Cypress North Houston**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cypress**          **TX**    **77429**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:  *Check all that apply.* | **$29,700.00** |

**HWM Properties, LLc**

**11603 Brittmoore Park Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**          **TX**    **77041**

Basis for the claim:    **Rent**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.81**  Nonpriority creditor's name and mailing address

**HydraPak**

**3532 W. Galaxy Park Place**

**West Jordan          UT      84088**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$2,764.22

**3.82**  Nonpriority creditor's name and mailing address

**Industrial Sealing and Lubrication**

**15430 South Keeler**

**Olathe          KS      66062**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$5,487.48

**3.83**  Nonpriority creditor's name and mailing address

**Innovative Mechanical Solutions, LLC**

**PO Box 645087**

**Pittsburgh          PA      15264-5087**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset?

☑ No
☐ Yes

$104,545.08

**3.84**  Nonpriority creditor's name and mailing address

**Installation & Service Co, Inc**

**PO Box 2938**

**Mills          WY      82644**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$570.00

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.85**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:      **$5,570.00**
_Check all that apply._

**Intellifuse Coating Technologies**
☐ Contingent
**P.O Box 645087**
☐ Unliquidated
☐ Disputed

**Pittsburgh**     **PA**     **15264-5087**
Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

---

**3.86**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:      **$84,875.58**
_Check all that apply._

**IPS USA**
☐ Contingent
**2615 Industrial Lane**
☐ Unliquidated
☐ Disputed

**Conroe**     **TX**     **77301**
Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

---

**3.87**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:      **$49,705.03**
_Check all that apply._

**J & J Rentals**
☐ Contingent
**PO Box 1150**
☐ Unliquidated
☐ Disputed

**New Town**     **ND**     **58763**
Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

---

**3.88**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:      **$38,804.57**
_Check all that apply._

**JB Machine & Manufacturing**
☐ Contingent
**5111 W. Yellowstone**
☐ Unliquidated
☐ Disputed

**Casper**     **WY**     **82604**
Basis for the claim: **Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?
Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.89 | Nonpriority creditor's name and mailing address |
| --- | --- |

**JD Factors**

**P.O Box 687**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,288.20**

| **Wheaton** | **IL** | **60187** |

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.90 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Joshua McWhorter**

**390 Ogan Rd**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,369.66**

| **Stephenville** | **TX** | **76401** |

Basis for the claim:
**Compensation (Independent Contractor)**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.91 | Nonpriority creditor's name and mailing address |
| --- | --- |

**JPI, LLC**

**4021 W 39th Street**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$247,785.00**

| **Casper** | **WY** | **82604** |

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.92 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Kalsi Engineering**

**745 Park Two Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$27,850.00**

| **Sugar Land** | **TX** | **77478** |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,305.56 |

*Check all that apply.*

**Kambi Enterprises Inc**

**11985 - 44st SE**

**Calgary, AB T2Z 4G9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,877.49 |

*Check all that apply.*

**KeyDrill Technology, LLC**

**13330 South Gessner Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Missouri City                TX        77489**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,432.00 |

*Check all that apply.*

**Knights Inspections**

**213 Prairie Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Montgomery                TX        77356**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00 |

*Check all that apply.*

**Koltek Energy Services, LLC**

**897 Independence Ave**

**Ste 2G**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Mountain View                CA        94043**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.97 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$51,963.55**

**Kustom Koncepts**

**1315 N. Derrick Dr.**

**Casper, Wyoming WY82604**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.98 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,920.00**

**LANDMARK TECHNOLOGY HOLDINGS**

**3000 N SAM HOUSTON PKWY E**

| **HOUSTON** | **TX** | **77032** |
|---|---|---|

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.99 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,815.82**

**Laversab Inc.**

**505 Gillingham Lane**

| **Sugarland** | **TX** | **77478** |
|---|---|---|

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.100 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$15,376.15**

**Lead Development**

**6700 Woodlands Prkwy**

**Suite 230 # 478**

| **The Woodlands** | **TX** | **77382** |
|---|---|---|

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor   **Newsco International Energy Services USA Inc.**          Case number (if known)   **19-36767 (DRJ)**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,850.00 |

**Leader Oilfield Trucking**

**16225 Park Ten Place, Suite 500**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

**Houston**          **TX**   **77084**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,738.73 |

**LEVINGE FREIGHT LINES**

**17463 ih 45 NORTH**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**WILLIS**          **TX**   **77318**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,503.42 |

**LORD Corporation**

**111 Lord Drive**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Cary**          **NC**   **27511**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $370.00 |

**Louisiana Lawncare Services**

**9418 Carsonmont Lane**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

**Houston**          **TX**   **77070**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.105 | Nonpriority creditor's name and mailing address |
|---|---|

**Louisiana Southern Cleaning**

**9418 Carsonmont Lane**

**Houston**      **TX**    **77070**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,875.00**

---

| 3.106 | Nonpriority creditor's name and mailing address |
|---|---|

**Lynden**

**PO Box 3757**

**Seattle**      **WA**    **98124**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Shipping COD

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| 3.107 | Nonpriority creditor's name and mailing address |
|---|---|

