**Fill in this information to identify the case:**

Debtor name  **Newsco International Energy Services USA Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **19-36767 (DRJ)**
(if known)

☑ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

**Sources of revenue**
Check all that apply.

**Gross revenue**
(before deductions and exclusions

| | | | | | | |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2019** MM / DD / YYYY | to | Filing date | ☑ Operating a business ☐ Other | | **$14,563,544.52** |
| **For prior year:** | From **01/01/2018** MM / DD / YYYY | to | **12/31/2018** MM / DD / YYYY | ☑ Operating a business ☐ Other | | **$20,409,008.60** |
| **For the year before that:** | From **01/01/2017** MM / DD / YYYY | to | **12/31/2017** MM / DD / YYYY | ☑ Operating a business ☐ Other | | **$40,076,196.62** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

---

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Munsch Hardt Kopf & Harr, P.C.** Creditor's name **7000 Milam, Suite 2700** Street **Houston**                **TX**    **77002-2806** City                          State    ZIP Code | 9/5/2019 | **$7,500.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other _____ |

---

Debtor   **Newsco International Energy Services USA Inc.**          Case number (if known)   **19-36767 (DRJ)**
         Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Principal Life Insurance Company**<br>Creditor's name<br>**PO Box 10372**<br>Street<br><br>**Des Moines**        **IA**   **50306-0372**<br>City                State   ZIP Code | **9/27/2019**<br>**10/31/2019**<br>**11/30/2019** | **$22,831.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other   **Insurance premiums** |
| 3.3. **Three Allen Center Co LLC**<br>Creditor's name<br>**c/o Brookfield Properties**<br>Street<br>**1200 Smith Street, Suite 1200**<br><br>**Houston**        **TX**   **77002**<br>City                State   ZIP Code | **09/05/2019** | **$22,505.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other   **Rent** |
| 3.4. **United Healthcare**<br>Creditor's name<br>**PO Box 19032**<br>Street<br><br>**Green Bay**        **WI**   **54307-9032**<br>City                State   ZIP Code | **9/27/2019**<br>**10/31/2019**<br>**11/29/2019** | **$154,361.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other   **Insurance** |
| 3.5. **Pathfinder Group**<br>Creditor's name<br>**2015 Orrington Ave.**<br>Street<br><br>**Evanston**        **IL**   **60201**<br>City                State   ZIP Code | **09/06/2019**<br>**09/13/2019**<br>**09/20/2019**<br>**09/27/2019** | **$28,062.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.6. **AFCO**<br>Creditor's name<br>**4501 College Blvd., Suite 320**<br>Street<br><br>**Leawood**        **KS**   **66211**<br>City                State   ZIP Code | **11/15/2019** | **$9,904.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.7. **AIG Insurance**<br>Creditor's name<br>**PO Box 30174**<br>Street<br><br>**New York**        **NY**   **10087-0174**<br>City                State   ZIP Code | **09/05/2019** | **$21,456.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other   **Insurance premium** |
| 3.8. **Amega West Services, LLC**<br>Creditor's name<br>**16623 Aldine Westfield Road**<br>Street<br><br>**Houston**        **TX**   **77032**<br>City                State   ZIP Code | **09/05/2019** | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |

