| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Newsco International Energy Services USA Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 19-36767 (DRJ) |

☑ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Abaco Drilling Technologies<br>713 Northpark Central, Suite 400<br>Houston, TX 77073 | Mitch Theriot<br>281-869-0700<br>mitch.theriot@basintek.com | Trade Debt | | | | $827,902.31 |
| 2 | GATOR TECHNOLOGIES<br>415 RANKIN CIRCLE NORTH<br>HOUSTON, TX 77073 | Marc LeBlanc<br>832-957-3954<br>mleblanc@gatortechnologies.net | Trade Debt | | | | $591,974.47 |
| 3 | Phoenix Technology Services<br>3610 Elkins Rd<br>Midland, TX 79705 | Bobby Phillips<br>325-213-0150<br>bphillips@phxtech.com | Trade Debt | | | | $365,741.40 |
| 4 | PARADIGM<br>5707 South 1788<br>MIDLAND, TX 79706 | Phillip Garrison<br>432-230-0882 | Trade Debt | | | | $274,749.86 |
| 5 | JPI, LLC<br>4021 W 39th Street<br>Casper, WY 82604 | 307-259-8272<br>palmer4021@icloud.com | Trade Debt | | | | $247,785.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor **Newsco International Energy Services USA Inc.**   Case number (if known) **19-36767 (DRJ)**
　　　　Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | B&T Rentals<br>PO Box 80962<br>Lafayette, La 70598-0962 | Tiffany Vallot<br>337-837-5444<br>tvallot@btrentals.com | Trade Debt | | | | $216,195.93 |
| 7 | Hill Country Staffing Co<br>501 S. Austin Ave<br>Suite 1310<br>Georgetown, TX 78626 | Deanna Miller<br>512-819-6120<br>deanna.miller@hillcountrystaff | Trade Debt | | | | $211,227.33 |
| 8 | Moore's Ind. Services Ltd.<br>3333 - 23 Street N.E.<br>Calgary, Alberta T2E 6V8 | Bill Cheyne<br>403-219-7173<br>bcheyne@mooresind.com | Trade Debt | | | | $180,955.28 |
| 9 | Park City<br>800 Northpark Central<br>Suite 100<br>Houston, TX 77073 | Bob Ferguson<br>(346) 406-0010<br>BFerguson@parkcitydt.com | Trade Debt | | | | $173,123.05 |
| 10 | Sniper Drilling  IAE International<br>13300 Stonefield Dr.<br>Houston, TX 77014 | Krish Ramen<br>281-209-1383<br>kramen@iaenintl.com | Trade Debt | | | | $165,559.63 |
| 11 | GE Oil & Gas Compression Systems<br>191 Rosa Parks St., 11th Floor<br>Cincinnati, OH 45202 | Roger Kramer<br>(513) 813-9763<br>roger.kramer@ge.com | Trade Debt | | | | $163,356.27 |
| 12 | Tycoon Oilfield Services<br>3468 Schlager Road<br>Casper, WY 82604 | Chris Vermeulen<br>307-251-6162<br>cvermeulen@tycoonoilfield.com | Trade Debt | | | | $159,848.52 |
| 13 | TURNTEC<br>4820 Cleveland St.<br>Mills, WY 82604 | Barbara Anderson<br>307-266-5552<br>banderson@turntecmfg.com | Trade Debt | | | | $137,352.90 |

Debtor **Newsco International Energy Services USA Inc.**   Case number (if known) **19-36767 (DRJ)**
Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | American Express 200 Vesey Street New York, NY 10285 | 800-528-4800 | Trade Debt | | | | $126,246.18 |
| 15 | NOV Tuboscope XL Hardbanding and Fabric PO BOX 51563 Casper, WY 82605 | Tony Parker 307-237-1215 anthony.parker@nov.com | Trade Debt | | | | $125,233.30 |
| 16 | NOV - National Oilwell Varco 7909 Parkwood Circle Dr Bldg #2 Houston, TX 77036 | Tony Parker 713-868-8763 anthony.parker@nov.com | Trade Debt | | | | $125,165.57 |
| 17 | Bico Drilling Tools 1604 Greens Road Houston, TX 77032 | Jay Chatha 281-590-6966 jay.chatha@bicodrilling.com | Trade Debt | | | | $124,824.85 |
| 18 | Innovative Mechanical Solutions, LLC PO Box 645087 Pittsburgh, PA 15264-5087 | Blair Shimbashi 346-272-1039 blair@intfuse.com | Trade Debt | | | | $104,545.08 |
| 19 | Salt Creek Properties LLC (Eastland Deve PO Box 2390 Casper, WY 82601 | Michelle Thompson 307-234-9421 mthompson@mcmurry.net | Trade Debt | | | | $96,433.14 |
| 20 | Surface Engineering Alloy Co 2895 46TH AVE NORTH ST PETERSBURG, FL 33714 | Sean Litton 727-528-7998 x1 seanl@extremecoatings.net | Trade Debt | | | | $93,869.75 |