IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **Newsco International Energy** | § | Case No. 19-36767 (DRJ) |
| **Services USA, Inc.** | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF APPOINTMENT OF OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE DAVID R. JONES
CHIEF UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW the United States Trustee, ("UST") through the undersigned attorney, pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code and hereby appoints following eligible creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| | |
|---|---|
| Abaco Drilling Technologies, LLC<br>713 Northpark Central Dr., Ste 400<br>Houston, TX 77073 | James Hanna<br>(202) 674-2009<br>James.Hanna@abacodrilling.com |
| Phoenix Technology Services USA, Inc.<br>12329 Cotton Road<br>Houston, TX 77066 | Cam Ritchie<br>(713) 337-0600<br>critchie@phxtech.com |
| IAE International, Inc.<br>13300 Stonefield Dr.<br>Houston, TX 77014 | Dave Howe<br>(281) 209-1383<br>Dave.howe@iaeintl.com |

Dated: January 8, 2020    HENRY G. HOBBS, JR.
               ACTING UNITED STATES TRUSTEE

               By: /s/ *Stephen D. Statham*
               Stephen D. Statham
               Trial Attorney
               Texas Bar No.19082500
               Office of the United States Trustee
               515 Rusk Avenue, Suite 3516
               Houston, TX 77002
               (713) 718-4650 Ext 252
               (713) 718-4670 Fax

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on January 8, 2020.

                                              */s/ Stephen D. Statham*
                                              Stephen D. Statham
                                              Trial Attorney