IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| NEWSCO INTERNATIONAL ENERGY § | CASE NO. 19-36767 (DRJ) |
| SERVICES USA, INC., § | (Chapter 11) |
| § | |
| Debtor. § | |

**APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO EMPLOY COUNSEL PURSUANT TO 11 U.S.C. §1103**

**THIS APPLICATION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE BANKRUPTCY JUDGE:

The Official Committee of Unsecured Creditors (the "Committee") files this Application to Employ Renshaw, P.C. ("Renshaw") as counsel for the Committee in this Chapter 11 case pursuant to 11 U.S.C. §1103 and, in support, respectfully shows as follows:

1. The Debtor filed this Chapter 11 case on December 4, 2019.

2. On January 8, 2020, the U.S. Trustee notified the Court of the appointment of the Committee of Unsecured Creditors [Docket No. 51].

3. On January 10, 2020, the Committee met by telephone, with a majority of the members in attendance. The Committee, by agreement, selected Renshaw as counsel for the Committee.

4. The Committee now seeks an order authorizing Renshaw's retention as the Committee's bankruptcy counsel in this case under §1103 of the Bankruptcy Code.

5. To perform the duties required of the Committee, the Committee requires legal counsel to render professional services for it in the general oversight and review of the case, investigating the financial affairs of the Debtor, assisting in the drafting of any plan presented to the creditors, to represent the Committee at court hearings, and to perform all other legal services which may be necessary to carry out the provisions of Title 11 of the United States Code.

6. The Committee proposes to employ Renshaw, with Justin W. R. Renshaw designated to act as attorney-in-charge as counsel for the Committee. The Committee desires to retain Renshaw because the firm is qualified to represent the Committee and to perform the services required of the Committee.

7. It is proposed that compensation for services rendered will be paid from the estate at the hourly rate set by Renshaw from time to time for its respective attorneys pursuant to 11 U.S.C. §330(a)(1)(A). Invoices will be generated for actual time spent providing such legal services. The current hourly rate of Justin W. R. Renshaw, the principal attorney currently designated to represent the Committee, is Four Hundred Dollars ($400.00), along with J. Durkin Ledgard whose hourly rate is also $400.00. Other attorneys or legal assistants from Renshaw shall likewise bill for actual time spent at their respective standard rates.

8. Renshaw will also seek reimbursement of actual and necessary expenses pursuant to 11 U.S.C. §330(a)(1)(B). Expenses for which reimbursement will be sought include, among

other things, telephone charges, postage, special or hand-delivery charges, photocopying charges, document processing, travel expenses, and non-ordinary overhead expenses such as staff overtime. All such expenses shall be within the standards normally enforced by the Bankruptcy Court in the Southern District of Texas.

9. All compensation and reimbursement of expenses will be subject to approval of this Court as required by the Bankruptcy Code.

10. To the best of the Committee's knowledge and belief, neither Renshaw nor any of the attorneys to be employed holds an adverse interest to the Committee. In addition, Renshaw and each of its attorneys are disinterested as required under the Bankruptcy Code.

11. Attached hereto as **Exhibit A** is the Declaration of Renshaw, P.C./Justin W. R. Renshaw, which states that, to the best of Renshaw's knowledge, there are no connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, that would present an adverse interest in this case.

12. Attached hereto as **Exhibit B** is the engagement letter between the Committee and Renshaw, subject to this Court's approval.

13. The employment of Renshaw should be approved effective as of January 10, 2020 with the right to seek compensation for services rendered on and after that date.

For the foregoing reasons, the Committee requests this Court to enter an order authorizing the retention of Renshaw, P.C. as counsel for the purposes specified herein and that the Committee be granted such other and further relief as may be just and proper.

Dated: January 13, 2020.

Respectfully submitted,

**RENSHAW, P.C.**

/s/ *Justin W.R. Renshaw*
Justin W. R. Renshaw
SDTX Adm. ID No. 25865
Texas Bar No. 24013392
2900 Weslayan, Suite 230
Houston, Texas 77027
Phone: (713) 400-9001
Fax:    (713) 400-9006
justin@renshaw-law.com

*Proposed Counsel for the Committee*

OF COUNSEL:

RENSHAW, P.C.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the following was served upon the United States Trustee, Suite 3516, 515 Rusk, Houston, Texas 77002 by electronic transmission, and upon all parties receiving electronic notice through the Court's CM/ECF system on January 13, 2020.

/s/ *Justin W.R. Renshaw*
Justin W. R. Renshaw