THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § <br> NEWSCO INTERNATIONAL ENERGY § <br> SERVICES USA INC., § <br> § <br> Debtor § | Case No. 19-36767 (DRJ) <br><br> Chapter 11 |

**MASTER SERVICE LIST**
January 13, 2020

**Debtor:**
Newsco International
Energy Services USA Inc.
12029 Brittmoore Park Drive
Houston, TX 77041

**Counsel for Debtor:**
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701
Sroberts@clarkhill.com

Herbert Gilles
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202
hgilles@clarkhill.com

**U.S. Trustee:**
Stephen Douglas Statham
Office of US Trustee
515 Rusk, Ste 3516
Houston, TX 77002
stephen.statham@usdoj.gov

Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA 19101-7346

United States Attorney, Civil Process Clerk
1000 Louisiana Street #2300
Houston, TX 77002

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Texas Comptroller of Public Accounts
Revenue Accounting Division – Bankruptcy Section
PO Box 13528 Capitol Station
Austin, TX 78711

Texas Workforce Commission
TWC Building – Regulatory Integrity Division
101 East 15th Street
Austin, TX 78778

Wyoming Dept. of Workforce Services
5221 Yellowstone Rd.
Cheyenne, WY 82002

Wyoming Secretary of State
Business Division
Herschler Building East
122 W. 25th St., Ste 101
Cheyenne, WY 82002-0020

Gator Technologies
415 Rankin Circle North
Houston, TX 77073
mleblanc@gatortechnologies.net
(Committee Member)

Phoenix Technology Services
3610 Elkins Rd
Midland, TX 79705
bphillips@phxtech.com
(Committee Member)

Hill Country Staffing Co.
501 S. Austin Avenue, Suite 1310
Georgetown, TX 78626
Deanna.miller@hillcountrystaffing.com

Moore's Ind. Services Ltd.
3333 – 23 Street N.E.
Calgary, Alberta T2E 6V8
bcheyne@mooresind.com

GE Oil & Gas Compression Systems
191 Rosa Parks St., 11th Floor
Cincinnati, OH 45202
Roger.kramer@ge.com

TURNTEC
4820 Cleveland Street
Mills, WY 82604
banderson@turntecmfg.com

NOV National Oilwell Varco
7909 Parkwood Circle Dr. Bldg #2
Houston, TX 77036
Anthony.parker@nov.com

**Top Twenty Unsecured Creditors:**
Abaco Drilling Technologies (Basin Tek)
713 Northpark Central, Suite 400
Houston, TX 77073
James.hanna@abacodrilling.com
(Committee Member)

Park City Drilling
800 North Park Central, Suite 100
Houston, TX 77073
bferguson@parkcitydt.com
(Committee Member)

IAE International, Inc.
13300 Stonefield Dr.
Houston, TX 77014
Dave.howe@iaeintl.com
(Committee Member)

B&T Rentals
PO Box 80962
Lafayette, LA 70598-0962
tvallot@btrentals.com

Sniper Drilling IAE International
13300 Stonefield Dr.
Houston, TX 77014
roxanne@iaeintl.com

Tycoon Oilfield Services
3468 Schlager Road
Casper, WY 82604
cvermeulen@tycoonoilfield.com

NOV Tuboscope XL
Hardbanding and Fabrication
PO Box 51563
Casper, WY 82605
Anthony.parker@nov.com

Bico Drilling Tools
1604 Greens Road
Houston, TX 77032
Jay.chatha@bicodrilling.com

Salt Creek Properties LLC
(Eastland Development LLC)
PO Box 2390
Casper, WY 82601
mthompson@mcmurry.net

Stabil Drill
PO Box 81548
Lafayette, LA 70598
Monica.leblanc@stabildrill.com

Paradigm
5707 South 1788
Midland, TX 79706
Phillip.garrison@paradigmdownholetools.com

**Parties Requesting Notice:**
Cynthia Castanon
Stacy & Baker, P.C.
1010 Lamar Street, Suite 550
Houston, TX 77002
Cynthia.castanon@stacybakerlaw.com
*For National Oilwell Varco, L.P*

Benjamin Lusky
Gordon Lusky, LLP
3417 Mercer Street, Suite A
Houston, TX 77027
ben@gordonlusky.com

Montgomery County
c/o Linebarger Goggan Blair
& Sampson, LLP
PO Box 3064
Houston, TX 77253-3064
Houston_bankruptcy@publicans.com

Maria Bartlett
Doré Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
E-mail: mbartlett@dorelawgroup.net

Surface Engineering Alloy Co.
2895 46th Ave North
St. Petersburg, FL 33714
seanl@extremecoatings.net

JPI, LLC
4021 W 39th Street
Casper, WY 82604
Palmer4021@icloud.com

**Secured Lender:**
SouthStar Financial LLC
c/o Lindsey W. Cooper Jr.
The Law Offices of L.W. Cooper Jr.
36 Broad Street
Charleston, SC 29401
lwc@lwcooper.com

Brian A. Baker
Stacy & Baker, P.C.
1010 Lamar Street, Suite 550
Houston, TX 77002
Brian.baker@stacybakerlaw.com

Wells Fargo Vendor Financial Services, LLC
c/o Ricoh USA Program f/d/b/a IKON
Financial Services
PO Box 13708
Macon, GA 31208-3708

Michael P. Ridulfo
Kane Russell Coleman Logan PC
5051 Westheimer Road, 10th Floor
Houston, TX 77056
mridulfo@krcl.com

Phillip P. Owens II
OWENS LAW OFFICE, PC
6907 N.W. 122nd Street
Oklahoma City, OK 73142-3903
po@owenslawofficepc.com

| | |
|---|---|
| Panocean, Inc. d/b/a Road Runner Express<br>c/o Nima Taherian<br>701 N. Post Oak Rd., Suite 216<br>Houston, TX 77024<br>Email: nima@ntaherian.com | E. Michelle Bohreer<br>Pritesh Soni<br>Bohreer Law Firm PLLC<br>109 Post Oak Ln, Suite 425<br>Houston, TX 77024<br>Email: michelle@bohreerlaw.com<br>Email: pritesh@bohreerlaw.com |

*/s/ Stephen A. Roberts*
**STEPHEN A. ROBERTS**

Legal\J1452\397071\4836-9352-9006.v1-1/13/20