

ENTERED
03/02/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-36767 |
| | § | |
| NEWSCO INTERNATIONAL ENERGY | § | |
| SERVICES USA INC. | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING DEBTOR'S AMENDED
MOTION TO REJECT LEASE WITH THREE ALLEN CENTER
CO. LLC AND ABANDONING RELATED PERSONAL PROPERTY** (Docket No. 84)

On February 19, 2020 came on for consideration by the Bankruptcy Court the *Debtor's Amended Motion to Reject Certain Leases* (Dkt. 84, the "Motion"), including an executory commercial lease (the "Lease") with Three Allen Center Co. LLC ("TACC"), the landlord of Three Allen Center (the "Premises"). The Court, after considering the Debtor's Motion, TACC's filed response thereto to same, and arguments of counsel, finds that the Motion should be GRANTED. It is, therefore

**ORDERED** that:

1. Debtor's Lease with TACC is hereby deemed rejected as of January 29, 2020, or the date Debtor vacated the Premises or discontinued use of personal property, if sooner;

2. Any claim of TACC that arises from the Debtor's rejection of the Lease must be filed no later than thirty (30) days after the date of this Order;

3. All personal property of Debtor remaining at the Premises as of the date Debtor vacated the premises is hereby abandoned as being burdensome to the estate pursuant to 11 U.S.C. §554, subject to any party's right to object to such abandonment within fourteen (14) days of the date of entry of this Order;

Legal\09999\09999-030041\4810-5911-9541.v1-2/21/20

7522940 v1 (23009.00056.000)

4. The Debtor reserves the right to contest any rejection claim and/or the characterization of the Lease as an unexpired lease or contract as an executory contract; and

5. TACC reserves the right to seek an administrative claim with respect to the Lease; and

6. The Debtor reserves the right to contest any request brought by TACC seeking the allowance of an administrative claim with respect to the Lease.

7. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**Signed:  March 02, 2020.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**AGREED AS TO FORM AND SUBSTANCE:**

                                                                                       KANE RUSSELL COLEMAN LOGAN PC

By:   */s/ Michael P. Ridulfo*
        Michael P. Ridulfo
        State Bar No. 16902020
        SDTX No.: 27086
        5051 Westheimer Rd., 10th Floor
        Houston, Texas 77056
        Ph: (713) 425-7400
        Fax: (713) 425-7700
        mridulfo@krcl.com

        **ATTORNEY FOR THREE ALLEN CENTER CO. LLC**

CLARK HILL STRASBURGER

By:   */s/ Herbert J. Gilles*
        Herbert J. Gilles
        State Bar No. 07925350
        901 Main Street, Suite 6000
        Dallas, Texas 75202
        Telephone: 214-651-2167
        herbert.gilles@clarkhillstrasburger.com

        **ATTORNEYS FOR DEBTOR, NEWSCO INTERNATIONAL ENERGY SERVICES USA, INC.**