IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NEWSCO INTERNATIONAL ENERGY | § | Case No. 19-36767 (DRJ) |
| SERVICES USA INC., | § | |
| Debtor. | § | |

**DEBTOR'S AMENDED EMERGENCY MOTION TO SELL EXCESS EQUIPMENT FREE AND CLEAR OF LIENS**

**EMERGENCY RELIEF HAS BEEN REQUESTED. A HEARING WILL BE CONDUCTED ON THIS MATTER ON TUESDAY, MARCH 24, 2020 AT 1:30 PM IN COURTROOM 400, 4TH FLOOR, 515 RUSK, HOUSTON, TX 77002. IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST EITHER APPEAR AT THE HEARING OR FILE A WRITTEN RESPONSE PRIOR TO THE HEARING. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UPOPPOSED AND GRANT THE RELIEF REUQESTED.**

**RELIEF IS REQUESTED NOT LATER THAN MARCH 24, 2020.**

**NOW COMES** Newsco International Energy Services USA, Inc., the above-captioned Debtor and Debtor-in-Possession ("Debtor") by and through its undersigned counsel, and files this its *Amended Emergency Motion to Sell Excess Equipment Free and Clear of Liens* (the "Motion"). In support of this Motion, the Debtor respectfully represents to this Court as follows:

**Background**

1.  On December 4, 2019 (the "**Petition Date**"), Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. Debtor is operating its business and managing its property as debtor-in-possession pursuant to 11 U.S.C. §1107(a) and §1108.

**Jurisdiction and Venue**

2. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

**Relief Requested**

3. Debtor seeks approval to sell or dispose of excess, obsolete and damaged equipment located in its Casper, Wyoming warehouse free and clear of liens, pursuant to 11 USC §§363(b) and 363(f). **Time is of the essence because, absent receiving an extension from the landlord, Debtor must vacate the premises by March 31, 2020.**

4. Prior to the initiation of the case, Debtor leased a 32,000 square foot office/warehouse facility in Casper, Wyoming at a cost of $32,000 a month. The facility was historically used to store and lease downhole drilling equipment, but the continuation of that business became unviable, and the lease is burdensome to the estate. Accordingly, Debtor has sought and obtained this Court's approval to reject the lease. The rejection was made effective March 31, 2019 to give Debtor time to inventory and sell, move or dispose of the equipment, and vacate the premises.

5. Debtor has completed a detailed inventory of the equipment and has moved the valuable equipment to its Houston facility. The remainder of the equipment consists of equipment that is uneconomical to move, has been cannibalized for parts, or is damaged or obsolete.

6. Debtor sold or disposed of excess, obsolete or damaged equipment in the ordinary course of business prior to the initiation of this case. This situation involves the disposition of equipment in connection with the shutdown of an equipment warehouse. Such equipment contained in the warehouse is encumbered by a security agreement in favor of SouthStar Financial,

LLC to secure any shortfalls in its collection of purchased receivables pursuant to The *Interim Order Authorizing Debtor to Sell Accounts and Obtain Secured Post-Petition Financing and Setting Final Hearing* (Dkt. No. 14). So, Debtor is seeking approval to sell or dispose of the remaining equipment in Casper free and clear of all liens pursuant to 11 USC §§363(b) and 363(f).

7.  Debtor proposes to sell all equipment on **Exhibit A** for the highest cash offer received by Debtor prior to the entry of an order approving this Motion. Debtor reached out to Ritchie Brothers auctioneers to have them auction the equipment. Ritchie Brothers declined. Debtor's personnel have been reaching out to potential buyers in the area and attempting to solicit potential offers. Casper, Wyoming is a small market, making it difficult to attract fair and reasonable offers. Debtor reserves the right to refuse any offers if, in the Debtor's business judgment, it is more cost-effective to move the equipment to Houston or elsewhere for storage or sale. For example, the costs of disassembling and moving the overhead cranes supports a sale at a substantial discount; whereas the Debtor's pickup truck can be transported to a different market for sale, if necessary, and the rotors on Exhibit A can be moved to Houston if offers are insufficient.

8.  Debtor proposes to sell all the rotors, stators and motors on **Exhibit B** for scrap for a price based on weight and to dispose of any such items that cannot be sold for scrap. The motors have already been cannibalized for spare parts, while the rotors and stators are at the end of their useful life. As a result, the items set forth on Exhibit B have no value above scrap value.

