ENTERED
03/24/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NEWSCO INTERNATIONAL ENERGY SERVICES USA INC., | § § § | Case No. 19-36767 (DRJ) |
| Debtor. | § | |

### ORDER GRANTING DEBTOR'S AMENDED EMERGENCY MOTION TO SELL EXCESS EQUIPMENT FREE AND CLEAR OF LIENS

(Docket No. 109)

Came on for consideration the *Debtor's Amended Emergency Motion to Sell Excess Equipment Free and Clear of Liens* ("Amended Motion") filed by Newsco International Energy Services USA Inc. ("Debtor"). The Court finds that it has jurisdiction to consider the Amended Motion, the relief requested in the Amended Motion is in the best interest of the Debtor, its estate and creditors; and due and appropriate notice of the Amended Motion has been given. Therefore, it is hereby

ORDERED that the Amended Motion is granted, and Debtor is authorized to sell or dispose of the excess equipment identified in the Amended Motion free and clear of liens, for the highest and best offer, in the Debtor's business judgment. It is further,

ORDERED that the Debtor is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

Signed:  March 24, 2020.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

**STEPHEN A. ROBERTS**
sroberts@clarkhill.com
CLARK HILL STRASBURGER
720 Brazos, Suite 700
Austin, TX 78701
(512) 499-3624- Telephone

**HERBERT J. GILLES**
hgilles@clarkhill.com
CLARK HILL STRASBURGER
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 651-2167- Telephone

**ATTORNEYS FOR NEWSCO INTERNATIONAL ENERGY SERVICES USA INC.**