IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **NEWSCO INTERNATIONAL ENERGY** | § | **Case No. 19-36767 (DRJ)** |
| **SERVICES USA INC.,** | § | |
| **Debtor.** | § | |

MOTION TO RETAIN AND COMPENSATE
SKOGEN COMETTO & ASSOCIATES, P.C. AS AN
ORDINARY COURSE PROFESSIONAL

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**To the Honorable David R. Jones,**
**United States Bankruptcy Judge:**

Newsco International Energy Services USA Inc., (the "Debtor" or "Newsco") files this *Motion to Retain and Compensate Skogen Cometto & Associates, P.C. ("SCA") as an Ordinary Course Professional* and in support thereof, shows as follows:

SUMMARY

1.      Debtor utilizes SCA to prepare its state and federal corporate tax returns.  SCA does not have an interest materially adverse to the Debtor or to the estate. Debtor seeks an order authorizing the retention of SCA, effective as of the Petition Date, to prepare and file Debtor's 2018, 2019 and any subsequent annual state and federal corporate tax returns, and authorizing

payment to SCA in the ordinary course of business without the need for a separate retention application and related order, and without the requirement that SCA file a fee application; provided that SCA's fees for preparation of each tax return does not exceed $5,000.

## JURISDICTION

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (M).  This Court has the authority to enter the requested relief under 11 U.S.C. §§ 105(a), 327, 328, 330, and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.

## BACKGROUND

3.      Debtor filed a voluntary petition for Chapter 11 bankruptcy relief on December 4, 2019 (the "**Petition Date**") and is operating as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in this bankruptcy case. A committee was appointed on January 8, 2020.

4.      Founded in 2010, Newsco is an enhanced recovery solutions provider to many of the industry's leading upstream exploration and development operators and service companies.

5.      Newsco has utilized the services of SCA to prepare its annual state and federal corporate tax returns since 2010.

6.      SCA maintains offices at 104 S. Wolcott Street, Suite 735, Casper, WY 82601. SCA's main telephone number is (307) 234-5395.  SCA's fax number is (307) 234-5399. Roxy L Skogen and Michael J. Cometto are the directors at SCA. Additional information is available on SCA's website at https://www.cpawyoming.com/.  SCA does not hold a pre-petition retainer.

7.      SCA prepared and filed Debtor's 2018 corporate tax return on January 7, 2020. On January 31, 2020, Debtor received an invoice from SCA for the preparation and filing of the 2018 return in the amount of $4,295.00.

8.      Debtor seeks to retain SCA to prepare and file its year 2019 state and federal corporate tax returns.  The Debtor represents that SCA is the most efficient and cost-effective choice to prepare Debtor's corporate returns.  SCA is already familiar with Debtor's business and affairs since its retention in 2010. SCA will not perform any other services relating to Debtor's bankruptcy case.

9.      SCA does not have an interest materially adverse to the Debtor or to the bankruptcy estate and Debtor submits that the continued employment and compensation of SCA is in the best interests of Debtor and the bankruptcy estate.

10.      Debtor believes that SCA, and specifically Ms. Skogen and Mr. Cometto, are not "professionals" within the meaning of Section 327 of the Bankruptcy Code whose retention must be approved by the Court.  SCA will not be involved in the administration of this Chapter 11 case. See *In re Henry S. Miller Commer., LLC*, 2010 Bankr. LEXIS 3978 (Bankr. N.D. Tex., Nov. 8, 2010) (law firms were approved as ordinary course professionals and relieved of satisfying the standards of Section 327 after the debtor demonstrated that the professionals would not be involved in the administration of the Chapter 11 case and were subject to a fee cap).

WHEREFORE, Debtor respectfully requests that the Court enter an order authorizing Debtor to retain and compensate Skogen Cometto & Associates, P.C. in the ordinary course of its business for the preparation and filing of  the 2018 and 2019 state and federal corporate tax returns without the necessity of filing a formal application for such compensation and reimbursement with the Court, so long as the fees for each tax return do not exceed $5,000.

