THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| NEWSCO INTERNATIONAL ENERGY § | Case No. 19-36767 (DRJ) |
| SERVICES USA, INC., § | |
| § | Chapter 11 |
| Debtor. § | |

**EMERGENCY MOTION OF DEBTOR FOR ORDER CONDITIONALLY
APPROVING DISCLOSURE STATEMENT AND SETTING
<u>VOTING AND CONFIRMATION DEADLINES</u>**

TO THE HONORABLE DAVID JONES, UNITED STATES BANKRUPTCY JUDGE:

A HEARING WILL BE CONDUCTED ON THIS MATTER ON NOVEMBER 23, 2020 AT 1:30 P.M CST IN COURTROOM 400, 4ᵀᴴ FLOOR, 515 RUSK, HOUSTON, TX 77002. YOU MAY PARTICIPATE IN THE HEARING EITHER IN PERSON OR BY AUDIO/VIDEO CONNECTION. AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT (832) 917-1510. YOU WILL BE RESPONSIBLE FOR YOUR OWN LONG DISTANCE CHARGES. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE JONES' CONFERENCE ROOM NUMBER IS 205691. YOU MAY VIEW VIDEO VIA GOTOMEETING. TO USE GO MEETING THE COURT RECOMMENDS THAT YOU DOWNLOAD THE FREE GOTOMEETING APP OR CLICK THE LINK ON JUDGE JONES' HOME PAGE ON THE SOUTHERN DISTRICT OF TEXAS WEBSITE. ONCE CONNECTED CLICK THE SETTINGS IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING. HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF THE HEARING. TO MAKE YOUR ELECTRONIC APPEARANCE, GO TO THE SOUTHERN DISTRICT OF TEXAS WEBSITE AND SELECT "BANKRUPTCY COURT" FROM THE TOP MENU. SELECT JUDGES' PROCEDURES, THEN VIEW HOME PAGE FOR JUDGE JONES. UNDER "ELECTRONIC APPEARANCE", SELECT "CLICK HERE TO SELECT ELECTRONIC APPEARANCE" SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE. IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST EITHER APPEAR AT THE HEARING OR FILE A WRITTEN RESPONSE PRIOR TO THE HEARING. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UPOPPOSED AND GRANT THE RELIEF REQUESTED.

Newsco International Energy Services USA, Inc., ("Debtor" and "Newsco") files this *Emergency Motion for an Order Conditionally Approving Third Amended Disclosure Statement and Setting Voting and Confirmation Deadlines* (the "Motion"), pursuant to 11 U.S.C. §§105(d)(2)(vi) and 1125, Federal Bankruptcy Rules 3017 and 9006(c). In support thereof, the Debtor would respectfully show the Court as follows:

## I.     RELIEF REQUESTED

1. The Debtor requests conditional approval of its Disclosure Statement on an emergency basis, with final approval to be set for hearing combined with the confirmation hearing. The Debtor also requests the establishment of expedited deadlines so that its Plan can be confirmed in mid-December 2020.

2. Counsel has conferred with counsel for the Creditors Committee. The Creditors Committee is unopposed to this Motion.

3. The expedited scheduling is critical to the success of the Debtor's Plan because an expedited confirmation hearing will enable the Debtor, which is facing a serious liquidity problem, to continue as a going concern and close the transactions contemplated by the Plan.

4. The Disclosure Statement and the Plan are straightforward. A third party is contributing over $2 million in capital into the company on the effective date of the plan to acquire 100% of the equity of the company. The proceeds will be disbursed in a "waterfall' in accordance with the priorities in the Bankruptcy Code. The balance of funds for the general unsecured creditors will be transferred to a Creditors Trust for administration and distribution on a pro rata basis.

5. The Debtor, which is in the directional drilling business, has had no operations for the past six (6) months due to the cessation of drilling in the industry and has since been funding

limited operations from the collection of accounts receivables and from the sale of miscellaneous assets pursuant to orders of this Court. The Debtor has severely reduced staffing and other costs in order to continue as an ongoing concern while searching for a buyer. The Debtor is delinquent in the payment of its administrative expenses and depleting cash reserves to pay critical operating expenses. For the Debtor to continue on as a going concern, the Debtor needs to obtain confirmation of its Plan.

6. Section 105(d)(2)(vi) of the Bankruptcy Code permits the Court to combine the hearing on approval of the Disclosure Statement with hearing on confirmation of the Plan in order to "further the expeditious and economical resolution of the case," and "unless inconsistent with another provision of" the Bankruptcy Code. The Debtor submits that conditional approval and combination of the hearings fulfills the Code's command for expeditious resolution and is consistent with the provisions of the Bankruptcy Code and the proceedings in this case to date.

