

ENTERED
11/23/2020

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NEWSCO INTERNATIONAL ENERGY SERVICES USA, INC., | § § | Case No. 19-36767 (DRJ) |
| | § | Chapter 11 |
| Debtor. | § § | |

**ORDER ON EMERGENCY MOTION OF DEBTOR FOR CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT WITH DEADLINES RELATING TO VOTING, OBJECTIONS, AND CONFIRMATION OF DEBTOR'S PLAN**
(Docket No. 206)

On November 23, 2020, the Court considered the Emergency Motion ("Motion") of Newsco International Energy Services USA, Inc. ("Debtor") for Conditional Approval of the Disclosure Statement dated November 19, 2020, filed by the Debtor. On November 19, 2020, the Debtor filed its Disclosure Statement (the "Disclosure Statement") and its Chapter 11 Plan (the "Plan"). The Court, after considering the extraordinary circumstances set forth in the Motion, hereby conditionally approves the Disclosure Statement pursuant to 11 U.S.C. §105 and Rule 3017 of the Federal Rules of Bankruptcy Procedure.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AND NOTICE IS HEREBY GIVEN THAT**:

1. The Disclosure Statement filed by the Debtor is conditionally approved. The Court will consider final approval of the Disclosure Statement at the hearing on the confirmation of the Plan.

2. On or before  Nov. 25 , 2020, counsel for the Debtor shall mail, by first class mail, a copy of the Disclosure Statement, Plan, this Order or a notice of its provisions, and a ballot conforming with Official Bankruptcy Form 314, to all creditors, equity holders, the Debtor, and any other party in interest as provided in Rule 3017(d). Counsel for the Debtor shall file a Certificate of Service with the Court reflecting such mailing.

3.  Dec. 18 , 2020, 5:00 p.m. (CT) is fixed as the last day for filing and serving objections to final approval of the Disclosure Statement.

2

4.    Dec. 18, 2020 at 5:00 p.m. (CT) is also fixed as the last day for submitting ballots for acceptance or rejection of the Plan. Such ballots shall be submitted to counsel for the Debtor at the address set forth in the Disclosure Statement. Ballots shall not be filed with the Court.

5.    Dec. 18, 2020 at 5:00 p.m. (CT) is also fixed, pursuant to Rule 3020(b)(1), as the last day for filing and serving written objections to confirmation of the Plan.

6.    By Dec. 21, 2020, counsel for the Debtor shall file with the Court (a) a ballot summary in the form required by Local Bankruptcy Rule 3018(b) with a copy of the ballots, and (b) any Declaration in support of confirmation of the Plan.

7.    Dec. 22, 2020 at 9:30 a.m. (CT), via GoToMeeting, is fixed as the time and place of the hearing on final approval of the Disclosure Statement combined with the hearing on confirmation of the Plan and any objections thereto.

**Signed: November 23, 2020.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

2