**Major Mfg & Supply, LLC**

**PO Box 1063**

**Youngsville**      **LA**    **70592**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$4,745.76**

---

| 3.108 | Nonpriority creditor's name and mailing address |
|---|---|

**Matthew Workman Enterprises LLC**

**210 Ponder Mason Rd**

**Mendenhall**      **MS**    **39114**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Compensation (Independent Contractor)**

Is the claim subject to offset?
☑ No
☐ Yes

**$17,440.00**

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.109** Nonpriority creditor's name and mailing address

McGinley Manufacturing

2435 King Blvd

Suite 230

Casper                    WY    82604

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$9,946.44**

---

**3.110** Nonpriority creditor's name and mailing address

MCGRAW HILL PLATTS INFO S

55 Water Street

New York                  NY    10041

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.111** Nonpriority creditor's name and mailing address

Mid-South Synergy

7625 Highway 6

Navasota                  TX    77868

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,720.00**

---

**3.112** Nonpriority creditor's name and mailing address

Moore's Ind. Services Ltd.

3333 - 23 Street N.E.

Calgary, Alberta T2E 6V8

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

**$180,955.28**

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.113**  Nonpriority creditor's name and mailing address

**MostarDrilling Technologies**

**6310 South Country Road 1273**

**Midland**                    **TX      79706**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$44,714.45

---

**3.114**  Nonpriority creditor's name and mailing address

**Motion Industries, Inc.**

**PO Box 404130**

**Atlanta**                    **GA      30384-4130**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,146.39

---

**3.115**  Nonpriority creditor's name and mailing address

**Munsch Hardt Kopf & Harr, P.C.**

**500 N. Akard St. Suite 3800**

**Dallas**                    **TX      75201-6659**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Professional Fees**

Is the claim subject to offset?
☑ No
☐ Yes

$18,163.21

---

**3.116**  Nonpriority creditor's name and mailing address

**Nicholas & Tangeman, LLC**

**PO Box 928**

**Laramie**                    **WY      82073-0928**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
| --- | --- | --- | --- |

---

**Part 2:**   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.117**   Nonpriority creditor's name and mailing address

**Noralis, Inc.**

**PO Box 2797**

**Cedar Park**          **TX**      **78630**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☒ No
☐ Yes

**$15,000.00**

---

**3.118**   Nonpriority creditor's name and mailing address

**Norco Inc.**

**PO Box 15299**

**Boise**          **ID**      **83715**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☒ No
☐ Yes

**$111.38**

---

**3.119**   Nonpriority creditor's name and mailing address

**NOV - National Oilwell Varco**

**7909 Parkwood Circle Dr Bldg #2**

**Houston**          **TX**      **77036**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Is the claim subject to offset?

☒ No
☐ Yes

**$125,165.57**

---

**3.120**   Nonpriority creditor's name and mailing address

**NOV Tuboscope  XL Hardbanding and Fabric**

**PO BOX 51563**

**Casper**          **WY**      **82605**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Is the claim subject to offset?

☒ No
☐ Yes

**$125,233.30**

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.121**  Nonpriority creditor's name and mailing address

**Nova 401k Associates**

**10777 Northwest Freeway**

**Suite 440**

Houston          TX      77092

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$975.25**

**3.122**  Nonpriority creditor's name and mailing address

**NuTech**

**9811 South 6150 West**

West Jordan          UT      84081

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$554.87**

**3.123**  Nonpriority creditor's name and mailing address

**PARADIGM**

**5707 South 1788**

MIDLAND          TX      79706

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     Trade Debt

Is the claim subject to offset?

☑ No
☐ Yes

**$274,749.86**

**3.124**  Nonpriority creditor's name and mailing address

**Park City**

**800 Northpark Central**

**Suite 100**

Houston          TX      77073

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:     Trade Debt

Is the claim subject to offset?

☑ No
☐ Yes

**$173,123.05**

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

Check all that apply.

**Pathfinder Group**

**2015 Orrington Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Evanston** | **IL** | **60201** | **Notice Only** |

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$46,482.07** |

Check all that apply.

**PDT - Pulse Directional Technologes**

**1717 Humble Place Drive**

**Sutie C**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Humble** | **TX** | **77338** | |

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,500.00** |

Check all that apply.

**Performance Drilling Technology**

**11834 Key Biscayne Ct**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Houston** | **TX** | **77065** | |

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$365,741.40** |

Check all that apply.