Debtor  **Newsco International Energy Services USA Inc.**          Case number (if known)  **19-36767 (DRJ)**
_____
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **American Express (Conroe)**<br>Creditor's name<br>**200 Vesey Street**<br>Street<br><br>**New York**　　**NY**　**10285**<br>City　　State　ZIP Code | **09/12/2019**<br>**10/17/2019** | **$57,200.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other　**Credit card** |
| 3.10. **B&T Rentals**<br>Creditor's name<br>**PO Box 80962**<br>Street<br><br>**Lafayette**　　**LA**　**70598-0962**<br>City　　State　ZIP Code | **9/5/2019**<br>**9/13/2019**<br>**9/26/2019**<br>**10/30/2019**<br>**11/8/2019**<br>**11/15/2019**<br>**11/25/2019** | **$104,643.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.11. **Bloodhoun MWD, LLC**<br>Creditor's name<br>**2101 CR 254**<br>Street<br><br>**Miles**　　**TX**　**76861**<br>City　　State　ZIP Code | **10/16/2019**<br>**11/25/2019** | **$18,896.85** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other　**Independent Contracto** |
| 3.12. **Brock Childress**<br>Creditor's name<br>**9404 Drovers View Trail**<br>Street<br><br>**Fort Worth**　　**TX**　**76131**<br>City　　State　ZIP Code | **9/12/2019**<br>**10/15/2019**<br>**10/16/2019**<br>**11/25/2019** | **$25,966.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other　**Independent Contracto** |
| 3.13. **Daniel Reynolds Consulting**<br>Creditor's name<br>**88 N.E. Meadow Lane**<br>Street<br><br>**Elgin**　　**OK**　**73538**<br>City　　State　ZIP Code | **10/15/2019**<br>**10/16/2019**<br>**11/25/2019** | **$17,069.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other　**Independent Contracto** |
| 3.14. **David Chaput**<br>Creditor's name<br>**20074 Big Oak Drive**<br>Street<br><br>**Montgomery**　　**TX**　**77356**<br>City　　State　ZIP Code | **9/12/2019**<br>**10/15/2019**<br>**10/16/2019**<br>**11/25/2019** | **$18,759.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other　**Independent Contracto** |
| 3.15. **Double D Energy LLC**<br>Creditor's name<br>**521 E. Main**<br>Street<br><br>**Archer City**　　**TX**　**76351**<br>City　　State　ZIP Code | **11/14/2019** | **$9,057.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other　**Independent Contracto** |

Debtor  **Newsco International Energy Services USA Inc.**                    Case number (if known)  **19-36767 (DRJ)**
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.16.  **Essential Logistics, LLC**<br>Creditor's name<br>**PO Box 430453**<br>Street<br><br>**Houston**          **TX**      **77243**<br>City              State    ZIP Code | 9/12/2019 | $7,941.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.17.  **First Insurance Funding**<br>Creditor's name<br>**450 Skokie Blvd., Suite 1000**<br>Street<br><br>**Northbrook**         **IL**      **60062-7917**<br>City              State    ZIP Code | 9/25/2019<br>10/11/2019<br>10/31/2019<br>11/26/2019 | $55,324.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.18.  **Gator Technologies**<br>Creditor's name<br>**415 Rankin Circle North**<br>Street<br><br>**Houston**          **TX**      **77073**<br>City              State    ZIP Code | 9/5/2019<br>9/12/2019<br>9/24/2019 | $18,824.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.19.  **Hill Country Staffing**<br>Creditor's name<br>**501 S. Austin Ave., Suite 1310**<br>Street<br><br>**Georgetown**        **TX**      **78626**<br>City              State    ZIP Code | 9/23/2019<br>9/26/2019<br>10/10/2019<br>11/04/2019<br>11/08/2019<br>11/20/2019<br>11/27/2019<br>12/02/2019 | $77,536.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.20.  **H-Town Off Road**<br>Creditor's name<br>**23603 Roberts Cemetery Road**<br>Street<br><br>**Hockley**          **TX**      **77447**<br>City              State    ZIP Code | 9/12/2019<br>10/15/2019<br>10/16/2019<br>11/14/2019 | $24,981.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Independent Contracto** |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.21.  **HWM Properties**<br>Creditor's name<br>**11603 Brittmoore Park DRive**<br>Street<br><br>**Houston**          **TX**      **77041**<br>City              State    ZIP Code | 9/5/2019 | $14,850.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Rent** |

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|
| | Name | | |

**Creditor's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer**
*Check all that apply*

3.22. **Joshua McWhorter**
Creditor's name
**390 Ogan Rd**
Street

**Stephenville**  **TX**  **76401**
City  State  ZIP Code

Dates: 9/12/2019, 10/15/2019, 10/16/2019, 11/14/2019
Total amount or value: $58,805.95
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other _____

3.23. **Matthew Workman Enterprises LLC**
Creditor's name
**210 Ponder Mason Rd**
Street

**Mendenhall**  **MS**  **39114**
City  State  ZIP Code

Dates: 9/12/2019, 10/15/2019, 10/16/2019, 11/14/2019
Total amount or value: $45,060.00
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other _____

3.24. **New Mexico Taxation and Revenue Dept.**
Creditor's name
**1100 South St. Francis Drive**
Street

**Santa Fe**  **NM**  **87504**
City  State  ZIP Code

Dates: 9/5/2019
Total amount or value: $32,356.77
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other  **Taxes**

3.25. **Precision Downhole Technologies, LLC**
Creditor's name
**31106 Silverwood Oaks Ct.**
Street