9.  If Debtor is unable to sell any of the items on Exhibits A and B, and or the cost of moving them is not cost-effective, in the Debtor's business judgment, Debtor proposes to discard such items.

**WHEREFORE**, Debtor respectfully requests that the Court grant the relief requested herein and such other and further relief as it deems just and proper.

Respectfully submitted,

By: /s/ *Stephen A. Roberts*
**STEPHEN A. ROBERTS**
stephen.roberts@clarkhillstrasburger.com
CLARK HILL STRASBURGER
720 Brazos, Suite 700
Austin, TX 78701
(512) 499-3624- Telephone

**HERBERT J. GILLES**
herbert.gilles@clarkhillstrasburger.com
CLARK HILL STRASBURGER
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 651-2167-Telephone

**ATTORNEYS FOR DEBTOR NEWSCO INTERNATIONAL ENERGY SERVICES USA, INC.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Amended Motion was served via CM/ECF to all parties entitled to such notice, and via U.S. first class mail or email to the parties listed below, as indicated, on March 13, 2020:

**Debtor:**
Newsco International
Energy Services USA Inc.
12029 Brittmoore Park Drive
Houston, TX 77041

**Counsel for Debtor:**
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701
Sroberts@clarkhill.com

Herbert Gilles
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202
hgilles@clarkhill.com

**U.S. Trustee:**
Stephen Douglas Statham
Office of US Trustee
515 Rusk, Ste 3516
Houston, TX 77002
stephen.statham@usdoj.gov

Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA 19101-7346

United States Attorney, Civil Process Clerk
1000 Louisiana Street #2300
Houston, TX 77002

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Texas Comptroller of Public Accounts
Revenue Accounting Division – Bankruptcy Section
PO Box 13528 Capitol Station
Austin, TX 78711

Texas Workforce Commission
TWC Building – Regulatory Integrity Division
101 East 15th Street
Austin, TX 78778

Wyoming Dept. of Workforce Services
5221 Yellowstone Rd.
Cheyenne, WY 82002

Wyoming Secretary of State
Business Division
Herschler Building East
122 W. 25th St., Ste 101
Cheyenne, WY 82002-0020

**Top Twenty Unsecured Creditors:**
Abaco Drilling Technologies (Basin Tek)
713 Northpark Central, Suite 400
Houston, TX 77073
James.hanna@abacodrilling.com
(Committee Member)

___

Gator Technologies
415 Rankin Circle North
Houston, TX 77073
mleblanc@gatortechnologies.net
(Committee Member)

Phoenix Technology Services
3610 Elkins Rd
Midland, TX 79705
bphillips@phxtech.com
(Committee Member)

Hill Country Staffing Co.
501 S. Austin Avenue, Suite 1310
Georgetown, TX 78626
Deanna.miller@hillcountrystaffing.com
rshannon@bn-lawyers.com

Moore's Ind. Services Ltd.
3333 – 23 Street N.E.
Calgary, Alberta T2E 6V8
bcheyne@mooresind.com

GE Oil & Gas Compression Systems
191 Rosa Parks St., 11th Floor
Cincinnati, OH 45202
Roger.kramer@cooperservices.com

TURNTEC
4820 Cleveland Street
Mills, WY 82604
banderson@turntecmfg.com

NOV National Oilwell Varco
7909 Parkwood Circle Dr. Bldg #2
Houston, TX 77036
Anthony.parker@nov.com

Salt Creek Properties LLC
(Eastland Development LLC)
PO Box 2390
Casper, WY 82601
mthompson@mcmurry.net

Park City Drilling
800 North Park Central, Suite 100
Houston, TX 77073
bferguson@parkcitydt.com
(Committee Member)

IAE International, Inc.
13300 Stonefield Dr.
Houston, TX 77014
Dave.howe@iaeintl.com
(Committee Member)

B&T Rentals
PO Box 80962
Lafayette, LA 70598-0962
tvallot@btrentals.com

Sniper Drilling IAE International
13300 Stonefield Dr.
Houston, TX 77014
roxanne@iaeintl.com

Tycoon Oilfield Services
3468 Schlager Road
Casper, WY 82604
cvermeulen@tycoonoilfield.com

NOV Tuboscope XL
Hardbanding and Fabrication
PO Box 51563
Casper, WY 82605
Anthony.parker@nov.com