**Dated: April 16, 2020.**

Respectfully submitted,

By:  /s/ Stephen A. Roberts
**STEPHEN A. ROBERTS**
sroberts@clarkhill.com
CLARK HILL STRASBURGER
720 Brazos, Suite 700
Austin, TX 78701
(512) 499-3624- Telephone

**HERBERT J. GILLES**
hgilles@clarkhill.com
CLARK HILL STRASBURGER
Texas Bar No. 07925350
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 651-2167

**ATTORNEYS FOR DEBTOR NEWSCO INTERNATIONAL ENERGY SERVICES USA INC.**

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Bankr. R. 2014, this instrument was served via CM/ECF and by email or United States first class mail, with proper postage affixed, as indicated, to the parties set forth on the attached Service List on this 16th day of April 2020.

/s/ Stephen A. Roberts
Stephen A. Roberts

**SERVICE LIST**
April 15, 2020

**Debtor:**
Newsco International
Energy Services USA Inc.
12029 Brittmoore Park Drive
Houston, TX 77041

**Counsel for Debtor:**
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701
Sroberts@clarkhill.com

Herbert Gilles
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202
hgilles@clarkhill.com

**U.S. Trustee:**
Stephen Douglas Statham
Office of US Trustee
515 Rusk, Ste 3516
Houston, TX 77002
stephen.statham@usdoj.gov

Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA 19101-7346

United States Attorney, Civil Process Clerk
1000 Louisiana Street #2300
Houston, TX 77002

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Texas Comptroller of Public Accounts
Revenue Accounting Division – Bankruptcy
Section
PO Box 13528 Capitol Station
Austin, TX 78711

Texas Workforce Commission
TWC Building – Regulatory Integrity Division
101 East 15th Street
Austin, TX 78778

Wyoming Dept. of Workforce Services
5221 Yellowstone Rd.
Cheyenne, WY 82002

Wyoming Secretary of State
Business Division
Herschler Building East
122 W. 25th St., Ste 101
Cheyenne, WY 82002-0020

**Top Twenty Unsecured Creditors:**
Abaco Drilling Technologies (Basin Tek)
713 Northpark Central, Suite 400
Houston, TX 77073
James.hanna@abacodrilling.com
(Committee Member)

Gator Technologies
415 Rankin Circle North
Houston, TX 77073
mleblanc@gatortechnologies.net
(Committee Member)

Phoenix Technology Services
3610 Elkins Rd
Midland, TX 79705
bphillips@phxtech.com
(Committee Member)

Hill Country Staffing Co.
501 S. Austin Avenue, Suite 1310
Georgetown, TX 78626
Deanna.miller@hillcountrystaffing.com
rshannon@bn-lawyers.com

Moore's Ind. Services Ltd.
3333 – 23 Street N.E.
Calgary, Alberta T2E 6V8
bcheyne@mooresind.com

GE Oil & Gas Compression Systems
191 Rosa Parks St., 11th Floor
Cincinnati, OH 45202
Roger.kramer@cooperservices.com

TURNTEC
4820 Cleveland Street
Mills, WY 82604
banderson@turntecmfg.com

NOV National Oilwell Varco
7909 Parkwood Circle Dr. Bldg #2
Houston, TX 77036
Anthony.parker@nov.com

Salt Creek Properties LLC
(Eastland Development LLC)
PO Box 2390
Casper, WY 82601
mthompson@mcmurry.net

Park City Drilling
800 North Park Central, Suite 100
Houston, TX 77073
bferguson@parkcitydt.com
(Committee Member)

IAE International, Inc.
13300 Stonefield Dr.
Houston, TX 77014
Dave.howe@iaeintl.com
(Committee Member)

B&T Rentals
PO Box 80962
Lafayette, LA 70598-0962
tvallot@btrentals.com

Sniper Drilling IAE International
13300 Stonefield Dr.
Houston, TX 77014
roxanne@iaeintl.com

Tycoon Oilfield Services
3468 Schlager Road
Casper, WY 82604
cvermeulen@tycoonoilfield.com

NOV Tuboscope XL
Hardbanding and Fabrication
PO Box 51563
Casper, WY 82605
Anthony.parker@nov.com

Bico Drilling Tools
1604 Greens Road
Houston, TX 77032
Jay.chatha@bicodrilling.com

Surface Engineering Alloy Co.
2895 46th Ave North
St. Petersburg, FL 33714
seanl@extremecoatings.net