**WHEREFORE**, Debtor respectfully request that the Court enter an order (a) conditionally approving the Disclosure Statement; (b) setting a hearing on confirmation of the Debtor's proposed Plan of Reorganization; (c) setting a deadline for solicitation, voting, and objections on the Debtor's proposed Plan of Reorganization; and (d) granting such other and further relief as the Court may deem just and proper.

Respectfully submitted,

By: /s/ *Stephen A. Roberts*
**STEPHEN A. ROBERTS**
sroberts@clarkhill.com
CLARK HILL STRASBURGER
720 Brazos, Suite 700
Austin, TX 78701
(512) 499-3624- Telephone
(512) 499-3660- Fax

**HERBERT J. GILLES**
hgilles@clarkhill.com
CLARK HILL STRASBURGER
Texas Bar No. 07925350
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 651-2167

**ATTORNEYS FOR DEBTOR,
NEWSCO INTERNATIONAL
ENERGY SERVICES USA, INC.**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing *Debtor's Emergency Motion of Debtor for Order Conditionally Approving Disclosure Statement and Setting Voting and Confirmation Deadlines* was served via CM/ECF to all parties entitled to such notice, and via U.S. first class mail or email, as indicated, to the parties listed on the below Service List on November 19, 2020:

**Debtor:**
Newsco International
Energy Services USA Inc.
12029 Brittmoore Park Drive
Houston, TX 77041

**Counsel for Debtor:**
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701
Sroberts@clarkhill.com

Herbert J. Gilles
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202
hgilles@clarkhill.com

**U.S. Trustee:**
Stephen Douglas Statham
Office of US Trustee
515 Rusk, Ste 3516
Houston, TX 77002
stephen.statham@usdoj.gov

Internal Revenue Service
Centralized Insolvency Office
PO Box 7346
Philadelphia, PA 19101-7346

United States Attorney, Civil Process Clerk
1000 Louisiana Street #2300
Houston, TX 77002

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Texas Comptroller of Public Accounts
Revenue Accounting Division – Bankruptcy Section
PO Box 13528 Capitol Station
Austin, TX 78711

Texas Workforce Commission
TWC Building – Regulatory Integrity Division
101 East 15th Street
Austin, TX 78778

Wyoming Dept. of Workforce Services
5221 Yellowstone Rd.
Cheyenne, WY 82002

Wyoming Secretary of State
Business Division
Herschler Building East
122 W. 25th St., Ste 101
Cheyenne, WY 82002-0020

**Top Twenty Unsecured Creditors:**
Abaco Drilling Technologies (Basin Tek)
713 Northpark Central, Suite 400
Houston, TX 77073
James.hanna@abacodrilling.com
(Committee Member)

Gator Technologies
415 Rankin Circle North
Houston, TX 77073
mleblanc@gatortechnologies.net
(Committee Member)

Wayne Kitchens
Alexander Perez
Hughes Watters & Askanase, LLP
1201 Louisiana Street, 28th Floor
Houston, Texas 77002
wkitchens@hwa.com
aperez@hwa.com

Hill Country Staffing Co.
501 S. Austin Avenue, Suite 1310
Georgetown, TX 78626
Deanna.miller@hillcountrystaffing.com
rshannon@bn-lawyers.com

Moore's Ind. Services Ltd.
3333 – 23 Street N.E.
Calgary, Alberta T2E 6V8
bcheyne@mooresind.com

GE Oil & Gas Compression Systems
191 Rosa Parks St., 11th Floor
Cincinnati, OH 45202
Roger.kramer@cooperservices.com

TURNTEC
4820 Cleveland Street
Mills, WY 82604
banderson@turntecmfg.com

NOV National Oilwell Varco
7909 Parkwood Circle Dr. Bldg #2
Houston, TX 77036
Anthony.parker@nov.com

Park City Drilling
800 North Park Central, Suite 100
Houston, TX 77073
bferguson@parkcitydt.com
(Committee Member)

IAE International, Inc.
13300 Stonefield Dr.
Houston, TX 77014
Dave.howe@iaeintl.com
(Committee Member)

B&T Rentals
PO Box 80962
Lafayette, LA 70598-0962
tvallot@btrentals.com

Sniper Drilling IAE International
13300 Stonefield Dr.
Houston, TX 77014
roxanne@iaeintl.com

Tycoon Oilfield Services
3468 Schlager Road
Casper, WY 82604
cvermeulen@tycoonoilfield.com

NOV Tuboscope XL
Hardbanding and Fabrication
PO Box 51563
Casper, WY 82605
Anthony.parker@nov.com