**Phoenix Technology Services**

**3610 Elkins Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Midland** | **TX** | **79705** | **Trade Debt** |

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.129** Nonpriority creditor's name and mailing address

**Pinch Flatbed Inc.**

**18515 Aldine Westfield**

**Houston**  **TX**  **77073**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$11,589.92**

---

**3.130** Nonpriority creditor's name and mailing address

**Predator Downhole, Inc**

**PO Box 1845**

**Vernal**  **UT**  **84078**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$452.50**

---

**3.131** Nonpriority creditor's name and mailing address

**Principal Life Insurance Company**

**PO Box 10372**

**Des Moines**  **IA**  **50306-0372**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,487.44**

---

**3.132** Nonpriority creditor's name and mailing address

**Production Venture Equity, LLC**

**PO Box 19683**

**Houston**  **TX**  **77224**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$69,300.00**

---

| Debtor | **Newsco International Energy Services USA Inc.** | | Case number (if known) | **19-36767 (DRJ)** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.15 |

ProservCrane Group

PO Box 670965

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Houston | TX | 77267-0965 |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,871.26 |

QDC Services, Inc.

2601 I-45 S

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| News Waverly | TX | 77358 |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.22 |

Ready Refresh

PO box 856680

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| louisville | KY | 40285-6680 |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,481.00 |

Revolve Industries, Inc.

5475-53 Avenue S.E

Calgary, AB T2C 4N2

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,948.60 |
|---|---|---|---|

Richard S. Logan Trucking, Inc

PO Box 2900

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Mills          WY     82644

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,925.85 |
|---|---|---|---|

Ricoh USA Program

PO Box 650073

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas          TX     75265-0073

Basis for the claim:   Trade Debt

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,704.80 |
|---|---|---|---|

Ridgeway Trucking

2858 South Poplar

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Casper          WY     82601

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,766.00 |
|---|---|---|---|

RigUp, Inc.

98 San Jacinto Blvd

Suite 550

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Austin          TX     78701

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.141 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**RINGCENTRAL**

☐ Contingent

**20 Davis Drive**

☐ Unliquidated
☐ Disputed

**Unknown**

Basis for the claim:

| **Belmont** | **CA** | **94002** | **Trade Debt** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**Rising Star Hot Shot LLC**

☐ Contingent

**4637 Somerset Lane**

☐ Unliquidated
☐ Disputed

**$1,200.00**

Basis for the claim:

| **Odessa** | **TX** | **79761** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**RMI**

☐ Contingent

**1711 English Ave**

☐ Unliquidated
☐ Disputed

**$1,752.33**

Basis for the claim:

| **Casper** | **WY** | **82601** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**Road Runner Express**

☐ Contingent

**13902 Briarhills Parkway**

☐ Unliquidated
☐ Disputed

**$58,957.03**

Basis for the claim:

| **Houston** | **TX** | **77077** |

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

Debtor    **Newsco International Energy Services USA Inc.**    Case number (if known)   **19-36767 (DRJ)**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.145 | Nonpriority creditor's name and mailing address |
|---|---|

**Rubicon Oilfield International**

**11610 Cutten Road**

**Houston**    **TX**    **77066**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$27,607.00

---

| 3.146 | Nonpriority creditor's name and mailing address |
|---|---|

**Safeguard Business Systems**

**PO Box 88043**

**Chicago**    **IL**    **60680-1043**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$4,610.40

---

| 3.147 | Nonpriority creditor's name and mailing address |
|---|---|

**Safety-Kleen**

**PO Box 650509**

**Dallas**    **TX**    **75265-0509**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,255.30

---

| 3.148 | Nonpriority creditor's name and mailing address |
|---|---|

**Salt Creek Properties LLC (Eastland Deve**

**PO Box 2390**

**Casper**    **WY**    **82601**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$96,433.14

---

| Debtor | Newsco International Energy Services USA Inc. | Case number (if known) | 19-36767 (DRJ) |
|---|---|---|---|

**Part 2:** Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.149** Nonpriority creditor's name and mailing address

Scott's Hot Shot LLC

PO BOX 50897

CASPER                WY      82605

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,210.00

---

**3.150** Nonpriority creditor's name and mailing address

SHERIDAN ROSS

1560 BROADWAY SUITE 1200

DENVER                CO      80202-5141

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,173.84

---

**3.151** Nonpriority creditor's name and mailing address

SMS Precision Tech

22955 State Hwy 249

Ste 37

Tomball               TX      77375

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$11,853.39

---

**3.152** Nonpriority creditor's name and mailing address

Sniper Drilling  IAE International

13300 Stonefield Dr.

Houston               TX      77014

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☑ No
☐ Yes

$165,559.63

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.153** Nonpriority creditor's name and mailing address

**Solmet Services**

**2716 Shepler Church Ave SW**

**Canton**          **OH**    **44706**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$36,691.20**

---

**3.154** Nonpriority creditor's name and mailing address

**Source Office and Technology**

**13350 West 43rd Drive**

**Golden**          **CO**    **80403**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$107.39**

---

**3.155** Nonpriority creditor's name and mailing address

**Southwest Commercial Capital, Inc.**

**PO Box 872**

**Odessa**          **TX**    **79760**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**J.L. Henry Corporation**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,925.00**