**Spring**  **TX**  **77386**
City  State  ZIP Code

Dates: 9/12/2019
Total amount or value: $8,740.75
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☒ Services
- ☐ Other _____

3.26. **Thaddius Johnson**
Creditor's name
**910 Tennyson**
Street

**Pearland**  **TX**  **77584**
City  State  ZIP Code

Dates: 9/12/2019, 10/16/2019, 11/15/2019
Total amount or value: $20,196.35
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☒ Other _____

3.27. **The Waggoners Trucking**
Creditor's name
**PO Box 301420**
Street

**Dallas**  **TX**  **75303-1420**
City  State  ZIP Code

Dates: 9/5/2019, 9/27/2019, 10/02/2019
Total amount or value: $21,176.85
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☒ Other  **Independent Contracto**

3.28. **Abaco Drilling Technologies (Canada)**
Creditor's name
**713 Northpark Central Suite 400**
Street

**Houston**  **TX**  **77073**
City  State  ZIP Code

Dates: 9/27/2019
Total amount or value: $7,500.00
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other _____

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|
| | Name | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|

3.29. **Abaco Drilling Technologies (Houston)**
Creditor's name
**713 Northpark Central, Suite 400**
Street

**Houston**          **TX**     **77073**
City                    State    ZIP Code

Dates: 9/5/2019, 9/13/2019
Total amount or value: $47,881.03

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

---

3.30. **BICO Drilling Tools**
Creditor's name
**1604 Greens Road**
Street

**Houston**          **TX**     **77032**
City                    State    ZIP Code

Dates: 9/5/2019
Total amount or value: $7,500.00

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

---

3.31. **Franklin Street Properties Corp**
Creditor's name
**401 Edgewater Place, Suite 200**
Street

**Wakefield**          **MA**     **01880**
City                    State    ZIP Code

Dates: 9/5/2019
Total amount or value: $7,516.96

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other _____

---

3.32. **JB Machine & Manufacturing**
Creditor's name
**5111 W. Yellowstone**
Street

**Casper**          **WY**     **82604**
City                    State    ZIP Code

Dates: 9/5/2019, 11/18/2019
Total amount or value: $41,165.64

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

---

3.33. **Pinch Flatbed**
Creditor's name
**18515 Aldine Westfield**
Street

**Houston**          **TX**     **77073**
City                    State    ZIP Code

Dates: 10/3/2019
Total amount or value: $8,784.72

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

---

3.34. **Production Venture Equity LLC**
Creditor's name
**PO Box 19683**
Street

**Houston**          **TX**     **77224**
City                    State    ZIP Code

Dates: 9/5/2019, 9/27/2019
Total amount or value: $12,600.00

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other _____

---

3.35. **Salt Creek Properties LLC**
Creditor's name
**PO Box 2390**
Street

**Casper**          **WY**     **82601**
City                    State    ZIP Code

Dates: 9/13/2019
Total amount or value: $32,144.38

Reasons for payment or transfer
*Check all that apply*
- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other   **Rent**

Debtor    **Newsco International Energy Services USA Inc.**                    Case number (if known)   **19-36767 (DRJ)**
_____
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|

3.36.   **Stabil Drill**                          **9/5/2019**        **$10,000.00**
Creditor's name
**PO Box 81548**
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**Lafayette**          **LA**    **70598**
City                State    ZIP Code

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|

3.37.   **TURNTEC**                          **9/12/2019**       **$13,235.30**
Creditor's name
**4820 Cleveland St.**
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**MIlls**            **WY**    **82604**
City                State    ZIP Code

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|

3.38.   **Clark Hill Strasburger**              **9/5/2019**        **$10,000.00**
Creditor's name
**901 Main St., Suite 6000**
Street

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   **Retainer not related to**