Bico Drilling Tools
1604 Greens Road
Houston, TX 77032
Jay.chatha@bicodrilling.com

Surface Engineering Alloy Co.
2895 46th Ave North
St. Petersburg, FL 33714
seanl@extremecoatings.net

_____
**DEBTOR'S AMENDED EMERGENCY MOTION TO SELL EXCESS EQUIPMENT** – PAGE 6 OF 13
Legal\J1452\397071\4845-6441-2597.v3-3/13/20

Stabil Drill
PO Box 81548
Lafayette, LA 70598
Monica.leblanc@stabildrill.com

Paradigm
5707 South 1788
Midland, TX 79706
Phillip.garrison@paradigmdownholetools.com

**Parties Requesting Notice:**
Cynthia Castanon
Stacy & Baker, P.C.
1010 Lamar Street, Suite 550
Houston, TX 77002
Cynthia.castanon@stacybakerlaw.com
*For National Oilwell Varco, L.P*

Benjamin Lusky
Gordon Lusky, LLP
3417 Mercer Street, Suite A
Houston, TX 77027
ben@gordonlusky.com

Montgomery County
c/o Linebarger Goggan Blair
& Sampson, LLP
PO Box 3064
Houston, TX 77253-3064
Houston_bankruptcy@publicans.com

Maria Bartlett
Doré Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
E-mail: mbartlett@dorelawgroup.net

JPI, LLC
4021 W 39th Street
Casper, WY 82604
Palmer4021@icloud.com

**Secured Lender:**
SouthStar Financial LLC
c/o Lindsey W. Cooper Jr.
The Law Offices of L.W. Cooper Jr.
36 Broad Street
Charleston, SC 29401
lwc@lwcooper.com

Brian A. Baker
Stacy & Baker, P.C.
1010 Lamar Street, Suite 550
Houston, TX 77002
Brian.baker@stacybakerlaw.com

Wells Fargo Vendor Financial Services, LLC
c/o Ricoh USA Program f/d/b/a IKON
Financial Services
PO Box 13708
Macon, GA 31208-3708

Michael P. Ridulfo
Kane Russell Coleman Logan PC
5051 Westheimer Road, 10th Floor
Houston, TX 77056
mridulfo@krcl.com

Phillip P. Owens II
OWENS LAW OFFICE, PC
6907 N.W. 122nd Street
Oklahoma City, OK 73142-3903
po@owenslawofficepc.com

_____
**DEBTOR'S AMENDED EMERGENCY MOTION TO SELL EXCESS EQUIPMENT** – PAGE 7 OF 13
Legal\J1452\397071\4845-6441-2597.v3-3/13/20

Panocean, Inc. d/b/a Road Runner Express
c/o Nima Taherian
701 N. Post Oak Rd., Suite 216
Houston, TX 77024
Email: nima@ntaherian.com

Ted L. Walker
THE WALKER FIRM
125 N. Main
P.O. Box 62
Jasper, TX 75951
twalker@walker-firm.com

E. Michelle Bohreer
Pritesh Soni
Bohreer Law Firm PLLC
109 Post Oak Ln, Suite 425
Houston, TX 77024
Email: michelle@bohreerlaw.com
Email: pritesh@bohreerlaw.com

Justin W. R. Renshaw
Renshaw PC
2900 Weslayan, Suite 230
Houston, TX 77027
justin@renshaw-law.com

    /s/ *Stephen A. Roberts*
    Stephen A. Roberts

# Exhibit A
## Equipment to be Sold

3/6/2020
NBV- Net book value,
FLV=Forced Liquidation Value per Gordon Bros Equipment Appraisal 2/21/19