Stabil Drill
PO Box 81548
Lafayette, LA 70598
Monica.leblanc@stabildrill.com

Paradigm
5707 South 1788
Midland, TX 79706
Phillip.garrison@paradigmdownholetools.com

**Parties Requesting Notice:**
Cynthia Castanon
Stacy & Baker, P.C.
1010 Lamar Street, Suite 550
Houston, TX 77002
Cynthia.castanon@stacybakerlaw.com
*For National Oilwell Varco, L.P*

Benjamin Lusky
Gordon Lusky, LLP
3417 Mercer Street, Suite A
Houston, TX 77027
ben@gordonlusky.com

Montgomery County
c/o Linebarger Goggan Blair
& Sampson, LLP
PO Box 3064
Houston, TX 77253-3064
Houston_bankruptcy@publicans.com

Maria Bartlett
Doré Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
E-mail: mbartlett@dorelawgroup.net

JPI, LLC
4021 W 39th Street
Casper, WY 82604
Palmer4021@icloud.com

**Secured Lender:**
SouthStar Financial LLC
c/o Lindsey W. Cooper Jr.
The Law Offices of L.W. Cooper Jr.
36 Broad Street
Charleston, SC 29401
lwc@lwcooper.com

Brian A. Baker
Stacy & Baker, P.C.
1010 Lamar Street, Suite 550
Houston, TX 77002
Brian.baker@stacybakerlaw.com

Wells Fargo Vendor Financial Services, LLC
c/o Ricoh USA Program f/d/b/a IKON
Financial Services
PO Box 13708
Macon, GA 31208-3708

Michael P. Ridulfo
Kane Russell Coleman Logan PC
5051 Westheimer Road, 10th Floor
Houston, TX 77056
mridulfo@krcl.com

Phillip P. Owens II
OWENS LAW OFFICE, PC
6907 N.W. 122nd Street
Oklahoma City, OK 73142-3903
po@owenslawofficepc.com

Panocean, Inc. d/b/a Road Runner Express
c/o Nima Taherian
701 N. Post Oak Rd., Suite 216
Houston, TX 77024
(ECF notification only, by request)

Ted L. Walker
THE WALKER FIRM
125 N. Main
P.O. Box 62
Jasper, TX 75951
twalker@walker-firm.com


Anabel King
Wauson Probus
One Sugar Creek Center Blvd.
Suite 880
Sugar Land, Texas 77478
aking@w-plaw.com

E. Michelle Bohreer
Pritesh Soni
Bohreer Law Firm PLLC
109 Post Oak Ln, Suite 425
Houston, TX 77024
Email: michelle@bohreerlaw.com
Email: pritesh@bohreerlaw.com

Justin W. R. Renshaw
Renshaw PC
2900 Weslayan, Suite 230
Houston, TX 77027
justin@renshaw-law.com

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **NEWSCO INTERNATIONAL ENERGY** | § | **Case No. 19-36767 (DRJ)** |
| **SERVICES USA INC.,** | § | |
| **Debtor.** | § | |

**ORDER GRANTING DEBTOR'S MOTION TO RETAIN AND COMPENSATE**
**SKOGEN COMETTO & ASSOCIATES, P.C.**
**AS AN ORDINARY COURSE PROFESSIONAL**

The Court, having considered the Motion to Retain and Compensate Skogen Cometto & Associates, P.C. as an Ordinary Course Professional (the "Motion") filed by Debtor Newsco International Energy Services USA Inc., (the "Debtor"), is of the opinion that the requested relief is in the best interest of the estate and its creditors; that SCA represents no interest adverse to the estate in the matters upon which they are to be engaged and that the Motion should be approved. Accordingly, it is therefore

**ORDERED THAT:**

1.      Debtor is authorized to retain and compensate Skogen Cometto & Associates, P.C. in the ordinary course of business pursuant to 11 U.S.C. §§ 105(a), 327, 328, 330, and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure to prepare and file Debtor's annual state and federal corporate tax return.

3.      Debtor is authorized to compensate SCA for the preparation and filing of Debtor's annual federal and state tax returns in an amount up to $5,000 for each tax return, without SCA being required to file an application for compensation.

SIGNED this _____ day of May 2020.

_____
**THE HONORABLE DAVID R. JONES,**
**UNITED STATES BANKRUPTCY JUDGE**