Bico Drilling Tools
1604 Greens Road
Houston, TX 77032
Jay.chatha@bicodrilling.com

Salt Creek Properties LLC
(Eastland Development LLC)
PO Box 2390
Casper, WY 82601
mthompson@mcmurry.net

Stabil Drill
PO Box 81548
Lafayette, LA 70598
Monica.leblanc@stabildrill.com

Paradigm
5707 South 1788
Midland, TX 79706
Phillip.garrison@paradigmdownholetools.com

**Parties Requesting Notice:**
Cynthia Castanon
Stacy & Baker, P.C.
1010 Lamar Street, Suite 550
Houston, TX 77002
Cynthia.castanon@stacybakerlaw.com
*For National Oilwell Varco, L.P*

Benjamin Lusky
Gordon Lusky, LLP
3417 Mercer Street, Suite A
Houston, TX 77027
ben@gordonlusky.com

Montgomery County
c/o Linebarger Goggan Blair
& Sampson, LLP
PO Box 3064
Houston, TX 77253-3064
Houston_bankruptcy@publicans.com

Surface Engineering Alloy Co.
2895 46th Ave North
St. Petersburg, FL 33714
seanl@extremecoatings.net

JPI, LLC
4021 W 39th Street
Casper, WY 82604
Palmer4021@icloud.com

**Secured Lender:**
SouthStar Financial LLC
c/o Lindsey W. Cooper Jr.
The Law Offices of L.W. Cooper Jr.
36 Broad Street
Charleston, SC 29401
lwc@lwcooper.com

Brian A. Baker
Stacy & Baker, P.C.
1010 Lamar Street, Suite 550
Houston, TX 77002
Brian.baker@stacybakerlaw.com

Wells Fargo Vendor Financial Services, LLC
c/o Ricoh USA Program f/d/b/a IKON
Financial Services
PO Box 13708
Macon, GA 31208-3708

Michael P. Ridulfo
Kane Russell Coleman Logan PC
5051 Westheimer Road, 10th Floor
Houston, TX 77056
mridulfo@krcl.com

| | |
|---|---|
| Maria Bartlett<br>Doré Rothberg McKay, P.C.<br>17171 Park Row, Suite 160<br>Houston, Texas 77084<br>E-mail: mbartlett@dorelawgroup.net | Phillip P. Owens II<br>OWENS LAW OFFICE, PC<br>6907 N.W. 122nd Street<br>Oklahoma City, OK 73142-3903<br>po@owenslawofficepc.com |
| Panocean, Inc. d/b/a Road Runner Express<br>c/o Nima Taherian<br>701 N. Post Oak Rd., Suite 216<br>Houston, TX 77024<br>(ECF notification only, by request) | E. Michelle Bohreer<br>Pritesh Soni<br>Bohreer Law Firm PLLC<br>109 Post Oak Ln, Suite 425<br>Houston, TX 77024<br>Email: michelle@bohreerlaw.com<br>Email: pritesh@bohreerlaw.com |
| Ted L. Walker<br>THE WALKER FIRM<br>125 N. Main<br>P.O. Box 62<br>Jasper, TX 75951<br>twalker@walker-firm.com | Justin W. R. Renshaw<br>Renshaw PC<br>2900 Weslayan, Suite 230<br>Houston, TX 77027<br>justin@renshaw-law.com |
| Anabel King<br>Wauson Probus<br>One Sugar Creek Center Blvd.<br>Suite 880<br>Sugar Land, Texas 77478<br>aking@w-plaw.com | Matthew H. Morgan<br>Nichols Kaster, PLLP<br>80 South Eighth Street<br>4600 IDS Center<br>Minneapolis, Minnesota 55402<br>612-256-3200<br>612-338-4878 (Facsimile)<br>Email: Morgan@nka.com<br>and Assistant@nka.com |
| Anabel King<br>Wauson ♦ Probus<br>One Sugar Creek Center Blvd., Suite 880<br>Sugar Land, Texas 77478<br>(281) 242-0303 (Telephone)<br>(281) 242-0306 (Facsimile)<br>Email:  aking@w-plaw.com | David W. Lauritzen<br>Cotton, Bledsoe, Tighe & Dawson, P.C.<br>500 W. Illinois, Suite 300<br>Midland, Texas 79701<br>Email:  dlauritzen@cbtd.com and<br>bwrangham@cbtd.com |

AFCO c/o
Lloyd Sadd Insurance Brokers, Ltd.
Attn. Justine Adams
Suite 700, 10240124th St.
Edmonton, AB T5N 3W6
jadams@lloydsadd.com

                                        */s/ Stephen A. Roberts*
                                        Stephen A. Roberts