---

**3.156** Nonpriority creditor's name and mailing address

**Spira Systems Ltd.**

**22 East Lake Crescent NE**

**Airdrie, Alberta T4A 2H3**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$41,421.00**

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.157** Nonpriority creditor's name and mailing address

**Spur Can-Am LLC**

**1712 Pioneer Ave, Suite 500**

**Cheyenne** **WY** **82001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Compensation (Independent Contractor)**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$1,675.00**

**3.158** Nonpriority creditor's name and mailing address

**Stabil Drill**

**PO Box 81548**

**Lafayette** **LA** **70598**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$93,669.26**

**3.159** Nonpriority creditor's name and mailing address

**Stafford Manufacturing Corp**

**PO Box 277**

**North Reading, MA 1864**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$7,144.44**

**3.160** Nonpriority creditor's name and mailing address

**STAPLES**

**PO BOX 105638**

**ATLANTA** **GA** **30348-5638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$1,121.71**

Debtor  **Newsco International Energy Services USA Inc.**        Case number (if known)  **19-36767 (DRJ)**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.161** | Nonpriority creditor's name and mailing address

**Stargel**

**4700 Blalock Road**

**Houston**          **TX**    **77041-9239**

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,314.99**

---

**3.162** | Nonpriority creditor's name and mailing address

**Starkey Consulting**

**3000 W Sahuaro Divide**

**Tucson**          **AZ**    **85742**

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Compensation (Independent Contractor)**

Is the claim subject to offset?
☒ No
☐ Yes

**$6,309.25**

---

**3.163** | Nonpriority creditor's name and mailing address

**Surface Engineering Alloy Co**

**2895 46TH AVE NORTH**

**ST PETERSBURG**          **FL**    **33714**

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$93,869.75**

---

**3.164** | Nonpriority creditor's name and mailing address

**TaskMaster**

**#5, 6112-45 Street**

**Leduc, AB T9E 7C2**

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$76,239.08**

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.165** | Nonpriority creditor's name and mailing address |
|---|---|

Telemetrix USA Inc.

900 Old Highway 105 West

Conroe          TX      77034

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Intercompany Debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$282,060.08

| **3.166** | Nonpriority creditor's name and mailing address |
|---|---|

Thaddius Johnson

910 Tennyson

Pearland          TX      77584

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Compensation (Independent Contractor)

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$8,154.10

| **3.167** | Nonpriority creditor's name and mailing address |
|---|---|

Three Allen Center Co LLC

PO BOX 122639

Dept 2639

Dallas          TX      75312-2639

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Trade Debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$69,075.23

| **3.168** | Nonpriority creditor's name and mailing address |
|---|---|

Tomahawk Downhole, LLC

P.O. BOX 81633

LAFAYETTE          LA      70598

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$59,215.45

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,394.62** |

TPI Staffing, Inc.

21840 NW Freeway, Suite E

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Cypress          TX     77429         **Trade Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$844.00** |

Trilogy Oilfield Services

353 Shady River Lane

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Whitefish          MT     59937

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$145.00** |

Troy's Inc

7874 East Lake Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Evansville          WY     82636

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$8,510.00** |

TURNAZONTAL LLC

8514 HAMER RANCH

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

SAN ANTONIO          TX     78254

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.173** Nonpriority creditor's name and mailing address

**TURNTEC**

**4820 Cleveland St.**

**Mills**                    **WY**    **82604**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$137,352.90**

---

**3.174** Nonpriority creditor's name and mailing address

**Tyco Intergrated Security LLC**

**PO Box 371967**

**Pittsburgh**              **PA**    **15250**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,168.03**

---

**3.175** Nonpriority creditor's name and mailing address

**Tycoon Oilfield Services**

**3468 Schlager Road**

**Casper**                  **WY**    **82604**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$159,848.52**

---

**3.176** Nonpriority creditor's name and mailing address

**United Healthcare**

**PO Box 19032**

**Green Bay**               **WI**    **54307-9032**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trade Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$35,711.94**

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.177** Nonpriority creditor's name and mailing address

**UNUM LIFE INSURANCE COMPANY OF AMERICA**

**PO BOX 409548**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,824.72**

**ATLANTA            GA     30384-9548**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.178** Nonpriority creditor's name and mailing address

**Vertex Downhole**

**20221 Carriage Point Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$53,115.55**

**Houston            TX     77073**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.179** Nonpriority creditor's name and mailing address

**Vision33**

**6 HUGHES, SUITE 220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,573.66**

**IRVINE             CA     92618**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.180** Nonpriority creditor's name and mailing address

**VIVINT**

**62992 Collection Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Chicago            IL     60693-0629**

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.181**  Nonpriority creditor's name and mailing address