**Dallas**          **TX**    **75202**
City                State    ZIP Code

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|
| | Name | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Newsco International Energy Services Inc** | 8/22/2019 | **$1,357,942.81** | **Payment for parts, tools and** |
| | Insider's name | 12/17/2018 | | **services** |
| | **Suite 11, 4855-102nd Ave. SE** | 12/28/2018 | | |
| | Street | 1/2/2019 | | |
| | **Calgary, AB** | 2/1/2019 | | |
| | | 3/11/2019 | | |
| | **CANADA**                    **T2C 2X7** | 3/26/2019 | | |
| | City          State      ZIP Code | 5/1/2019 | | |
| | | 5/10/2019 | | |
| | **Relationship to debtor** | 5/28/2019 | | |
| | **Parent Company's Parent** | 6/5/2019 | | |
| | | 6/11/2019 | | |
| | | 6/26/2019 | | |
| | | 7/11/2019 | | |
| | | 10/21/2019 | | |
| | | 12/7/2018 | | |
| | | 4/11/2019 | | |
| | | 1/1/2019 | | |
| | | 1/1/2019 | | |
| | | 1/1/2019 | | |
| | | 1/1/2019 | | |
| | | 1/1/2019 | | |
| | | 1/1/2019 | | |
| | | 1/1/2019 | | |
| | | 1/1/2019 | | |
| | | 1/1/2019 | | |
| | | 1/15/2019 | | |
| | | 2/12/2019 | | |
| | | 3/8/2019 | | |
| | | 4/2/2019 | | |
| | | 5/1/2019 | | |
| | | 6/5/2019 | | |
| | | 6/5/2019 | | |
| | | 6/6/2019 | | |
| | | 7/3/2019 | | |
| | | 8/6/2019 | | |
| | | 2/28/2019 | | |
| | | 6/13/2019 | | |
| | | 8/9/2019 | | |
| | | 2/28/2019 | | |
| | | 3/11/2019 | | |
| | | 5/6/2019 | | |
| | | 6/6/2019 | | |
| | | 7/17/2019 | | |
| | | 8/2/2019 | | |
| | | 8/2/2019 | | |
| | | 8/2/2019 | | |
| | | 06/20/2019 | | |

Debtor **Newsco International Energy Services USA Inc.**          Case number (if known) **19-36767 (DRJ)**
_____
Name

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.2. | **Telemetrix USA Inc.**<br>Insider's name<br>**12029 Brittmoore Park Drive**<br>Street<br><br>**Houston**        **TX**    **77041**<br>City          State    ZIP Code<br><br>**Relationship to debtor**<br>**Subsidiary of parent company** | **02/20/2019**<br>**03/26/2019**<br>**10/23/2019**<br>**01/07/2019**<br>**03/26/2019**<br>**03/26/2019**<br>**04/02/2019**<br>**04/05/2019**<br>**05/16/2019**<br>**07/23/2019**<br>**07/25/2019**<br>**07/25/2019**<br>**08/02/2019**<br>**09/04/2019**<br>**11/04/2019**<br>**11/05/2019**<br>**11/12/2019** | **$212,115.97** | **Payment for parts and services** |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.3. | **Newsco Directional Drilling Peru S.A.C.**<br>Insider's name<br>**Talleres Unidos Mz A Lt.**<br>Street<br>**11 Zona Industrial Talara Baja**<br><br>**Talara, Piura**<br>City          State    ZIP Code<br><br>**Relationship to debtor**<br>**Subsidiary of the parent of the parten** | **12/28/2018** | **$25,000.00** | **On account payment** |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

Debtor   **Newsco International Energy Services USA Inc.**          Case number (if known)   **19-36767 (DRJ)**
_____                                    _____
Name

## Part 3:   Legal Actions or Assignments

**7.**   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
was involved in any capacity--within 1 year before filing this case.

☐ None

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.1. | **TurnTec Manufacturing, Inc. v. Newsco International Energy Services USA Inc.** | **Collect on unpaid invoices** | **District Court of Natrona County, WY** <br>Name<br> **200 N. Center St.** <br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**Civil Action No. 105378** | | **Casper**　　　**WY**　**82601**<br>City　　　　　State　ZIP Code | |
| 7.2. | **Tycoon Oilfield Services, Inc. v. Newsco International Energy Services USA Inc.** | **Monies due and owing, materials rendered** | **7th District Court, Natrona County, WY** <br>Name<br> **200 N. Center St.** <br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**Case No. 107475** | | **Casper**　　　**WY**　**82601**<br>City　　　　　State　ZIP Code | |
| 7.3. | **Kustom Koncepts, Inc. v. Newsco International Energy Services USA Inc.** | **Collect on unpaid invoices** | **Natrona County District Courts** <br>Name<br> **200 N. Center St.** <br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**Civil Action No. 107175** | | **Casper**　　　**WY**　**82601**<br>City　　　　　State　ZIP Code | |
| 7.4. | **Paradigm Downhole Tools, LLC v. Newsco International Energy Services USA Inc.** | **Collection of unpaid invoices** | **Reeves County District Court** <br>Name<br> **100 E 4th Street #101** <br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**Cause No. CV55373** | | **Pecos**　　　**TX**　**79772**<br>City　　　　　State　ZIP Code | |
| 7.5. | **Taskmaster Technologies Inc. v. Newsco International Energy Services USA Inc.** | **Collection of amounts due for goods and services** | **Harris County District Court** <br>Name<br> **201 Caroline** <br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**2019-87043** | | **Houston**　　　**TX**　**77002**<br>City　　　　　State　ZIP Code | |