| SN | Description | NBV | FLV |
|---|---|---|---|
| 31525 | Overhead Crane System + Install-South Bridge | 14981.8 | 35000 |
| 31526 | Overhead Crane System + Install-North Bridge | 15315.77 | 27500 |
| B/C Systems | Bench/Cabinet Systems | #N/A | 1000 |
| B/C Systems | Bench/Cabinet Systems | #N/A | 1000 |
| B/C Systems | Bench/Cabinet Systems | #N/A | 1000 |
| B/C Systems | Bench/Cabinet Systems | #N/A | 1000 |
| 341847-13 | PORT-A-COOL FAN | 534.9 | 1000 |
| Core 6/7-9 | Stator Core tool | 1319.31 | 1000 |
| G-159876 | FORK LIFT | 0 | 5000 |
| No SN | 3 Racks (decarberation w/induction teeth) | 1739.82 | 500 |
| No SN | 4 Racks | 1739.82 | 500 |
| NO SN | Model 1455N 4.0 GPM 3000 PSI Hotsy | 1739.82 | 500 |
| CA1687047B | QSI-140, 30HP Compressor w/integrated dryer | #N/A | 6000 |
| SN D11386 | GAUGEMAKER STATOR GUAGE LAPTOP | 0 | 1500 |
| SO7 | Preowned Monarch Heavy Duty Engine Lathe | 3654.21 | 6000 |
| 5NKGU3223DP007337 | HEFTY GOOSENECK TRAILER 20K GVWR | #N/A | 4000 |
| 612259 | ROTOR GUAGE | 638.68 | 1000 |
| 612960 | ROTOR GUAGE | 638.68 | 1000 |
| 612961 | ROTOR GUAGE | 638.68 | 1000 |
| GF13020362 | Wohler VIS 350 Video Inspection Camera | 2463.15 | 1500 |
| SN D121386 | WAND | 0 | 20 |
| 31 | Oxygen Cylinder Containment Rack | #N/A | 300 |
| 319354 | Jib Crane - 1 Ton | 1017.47 | TBD |
| 9070919 | Lathe | 18646.34 | 15000 |
| 13444890 | Dake Press | #N/A | TBD |
| CA1687047 | Quincy Qsi-140 Compressor | #N/A | 5000 |
| No SN: CJZ400 | Breakout Machines | #N/A | 50000 |
| No SN: CJZQZ-II 360 | Break Out Machine | #N/A | 50000 |
| 3C6TD5HT1CG210417 | 2012 Dodge 2500 Crew Cab Pickup, 68,882 Miles 4-Wheel Drive | #N/A | 13000 |
| Office 072215 | Furnitures & Fixtures | 26.61 | #N/A |

| | | | |
|---|---|---|---|
| Office 11221-001 | Furnitures & Fixtures | 0 | #N/A |
| Office 131985 | Furnitures & Fixtures | 6335.43 | #N/A |
| Office 132075 | Furnitures & Fixtures | 3495.91 | #N/A |
| Office 5418 | Furnitures & Fixtures | 29.79 | #N/A |
| Office 5419 | Furnitures & Fixtures | 15.81 | #N/A |
| Office 5954 | Furnitures & Fixtures | 0 | #N/A |
| Office 6040 | Furnitures & Fixtures | 0 | #N/A |
| Office BW901 | Furnitures & Fixtures | 0 | #N/A |
| | | | |
| | | $74,972.00 | $ 230,320.00 |

## Exhibit B
## Equipment to be Sold for Scrap or Disposed Of

3/6/2020

NBV- Net book value, FLV=Forced Liquidation Value per Gordon Bros Equipment Appraisal 2/21/19