**Voya 401K**

**PO Box 75131**

Charlotte          NC      28275-0131

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☒ No
☐ Yes

**$545.00**

---

**3.182**  Nonpriority creditor's name and mailing address

**W-TECHNOLOGY**

**PO Box 1535**

Spring          TX      77383-1535

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☒ No
☐ Yes

**$2,152.01**

---

**3.183**  Nonpriority creditor's name and mailing address

**Waggoners Trucking**

**P.O.Box 301420**

Dallas          TX      75303-1420

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☒ No
☐ Yes

**$46,466.77**

---

**3.184**  Nonpriority creditor's name and mailing address

**Wear Parts**

**PO BOX 2570**

CASPER          WY      82602-2570

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☒ No
☐ Yes

**$632.85**

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.185** Nonpriority creditor's name and mailing address

**Weatherford**

**PO Box 301003**

**Dallas**                    **TX**      **75303-1003**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$13,179.50

---

**3.186** Nonpriority creditor's name and mailing address

**Wells Fargo Equipment Finance**

**PO Box 7777**

**San Francisco**            **CA**      **94120-7777**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lease**

Is the claim subject to offset?
☑ No
☐ Yes

$10,470.30

---

**3.187** Nonpriority creditor's name and mailing address

**Wenzel Downhole Tools ULC**

**3115 - 93 Street**

**Edmonton, Alberta T6N 1L7**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$350.00

---

**3.188** Nonpriority creditor's name and mailing address

**Wesfreight**

**po box 1108 Station T**

**Calgary, Alberta T2H2JI**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$428.76

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,971.76** |
|---|---|---|---|

**Westfreight Systems**

**PO Box 1108**

**Calgary South**

**Calgary, AB T2H 2J1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,328.34** |
|---|---|---|---|

**Winchester Interconnect**

**2150 Parkes Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Broadview          IL        60155**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$846.85** |
|---|---|---|---|

**Wyoming Automotive**

**843 E 1st Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Casper          WY      82601**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wyoming Dept. of Workforce Services**

**5221 Yellowstone Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cheyenne          WY      82002**

Basis for the claim:

**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

*Check all that apply.*

**Wyoming Secretary of State**

**Business Division**

**Herschler Building East**

**122 W. 25th St., Ste 101**

**Cheyenne**　　**WY**　　**82002-0020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Date or dates debt was incurred　　_____

Last 4 digits of account number　　___  ___  ___  ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Newsco International Energy Services USA Inc.**          Case number (if known)   **19-36767 (DRJ)**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
    listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
   are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AARV Storage**<br>**4209 E Hwy 80**<br><br>**Midland          TX     79706** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.2 | **AFCO**<br>**4501 College Blvd., Suite 320**<br><br>**Leakwood          KS     66211** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.3 | **AIG Insurance**<br>**PO Box 30174**<br><br>**New York          NY     10087-0174** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.4 | **Amega West**<br>**16623 Aldine Westfield Road**<br><br>**Houston          TX     77032** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.5 | **Bohreer Law Firm**<br>**109 N Post Oak Lane, Suite 425**<br><br>**Houston          TX     77024**<br>**Counsel for Levinge** | Line _____<br>☑ Not listed.  Explain:<br>**Litigation** | __ __ __ __ |
| 4.6 | **Bosworth Investment Group**<br>**c/o Realty Property Management**<br>**PO Box 52154**<br><br>**Midland          TX     79710** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|

> **Part 3:**   Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **CCP BCSP Dominion Property LLC** <br> **c/o Jones Lang LaSalle Americas** <br> **600 17th Street, 200N** <br><br> **Denver         CO      80202** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.8 | **Chapman Valdez & Lansing** <br> **PO Box 2710** <br><br><br> **Casper         WY      82602** <br> **Counsel for Turntec** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Litigation** | __ __ __ __ |
| 4.9 | **Christensen Fulton & Filz, PLLC** <br> **19 26th Street West, Ste 3** <br><br><br> **Billings         MT      59102-4303** <br> **Counsel for Waggoners Trucking** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Litigation** | __ __ __ __ |
| 4.10 | **Comcast Business** <br> **9602 S 300 W. Suite B** <br><br><br> **Sandy         UT      84070-3302** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.11 | **Davidson Sheen LLP** <br> **12405 Quaker Avenue** <br><br><br> **Lubbock         TX      79424** <br> **Counsel for Paradigm** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Litigation** | __ __ __ __ |
| 4.12 | **Dentons Canada LLP** <br> **2500 Stantec Tower** <br> **10220 - 103 Avenue NW** <br> **Edmonton, Alberta T5J 0K4** <br><br> **Counsel for Cougas Drilling Solutions** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Litigation** | __ __ __ __ |

| Debtor | Newsco International Energy Services USA Inc. | Case number (if known) | 19-36767 (DRJ) |
|---|---|---|---|