Debtor    **Newsco International Energy Services USA Inc.**          Case number (if known)   **19-36767 (DRJ)**
_____
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **National Oilwell Varco LP v. Newsco International Energy Services USA Inc.** | Suit on contract. | **Harris County District Court** <br> Name <br><br> **201 Caroline** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **201958414** | | **Houston**            **TX**    **77002** <br> City                State    ZIP Code | |
| 7.7. | **Claim of Gator Technologies, LLC** | Notice of intent to file liens against wells in Lea County, New Mexico (dated September 11, 2019). Invoices were later paid. | **Law Offices of Walter A. Boyd, III** <br> Name <br><br> **Walter A. Boyd, III** <br> Street <br><br> **4101 Greenbriar Dr., Suite 205E** | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **N/A** | | **Houston**            **TX**    **77098** <br> City                State    ZIP Code | |
| 7.8. | **David Dean, et al.  v. Newsco International Energy Services USA Inc.** | FLSA Collective Action Complaint | **U.S. District Court, Southern Dist. TX** <br> Name <br><br> **515 Rusk** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **4:15-cv-03406** | | **Houston**            **TX**    **77002** <br> City                State    ZIP Code | |
| 7.9. | **JB Machine v. Newsco International Energy Services USA Inc.** | Settlement with judgment creditor entered April 30, 2019, amended October 28, 2019. Final payment due February 2020. | **Natrona County District Court** <br> Name <br><br> **200 N. Center St.** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **Civil Action No. 104315-A** | | **Casper**            **WY**    **82601** <br> City                State    ZIP Code | |
| 7.10. | **Access Downhole** | Settlement Agreement and Release effective December 11, 2018. In default in the payment of two installments in the amount of $6,500 each due August 4, 2019 and September 4, 2019. Demand letter sent September 9, 2019 | **Roman Law Firm, PC** <br> Name <br><br> **Stephanie Roman** <br> Street <br><br> **4141 SW Freeway, Suite 250** | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **N/A** | | **Houston**            **TX**    **77027** <br> City                State    ZIP Code | |
| 7.11. | **Cougar Drilling Solutions Global DMCC** | Settlment in response to demand letter dated April 18, 2019, provides Newsco will pay $24,690.46 in twelve equal monthly installments beginning June 30, 2019. | **Kurtis P. Letwin** <br> Name <br><br> **2500 Stantec Tower** <br> Street <br><br> **10220 - 103 Avenue NW** | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **N/A** | | **Edmonton, Alberta**            **T5J 0K4** <br> City                State    ZIP Code | |

Debtor   **Newsco International Energy Services USA Inc.**                    Case number (if known) **19-36767 (DRJ)**
         Name

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.12. **Essential Logistics LLC** | **Demand letter dated April 12, 2019. Agreement to make nine monthly payment of $7941.39 each.** | **The Fuentes Firm** <br> Name <br> **Cristina Belaval** <br> Street <br> **5507 Louetta Rd., Suite A** | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> **N/A** | | **Spring            TX    77379** <br> City                 State   ZIP Code | |
| Case title <br> 7.13. **IPS** | Nature of case <br> **Settlement reached in principle, IPS attempting to renegotiate** | Court or agency's name and address <br> **Gary E. Patterson, P.C.** <br> Name <br> **Zachary W. Scott** <br> Street <br> **1214 Elgin St.** | Status of case <br> ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> **N/A** | | **Houston            TX    77004** <br> City                 State   ZIP Code | |

8.   **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

| **Part 5:** | **Certain Losses** |
|---|---|

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor  **Newsco International Energy Services USA Inc.**          Case number (if known)  **19-36767 (DRJ)**
          Name

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Clark Hill Strasburger** | | **11/04/2019** | **$50,000.00** |

Address

**720 Brazos, Suite 700**
Street

**Austin**                    **TX**      **78701**
City                              State    ZIP Code

Email or website address

**sroberts@clarkhill.com**

Who made the payment, if not debtor?