| SN | Description | Size | Operational Status | NBV | FLV |
|---|---|---|---|---|---|
| NIM500270 | Motor | 5 | Cannibalized | 0 | 5630 |
| NIM500271 | Motor | 5 | Cannibalized | 0 | 5630 |
| NIM500272 | Motor | 5 | Cannibalized | 0 | 5630 |
| NIM500348 | Motor | 5 | Cannibalized | 0 | 5630 |
| NIM500349 | Motor | 5 | Cannibalized | 0 | 5630 |
| NIM500362 | Motor | 5 | Cannibalized | 0 | 5630 |
| NIM500367 | Motor | 5 | Cannibalized | 673.49 | 5630 |
| NIM500370 | Motor | 5 | Cannibalized | 673.49 | 5630 |
| NIM500372 | Motor | 5 | Cannibalized | 673.49 | 5630 |
| NIM500381 | Motor | 5 | Cannibalized | 0 | 5630 |
| NIM500384 | Motor | 5 | Cannibalized | 0 | 5630 |
| NIM500390 | Motor | 5 | Cannibalized | 127.32 | 5630 |
| NIM500394 | Motor | 5 | Cannibalized | 127.32 | 5630 |
| NIM500396 | Motor | 5 | Cannibalized | 127.32 | 5630 |
| NIM500400 | Motor | 5 | Cannibalized | 673.49 | 6750 |
| NIM500401 | Motor | 5 | Cannibalized | 673.49 | 6750 |
| NIM650253 | Motor | 6.5 | Cannibalized | 0 | #N/A |
| NIM675186 | Motor | 6.75 | Cannibalized | 0 | 8720 |
| NIM675248 | Motor | 6.75 | Cannibalized | #N/A | 6210 |
| NIM700302 | Motor | 7 | Cannibalized | 0 | 6210 |
| NIM700355 | Motor | 7 | Cannibalized | 2415.81 | 6210 |
| NIM700356 | Motor | 7 | Cannibalized | 0 | 6210 |
| NIM700414 | Motor | 7 | Cannibalized | 2415.81 | #N/A |
| NIM700415 | Motor | 7 | Cannibalized | 2415.81 | #N/A |
| NIM700444 | Motor | 7 | Cannibalized | #N/A | 6210 |
| NIM700445 | Motor | 7 | Cannibalized | 8449.16 | 4510 |
| NIM700448 | Motor | 7 | Cannibalized | 10129.17 | 5400 |
| NIM700450 | Motor | 7 | Cannibalized | 7407.81 | 3950 |
| NIM800342 | Motor | 8 | Cannibalized | 216.84 | 8050 |
| NIM800344 | Motor | 8 | Cannibalized | 873.62 | 7500 |
| NIM800345 | Motor | 8 | Cannibalized | 872.99 | 7500 |
| NIM500276 | Motor | 5 | Cannibalized | 0 | #N/A |
| NIM500294 | Motor | 5 | Cannibalized | 0 | #N/A |
|  |  |  |  | $ 38,946.43 | $169,000.00 |

## Exhibit B (cont'd)
## Equipment to be Sold for Scrap or Disposed Of

3/6/2020

NBV- Net book value, FLV=Forced Liquidation Value per Gordon Bros Equipment Appraisal 2/21/19