**Part 3:**   Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | EGJ Law, PLLC<br>The America Tower<br>2929 Allen Parkway, Ste 200<br><br>Houston          TX     77019<br>Counsel for Taskmaster | Line _____<br>☑ Not listed.  Explain:<br>**Litigation** | __ __ __ __ |
| 4.14 | First Insurance Funding<br>450 Skokie Blvd., Ste 1000<br><br>Northbrook          IL     60062-7917 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.15 | Forrest Gordon<br>Gordon Lusky LLP<br>3417 Mercer Street, Suite A<br><br>Houston          TX     77027 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.16 | Gary E. Patterson, P.C.<br>1214 Elgin Street<br><br>Houston          TX     77004<br>IPS litigation | Line _____<br>☑ Not listed.  Explain:<br>**Litigation** | __ __ __ __ |
| 4.17 | Internal Revenue Service<br>Special Procedures - Insolvency<br>PO Box 7346<br><br>Philadelphia          PA     19101-7346 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.18 | John F. Rabe, Jr.<br>Davidson Sheen LLP<br>12405 Quaker Avenue<br><br>Lubbock          TX     79424 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.19 | Keith R. Nachbar, P.C.<br>123 W 1st Street, Ste 205<br><br>Casper          WY     82601<br>Counsel for JB Machine | Line _____<br>☑ Not listed.  Explain:<br>**Litigation** | __ __ __ __ |

Debtor  __**Newsco International Energy Services USA Inc.**__   Case number (if known)  __**19-36767 (DRJ)**__

| **Part 3:** | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.20** **Kelly, Morgan, Dennis, Corzine & Hansen** <br> **4840 E. University Blvd., Ste 200** <br><br> **Odessa** **TX** **79762** <br> **Counsel for Paradigm** | Line _____ <br> ☑ Not listed.  Explain: <br> **Litigation** | ___ ___ ___ ___ |
| **4.21** **Lucas Buckley** <br> **Hathaway & Kunz, LLP** <br> **The Wyoming Law Firm** <br> **2515 Warren Avenue, suite 500** <br> **Cheyenne** **WY** **82001** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | ___ ___ ___ ___ |
| **4.22** **Michael J. Lansing** <br> **PO Box 2710** <br><br> **Casper** **WY** **82602** <br> **Counsel for Kustom Koncepts** | Line _____ <br> ☑ Not listed.  Explain: <br> **Litigation** | ___ ___ ___ ___ |
| **4.23** **Midland Oasis Owner, LLC** <br> **908 West Indiana Avenue** <br><br> **Midland** **TX** **79701** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | ___ ___ ___ ___ |
| **4.24** **Millennial Energy** <br> **333 Clay, Suite 2800** <br><br> **Houston** **TX** **77002** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | ___ ___ ___ ___ |
| **4.25** **Nathaniel R. Martinez** <br> **Munsch Hardt Kopf & Harr, PC** <br> **7000 Milam, Suite 2700** <br><br> **Houston** **TX** **77002-2806** <br> **FLSA litigation** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | ___ ___ ___ ___ |
| **4.26** **Newsco International Energy Services Inc** <br> **Attn: Billy Melville** <br> **Suite 11, 4855-102 Avenue SE** <br> **Calgary, AB T2C 2X7** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | ___ ___ ___ ___ |

| Debtor | Newsco International Energy Services USA Inc. | Case number (if known) | 19-36767 (DRJ) |
|---|---|---|---|

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.27** **Nichols Kaster, PLLP**
**80 South 8th Street, Suite 4600**
**Minneapolis IDS Center**

**Minneapolis        MN        55402**

Line _____

☑ Not listed.  Explain:
**Litigation**

___ ___ ___ ___

**4.28** **Precision Downhole Technologies**
**31106 Silverwood Oaks Ct.**

**Spring            TX        77386**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.29** **Roman Law Firm PC**
**4141 Southwest Freeway Suite 250**

**Houston          TX        77027**

**Counsel for Access Downhole**

Line _____

☑ Not listed.  Explain:
**Litigation**

___ ___ ___ ___

**4.30** **Sigit Operating**
**600 17th Street, Suite 2450S**

**Denver            CO        80202**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.31** **Stacy & Baker P.C.**
**1010 Lamar Street, Suite 550**

**Houston          TX        77002**

**NOV case**

Line _____

☑ Not listed.  Explain:
**Litigation**

___ ___ ___ ___

**4.32** **Staduim Management**
**General Counsel**
**13655 Broncos Pkwy**

**Englewood        CO        80112**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.33** **Telemetrix Technologies International In**
**Attn: Billy Melville**
**Suite11, 4855-102 Avenue SE**
**Calgary Alberta T2C 2X7**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

Debtor  __Newsco International Energy Services USA Inc.__          Case number (if known)  __19-36767 (DRJ)__