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Keith & Telissa Cagle** | **2012 Dodge 2500 Crew Cab Pickup Truck, 138,750 Miles Indicated, 4-Wheel Drive VIN 3C6TD5HTXCG210416** | **6/26/2019** | **$6,000.00** |

Address

**702 12th Street**
Street

**O'Donnell**                 **TX**      **79351**
City                              State    ZIP Code

Relationship to debtor

**None**

Debtor  **Newsco International Energy Services USA Inc.**                     Case number (if known)  **19-36767 (DRJ)**
_____
Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.2. **Sigit Operating Company LLC** | **Sale of office furniture** | **8/6/2019** | **$10,000.00** |

**Address**

**1624 Market Street, Suite 110**
Street


**Denver**          **CO**      **80202**
City                State      ZIP Code

**Relationship to debtor**
**Sublessor - Denver property**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.3. **B&W Mud Motors, LLC** | **Sale of rotors/stators** | **11/1/2019** | **$50,000.00** |

**Address**

**501 Winscott Rd.**
Street


**Benbrook**          **TX**      **76126**
City                State      ZIP Code

**Relationship to debtor**
**None**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.4. **Cobra Downhole Motors** | **Sale of assets exchanged for AP trade** | **10/23/2018** | **$17,000.00** |

**Address**

**7700 San Felipe Street, Suite 480**
Street


**Houston**          **TX**      **77063**
City                State      ZIP Code

**Relationship to debtor**
**AP Vendor - motor rentals**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.5. **Cobra Downhole Motors** | **Sale of assets exchanged for AP trade** | **11/7/2018** | **$57,500.00** |

**Address**

**7700 San Felipe Street, Suite 480**
Street


**Houston**          **TX**      **77063**
City                State      ZIP Code

**Relationship to debtor**
**AP vendor - motor rentals**

Debtor   **Newsco International Energy Services USA Inc.**                              Case number (if known)   **19-36767 (DRJ)**
_____                                                          _____
Name

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.6. | **IPS International** | **Sale of racks and JIB crane in exchange for AP** | **2/4/2019** | **$4,500.00** |
| | **Address** | | | |
| | **2615 Industrial Lane**<br>Street | | | |
| | **Conroe**　　　　**TX**　**77301**<br>City　　　　State　ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **AP vendor - motor rentals** | | | |
| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| 13.7. | **EOG Resources Inc** | **Lost in Hole, UBHO sub, Collars, Pulsers, Batteries, Gamma** | **5/14/2019** | **$346,455.00** |
| | **Address** | | | |
| | **5509 Champions Drive**<br>Street | | | |
| | **Midland**　　　　**TX**　**79706**<br>City　　　　State　ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **AR Customer** | | | |
| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| 13.8. | **XTO Energy** | **Lost in Hole, UBHO sub, collars, pulsers, batteries, gamma** | **9/25/2019** | **$215,000.00** |
| | **Address** | | | |
| | **1 Riverway**<br>Street | | | |
| | **Houston**　　　　**TX**　**77056**<br>City　　　　State　ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **AR Customer** | | | |
| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| 13.9. | **B&W Mud Motors, LLC** | **Sale of lab & shop equipment** | **11/15/2019** | **$22,000.00** |
| | **Address** | | | |
| | **501 Winscott Rd**<br>Street | | | |
| | **Benbrook**　　　　**TX**　**76126**<br>City　　　　State　ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **None** | | | |

Debtor  **Newsco International Energy Services USA Inc.**          Case number (if known)  **19-36767 (DRJ)**
        Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.10.  **Intrepid Directional Drilling** | **Replacement cost of motor Settlement - Telemetrix USA (Intrepid customer)** | **12/27/2017** | **$48,125.00** |

**Address**

**10314 West Highway 191**
Street

**Midland**          **TX**     **79707**
City                 State   ZIP Code

**Relationship to debtor**

**AR Customer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.11.  **E-Spectrum** | **FMV of asset acquired, exchange for fixed assets** | **12/20/2018** | **$282,416.32** |

**Address**

**12725 Spectrum Dr.**
Street

**San Antonio**       **TX**     **78249**
City                 State   ZIP Code

**Relationship to debtor**

**None**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.12.  **IPS International** | **Sale of bars, sleeves, wrenches, bolts** | **9/17/2018** | **$2,625.06** |