| SN | Description | Size | Config | Operational Status | NBV | FLV |
|---|---|---|---|---|---|---|
| 500679NBT880R90 | Rotor | 5 | 6790 | Junk | 0 | 6200 |
| 50067NBT420R90 | Rotor | 5 | 6790 | Junk | 0 | 6200 |
| 50056NR764S82EW | Stator | 5 | 5682 | Junk | 5639.66 | 3000 |
| 50056NR785S83EW | Stator | 5 | 5683 | Junk | 980.96 | 3000 |
| 50056NR794S83EW | Stator | 5 | 5683 | Junk | 980.96 | 3000 |
| 50056NR795S83EW | Stator | 5 | 5683 | Junk | 980.96 | 3000 |
| 50067NBT091S90 | Stator | 5 | 6790 | Junk | 980.96 | 2500 |
| 50067NBT093S90 | Stator | 5 | 6790 | Junk | 980.96 | 2500 |
| 50067NBT1002S90 | Stator | 5 | 6790 | Junk | 980.96 | 2540 |
| 50067NBT1014S9 | Stator | 5 | 6790 | Junk | 980.96 | 3050 |
| 50067NBT1017S9 | Stator | 5 | 6790 | Junk | 980.96 | 3050 |
| 50067NBT1130S9 | Stator | 5 | 6790 | Junk | 980.96 | 2500 |
| 50067NBT1159S9 | Stator | 5 | 6790 | Junk | 3226.58 | 3300 |
| 50067NBT1160S9 | Stator | 5 | 6790 | Junk | 3226.58 | 3300 |
| 50067NBT1168S9 | Stator | 5 | 6790 | Junk | 3226.58 | 3300 |
| 50067NBT1188S90 | Stator | 5 | 6790 | Junk | 3226.58 | 3300 |
| 50067NBT904S90 | Stator | 5 | 6790 | Junk | 0 | 3300 |
| 50067NBT939S9 | Stator | 5 | 6790 | Junk | 0 | 3300 |
| 50067NBT941S9 | Stator | 5 | 6790 | Junk | 0 | 3960 |
| 50067NBT991S9 | Stator | 5 | 6790 | Junk | 2276.84 | 2880 |
| 50067NBT992S9 | Stator | 5 | 6790 | Junk | 0 | 3300 |
| 50078NBT095S5 | Stator | 5 | 7850 | Junk | 1640.67 | 2880 |
| 50078NBT1066S38 | Stator | 5 | 7838 | Junk | 1640.67 | 3050 |
| 50078NBT1067S38 | Stator | 5 | 7838 | Junk | 1640.67 | 3050 |
| 50078NMF925S64 | Stator | 5 | 7864 | Junk | 0 | 3300 |
| 50078NR814S64 | Stator | 5 | 7864 | Junk | 0 | 3300 |
| 50078NR818S83EW | Stator | 5 | 7883 | Junk | 0 | 3960 |
| 50078NR823S64 | Stator | 5 | 7864 | Junk | 0 | 3300 |
| 50078NR882S64 | Stator | 5 | 7864 | Junk | 0 | 4570 |
| 65078NBT080S50 | Stator | 6.5 | 7850 | Junk | 0 | 2880 |
| 65078NBT081S50 | Stator | 6.5 | 7850 | Junk | 0 | 2880 |
| 65078NBT868S33 | Stator | 6.5 | 7833 | Junk | 0 | 2880 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 65078NDD866S48 | Stator | 6.5 | 7848 | Junk | 0 | 2880 |
| 65078NPV1254S29 | Stator | 6.5 | 7829 | Junk | 0 | 2880 |
| 65078NWF078S30 | Stator | 6.5 | 7830 | Junk | 0 | 2880 |
| 65078NWF662S30 | Stator | 6.5 | 7830 | Junk | 0 | 2880 |
| 65078NWF762S3SL | Stator | 6.5 | 7830 | Junk | 0 | 2880 |
| 6508PV354S29 | Stator | 6.5 | 7829 | Junk | 0 | 2880 |
| 6508PV378S29 | Stator | 6.5 | 7829 | Junk | 0 | 2880 |
| 6508PV439S29 | Stator | 6.5 | 7829 | Junk | 0 | 2880 |
| 6508PV442S29 | Stator | 6.5 | 7829 | Junk | 0 | 2880 |
| 6508PV57S30 | Stator | 6.5 | 7830 | Junk | 0 | 2880 |
| 6508WE094S29 | Stator | 6.5 | 7829 | Junk | 0 | 2880 |
| 6508WF595S30SL | Stator | 6.5 | 7830 | Junk | 0 | 2880 |
| 67567NPV860S5 | Stator | 6.75 | 6750 | Junk | 0 | 2880 |
| 67578NBT009S50 | Stator | 6.75 | 7850 | Junk | 0 | 2880 |
| 67578NBT1082S57 | Stator | 6.75 | 7857 | Junk | 726.14 | #N/A |
| 67578NWF005S57 | Stator | 6.75 | 7857 | Junk | 726.14 | 2880 |
| 67578NWF1201S5 | Stator | 6.75 | 7850 | Junk | 0 | 3750 |
| 67578NWF840S5 | Stator | 6.75 | 7850 | Junk | 697.81 | 2880 |
| 67578NWF841S5 | Stator | 6.75 | 7850 | Junk | 697.81 | 2880 |
| 67578NWF843S5 | Stator | 6.75 | 7850 | Junk | 697.81 | 2880 |
| 80078NWF1103S4 | Stator | 8 | 7840 | Junk | 0 | 3750 |
| 50067NBT089S9 | Stator | 5 | 6790 | Junk | 980.96 | 2500 |
| 50067NBT095S9 | Stator | 5 | 6790 | Junk | 980.96 | 2500 |
| 50067NBT997S9 | Stator | 5 | 6790 | Junk | 0 | 3300 |
| 50067NBT1015S9 | Stator | 5 | 6790 | Junk | 8805.13 | #N/A |
| 65078NBT873S5 | Stator | 6.5 | 7850 | Junk | 0 | #N/A |
| 6508DD352S30NNM1742 | Stator | 6.5 | 7830 | Junk | 0 | #N/A |
| 6508PV295S30 | Stator | 6.5 | 7830 | Junk | 0 | #N/A |
| 50067NBT990S90 | Stator | 5 | | Junk | #N/A | 3300 |
| 50067NBT1097S90 | Stator | 5 | 6790 | Junk | 8805.13 | #N/A |
| 67578NWF761S57 | Stator | 6.75 | 7857 | Junk | 726.14 | #N/A |
| | | | | | | |
| | | | | | $ 58,417.50 | $ 177,470.00 |

---