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.34 | **Telemetrix Technologies USA Inc.**<br>**Attn: Corey Campbell**<br>**12029 Brittmoore Park Drive**<br><br>**Houston          TX     77041** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.35 | **Texas Workforce Commission**<br>**TWC Bldg - Regulatory Integrity Div.**<br>**101 E. 15th Street**<br><br>**Austin          TX     78778** | Line _____<br>☑ Not listed.  Explain:<br>**Taxes** | __ __ __ __ |
| 4.36 | **The Fuentes Firm**<br>**5507 Louetta Rd, Ste A**<br><br>**Spring          TX     77379**<br>**Essential Logistics case** | Line _____<br>☑ Not listed.  Explain:<br>**Litigation** | __ __ __ __ |
| 4.37 | **The Law Offices of Walter A. Boyd, III**<br>**4101 Greenbriar Drive, Ste 205E**<br><br>**Houston          TX     77098**<br>**Gator Tech case** | Line _____<br>☑ Not listed.  Explain:<br>**Litigation** | __ __ __ __ |
| 4.38 | **TX Comptroller**<br>**Revenue Account Division**<br>**Bankruptcy Section**<br>**PO Box 13528**<br>**Austin          TX     78711** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.39 | **U. S. Department of Justice**<br>**U.S. Attorney, Civil Process Clerk**<br>**1000 Louisiana Street #2300**<br><br>**Houston          TX     77002** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.40 | **United States Attorney General**<br>**Department of Justice**<br>**950 Pennsylvania Ave. N.W.**<br><br>**Washington          DC     20530** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor   **Newsco International Energy Services USA Inc.**                     Case number (if known)   **19-36767 (DRJ)**

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.41 | **United States Trustee** <br> **515 Rusk St., Ste 3516** <br><br> **Houston          TX     77002** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.42 | **Verizon** <br> **PO Box 489** <br><br> **Newark            NJ     07101-0489** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.43 | **Williams, Porter, Day & Neville PC** <br> **159 N. Wolcott St., Suite 400** <br><br> **Casper           WY     82601** <br> **RMI, Tycoon demand letters** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.44 | **Willkie Farr & Gallagher LLP** <br> **Attn: Michael De Voe Piazza** <br> **600 Travis St., Suite 2310** <br><br> **Houston          TX     77002** <br> **Counsel for Sublessee on 333 Clay St., Suite 2800** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **Newsco International Energy Services USA Inc.**          Case number (if known)   **19-36767 (DRJ)**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | **$103,257.22** |
|---|---|---|---|
| 5b. | **Total claims from Part 2** | 5b. **+** | **$7,075,407.45** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$7,178,664.67** |

**Fill in this information to identify the case:**

Debtor name  **Newsco International Energy Services USA Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **19-36767 (DRJ)**              Chapter   **11**
(if known)

☑ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Month to month storage for gooseneck trailer | AARV Storage | |
| | | | 4209 E Hwy 80 | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Midland          TX          79706 | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease Unit No. 2454 at 2454 W Interstate 20, Odessa, TX Contract is in DEFAULT | Bosworth Investment Group | |
| | | | c/o this Realty Property Mgmt | |
| | | | PO Box 52154 | |
| | State the term remaining | July 31, 2020 | | |
| | List the contract number of any government contract | | Midland          TX          79710 | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Denver office space Dominion Towers Suite 2450S Denver, Colorado | CCP BCSP Dominion Property LLC | |
| | | | c/o Jones Lang LaSalle Americas, Inc. | |
| | | | 600 17th Street | |
| | State the term remaining | Expires 12/31/2020 | Suite 200N | |
| | List the contract number of any government contract | | Denver          CO          80202 | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Phone/Internet | Century Link | |
| | | | PO Box 91155 | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Seattle          WA          98111-9255 | |

Debtor   **Newsco International Energy Services USA Inc.**          Case number (if known)   **19-36767 (DRJ)**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | phone lines - Casper | **Century Link** |
| | | | **PO Box 91155** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Seattle**          **WA**     **98111-9255** |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Internet - Casper | **Century Link** |
| | | | **PO Box 91155** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Seattle**          **WA**     **98111-9255** |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Cable and internet | **Comcast Business** |
| | | | **9602 S 300 W. Suite B** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sandy**          **UT**     **84070-3302** |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Office lease for 12029 Brittmoore Park Dr., Houston, TX 77041 | **HWM Properties LLC** |
| | | | **11603 Brittmoore Road** |
| | State the term remaining | **Expires 12/31/2023** | |
| | List the contract number of any government contract | | **Houston**          **TX**     **77041** |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Lease on corporate apartment | **Midland Oasis Owner, LLC** |
| | | | **110 Pavilion Parkway** |
| | State the term remaining | **Expires 5/31/2020** | |
| | List the contract number of any government contract | | **Midland**          **TX**     **79705** |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Sublease of 333 Clay Street, Suite 2800 Houston, TX 77002 | **Millennial Energy Management LLC** |
| | | | **333 Clay St., Suite 2800** |
| | State the term remaining | **Expires 1/21/2020** | |
| | List the contract number of any government contract | | **Houston**          **TX**     **77002** |