**Address**

**2615 Industrial Lane**
Street

**Conroe**           **TX**     **77301**
City                 State   ZIP Code

**Relationship to debtor**

**AP vendor - motor rentals**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.13.  **B&T Rentals** | **Sale of flex collars** | **7/16/2018** | **$30,000.00** |

**Address**

**6826 Bourgeois Road**
Street

**Houston**          **TX**     **77066**
City                 State   ZIP Code

**Relationship to debtor**

**AP vendor - collar rentals**

Debtor **Newsco International Energy Services USA Inc.**          Case number (if known) **19-36767 (DRJ)**
Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.14. **EOG Resources Inc.** | **Lost Motor chargeback** | **8/24/2018** | **$48,125.00** |

**Address**

**5509 Champions Drive**
Street

**Midland**          **TX**     **79706**
City                State    ZIP Code

**Relationship to debtor**

**AR Customer**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.15. **IPS International** | **Sale of steel work table & sub rack - exchange for AP** | **5/31/2019** | **$1,000.00** |

**Address**

**2615 Industrial Lane**
Street

**Conroe**          **TX**     **77301**
City                State    ZIP Code

**Relationship to debtor**

**AP Vendor - motor rentals**

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy | | |
|---|---|---|---|
| 14.1. **Three Allen Center** <br> Street <br> **333 Clay Street, Suite 2800** <br> **Houston**   **TX**   **77002** <br> City   State   ZIP Code | From **11/1/2013** | To | **3/21/2017** |
| 14.2. **7197 Derrick Drive** <br> Street <br> **Casper**   **WY**   **82604** <br> City   State   ZIP Code | From **7/19/2010** | To | **4/21/2017** |
| 14.3. **900 Old Highway 105 W** <br> Street <br> **Conroe**   **TX**   **77304** <br> City   State   ZIP Code | From **1/1/2014** | To | **12/31/2018** |

Debtor      **Newsco International Energy Services USA Inc.**                    Case number (if known)   **19-36767 (DRJ)**
       Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |
|---|---|

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

      Does the debtor have a privacy policy about that information?
      ☐ No.
      ☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
      ☑ No.  Go to Part 10.
      ☐ Yes.  Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **AARV Storage** <br> Name | **Jaredd Madell** | **Gooseneck trailer** | ☑ No <br> ☐ Yes |
| **4209 E. HWY 80** <br> Street | **Address** <br> **PO Box 40794** <br> **Houston TX 77240** | | |
| **Midland**    **TX**  **79706** <br> City     State  ZIP Code | | | |

| Debtor | **Newsco International Energy Services USA Inc.** | Case number (if known) | **19-36767 (DRJ)** |
|---|---|---|---|
| | Name | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.   Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.   Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25.   Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.   Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | | Dates of service | |
|---|---|---|---|---|
| 26a.1. | **Caroline Becker, CPA** | | From **10/01/2017** | To **Present** |
| | Name | | | |
| | **12029 Brittmoore Park Dr.** | | | |
| | Street | | | |
| | | | | |
| | **Houston** | **TX** | **77041** | |
| | City | State | ZIP Code | |

Debtor   **Newsco International Energy Services USA Inc.**                    Case number (if known)   **19-36767 (DRJ)**
　　　　　 Name

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address**                                                     Dates of service

26b.1.   **Crowe MacKay**                                        From   **1/1/2017**    To  **12/31/2017**
　　　　　Name
**1700 Elveden House, 717-7 Ave. SW**
Street
**Calgary, Alberta**

**CANADA**                                  **T2P 0Z3**
City                             State        ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                                     **If any books of account and records are unavailable, explain why**

26c.1.   **Skogen, Cometto & Associates PC**
　　　　　Name
**104 S. Wolcott, Ste. 735**
Street


**Casper**                   **WY**      **82601**
City                             State        ZIP Code

**Name and address**                                     **If any books of account and records are unavailable, explain why**

26c.2.   **Caroline Becker**
　　　　　Name
**PO Box 40794**
Street


**Houston**                  **TX**       **77240**
City                             State        ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   **Crestmark Bank**
　　　　　Name
**726 Highlandia Drive**
Street


**Baton Rouge**              **LA**       **70810**
City                             State        ZIP Code

Debtor  **Newsco International Energy Services USA Inc.**                              Case number (if known)  **19-36767 (DRJ)**
_____Name_____

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.