Debtor   __**Newsco International Energy Services USA Inc.**__   Case number (if known) __**19-36767 (DRJ)**__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | **Copier - MPC4503-PLUS Contract expired on its terms 12/11/2019** | **Ricoh USA Inc** |
| | | | **PO Box 650073** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas** **TX** **75265** |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | **Copier - MPC4503-PLUS Contract expired on its own terms 12/11/2019** | **Ricoh USA Inc** |
| | | | **PO Box 650073** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas** **TX** **75265** |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | **RingCentral Office and Glip Plan Purchase Agreement Phone system - Brittmoore** | **Ring Central** |
| | | | **20 Davis Drive** |
| | State the term remaining | **Expires 4/19/2021** | |
| | List the contract number of any government contract | | **Belmont** **CA** **94002** |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Casper location 3101 Wood Ct. Casper, WY** | **Salt Creek Properties LLC** |
| | | | **Attn: Richard Bratton, Manager** |
| | | | **PO Box 2390** |
| | State the term remaining | **Expires 1/9/2025** | |
| | List the contract number of any government contract | | **Casper** **WY** **82602** |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | **Sublease of Denver office space** | **Sigit Operating Company LLC** |
| | | | **600 17th Street, Suite 2450S** |
| | State the term remaining | **Expires 12/31/2020** | |
| | List the contract number of any government contract | | **Denver** **CO** **80202** |

Debtor   **Newsco International Energy Services USA Inc.**                          Case number (if known)   **19-36767 (DRJ)**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | | |
|---|---|---|---|---|---|
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | **5 year NFL Executive Suite - Denver Broncos**<br>**Performance deposit of $80k - reduced by year 5 of lease - $23k owed to Newsco** | **Stadium Management Company, LLC**<br>**General Counsel**<br>**13655 Broncos Parkway** | | |
| | State the term remaining | **Expires 1/31/2020** | **Englewood** | **CO** | **80112** |
| | List the contract number of any government contract | | | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | **Toshiba 5540CT**<br><br>**Lessor picked up equipment on 12/3/2019**<br>**Contract is in DEFAULT** | **Stargel Office Solutions**<br>**4700 Blalock** | | |
| | State the term remaining | **Expires 2/14/2022** | **Houston** | **TX** | **77041** |
| | List the contract number of any government contract | | | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Suite 2800**<br>**Three Allen Center**<br>**333 Clay Street**<br>**Houston, TX 77002** | **Three Allen Center Co LLC**<br>**c/o Brookfield Properties**<br>**1200 Smith Street, Suite 1200** | | |
| | State the term remaining | **Expires 4/30/2020** | | | |
| | List the contract number of any government contract | | **Houston** | **TX** | **77002** |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | **cell phones (4 lines - voice, data)** | **Verizon**<br>**PO Box 489** | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | **Newark** | **NJ** | **07101-0489** |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | **cell phones (3 lines - voice, data)** | **Verizon**<br>**PO Box 489** | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | **Newark** | **NJ** | **07101-0489** |

Debtor  **Newsco International Energy Services USA Inc.**          Case number (if known)  **19-36767 (DRJ)**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | cell phones (2 lines - voice, data) | **Verizon** | |
| | | | **PO Box 489** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Newark**                    **NJ**        **07101-0489** | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | **Security system - Brittmoore** | **Vivint** | |
| | | | **62992 Collection Drive** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Chicago**                    **IL**          **60693** | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | **2015 Combilift C10000XL Forklift SN 26281** | **Wells Fargo Equipment Finance** | |
| | | | **PO Box 7777** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **San Francisco**             **CA**        **94120-7777** | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | **2015 Hyundai 20L-7A Forklift SN HHKhhF09TD0000835 contract date ended in 3/19 but there are amount still owed on contract** | **Wells Fargo Equipment Finance** | |
| | | | **PO Box 7777** | |
| | State the term remaining | | **San Francisco**             **CA**        **94120-7777** | |
| | List the contract number of any government contract | | | |

**Fill in this information to identify the case:**

Debtor name  **Newsco International Energy Services USA Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **19-36767 (DRJ)**
(if known)

☑ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
schedules of creditors, *Schedules D-G.***  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Newsco International Energy Services USA Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **19-36767 (DRJ)**

☑ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from Schedule A/B...................................................................................... **$0.00**

    1b. **Total personal property:**
        Copy line 91A from Schedule A/B.................................................................................. **$4,447,272.72**

    1c. **Total of all property**
        Copy line 92 from Schedule A/B.................................................................................... **$4,447,272.72**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.......................... **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F........................................ **$103,257.22**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................ **+ $7,075,407.45**

4. **Total liabilities**
    Lines 2 + 3a + 3b.................................................................................................................... **$7,178,664.67**

**Fill in this information to identify the case and this filing:**

Debtor Name  **Newsco International Energy Services USA Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **19-36767 (DRJ)**
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule  _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **12/20/2019**          X  **/s/ Biswajit Mishra**
         MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                **Biswajit Mishra**
                                Printed name

                                **President and Chief Financial Officer**
                                Position or relationship to debtor