☑ Yes.  Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Darrin Luft (Newsco Canada)** | **1/14/2019** | **$852,456.30 / Cost** |

Name and address of the person who has possession of inventory records

27.1.  **Caroline Becker**
       Name
       **PO Box 40794**
       Street


       **Houston**                              **TX**        **77240**
       City                                     State      ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William L (Billy) Melville** | **127 Silverado Skies Dr SW Calgary, Alberta, CANADA,  T2X 0J6** | **Chief Executive Officer / 60% ownership indirectly through another company and 20% owned passive family members** | **80%** |
| **Biswajit Mishra** | **108 Everglen Rise SW Calgary, Alberta CANADA,  T2Y 4Z2** | **President and CFO / 10% ownership indirectly through Canadian holding company** | **10%** |
| **Corey D. Campbell** | **26 Stefano Way Dr. Missouri City, TX 77459** | **Chief Operating Officer / 10% ownership indirectly through Canadian holding company** | **10%** |
| **Newsco International Holdings U** | **PO Box 40794 Houston, TX 77240** | **Parent Company** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor  **Newsco International Energy Services USA Inc.**  Case number (if known)  **19-36767 (DRJ)**
_____
Name

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **Billy Melville**<br>Name<br>**127 Silverado Skies Dr. SW**<br>Street<br>**Calgary, Alberta**<br><br>**CANADA**          **T2X 0J6**<br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>**Chief Executive Officer** | **$51,951.89** | **12/14/2018**<br>**12/31/2018**<br>**1/15/2019**<br>**1/31/2019**<br>**2/15/2019**<br>**2/28/2019**<br>**3/15/2019**<br>**3/29/2019**<br>**4/12/2019**<br>**4/26/2019**<br>**5/10/2019**<br>**5/24/2019**<br>**6/7/2019**<br>**6/21/2019**<br>**7/5/2019**<br>**7/19/2019**<br>**8/2/2019**<br>**8/16/2019**<br>**8/30/2019**<br>**9/13/2019**<br>**9/27/2019**<br>**11/11/2019**<br>**11/22/2019**<br>**11/22/2019** | **Salary** |

Debtor  **Newsco International Energy Services USA Inc.**          Case number (if known) **19-36767 (DRJ)**
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Biswajit Mishra**<br>Name<br>**108 Everglen Rise SW**<br>Street<br>**Calgary, Alberta**<br>**CANADA**    **T2Y 4Z2**<br>City   State   ZIP Code<br><br>**Relationship to debtor**<br>**President and CFO** | **$75,697.99** | 12/14/2018<br>12/31/2018<br>1/15/2019<br>1/31/2019<br>2/15/2019<br>2/28/2019<br>3/15/2019<br>3/29/2019<br>4/12/2019<br>4/26/2019<br>5/10/2019<br>5/24/2019<br>6/7/2019<br>6/21/2019<br>7/5/2019<br>7/19/2019<br>8/2/2019<br>8/16/2019<br>8/30/2019<br>9/13/2019<br>9/27/2019<br>11/11/2019<br>11/22/2019<br>11/22/2019 | **Salary** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **Corey D. Campbell**<br>Name<br>**26 Stefano Way Dr.**<br>Street<br><br>**Missouri City**   **TX**   **77459**<br>City   State   ZIP Code<br><br>**Relationship to debtor**<br>**Chief Operating Officer** | **$160,822.99** | 12/14/2018<br>12/31/2018<br>1/15/2019<br>1/31/2019<br>2/15/2019<br>2/28/2019<br>3/15/2019<br>3/29/2019<br>4/12/2019<br>4/26/2019<br>5/10/2019<br>5/24/2019<br>6/7/2019<br>6/21/2019<br>7/5/2019<br>7/19/2019<br>8/2/2019<br>8/16/2019<br>8/30/2019<br>9/13/2019<br>9/27/2019<br>10/16/2019<br>11/11/2019<br>11/22/2019<br>11/22/2019 | **Salary** |

Debtor **Newsco International Energy Services USA Inc.**                     Case number (if known) **19-36767 (DRJ)**
        Name

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes.  Identify below.

Name of the parent corporation                                        Employer Identification number of the parent corporation
**Newsco International Holdings USA Inc.**                            EIN: **4   5 – 3   3   3   6   3   3   4**

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/20/2019**
              MM / DD / YYYY

X **/s/ Biswajit Mishra**                                             Printed name  **Biswajit Mishra**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  **President and Chief Financial Officer**

**Are additional pages** to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes