IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| NEWSCO INTERNATIONAL | § | Case No. 19-36767-DRJ |
| ENERGY SERVICES USA INC. | § | |
| | § | |
| Debtor. | § | |

## DEBTOR'S SUPPLEMENT TO DISCLOSURE STATEMENT

The Debtor's Disclosure Statement [Dkt. 204] was conditionally approved on November 23, 2020 [Dkt. 210], and the "Plan Packet" consisting of a copy of the Disclosure Statement, Plan of Reorganization, Order Conditionally Approving Disclosure Statement with Dates and Deadlines, and Ballot, where applicable, was mailed to all creditors on Wednesday, November 25, 2020 [Dkt. 212]. Due to typographical errors in the Disclosure Statement, the Debtor hereby files this Supplement to correct the errors, as shown below, and to conform the Disclosure Statement to the terms of the Plan of Reorganization.

Section E. Analysis and Treatment of Claims, paragraph 2 is hereby amended, as follows:

Class 2 consists of the Allowed Claims of all creditors other than those in Class~~es~~ 1.

Under the Plan, the Debtor will pay, or reserve for payment, out of the proceeds of the Plan Capital Contribution, the Administrative Claims and the Class 1 and 2 claims and establish a reserve to resolve any disputed Administrative Claims and to assist the Trustee of the Creditors' Trust. The Debtor will transfer the balance of the funds to the Liquidating Trust for distribution to the holders of Class ~~3~~ **2** claims on a pro rata basis.

Contemporaneously with the filing of this Disclosure Statement, Debtor has filed amended schedules of unsecured claims to reflect credits and adjustments, including deductions for payments made after this case was commenced, pursuant to the Order Granting In Part And Denying In Part Motion Of The Debtor To Establish Critical Vendor Payment Procedures Pursuant To 11 U.S.C. §105(A), §363(B) And §1107(A) [Dkt #15] (the "**Critical Vendor Order**").

The total amount of Class 2 claims scheduled by the Debtor as undisputed is $6,742,126, net of payments made under the Critical Vendor Order.[2] The total amount of potential Allowed Claims based upon the scheduled undisputed claims plus the increased amount stated on the proofs of claims filed by creditors is $9,130,803. However, in most cases the proofs of claims do not reflect credit for payments made under the Critical Vendor Order, which were $434,647. In addition, the Debtor has identified a number of claims that are disputed. The Debtor estimates that the valid amount of Class ~~3~~ **2** claims is under $6.8 million.

The Allowed Claims of Class 2 creditors will be paid pro rata from the Creditors' Trust.

The rights of Class 2 creditors are Unimpaired and so they are entitled to vote on the Plan.

---

[2] This amount may not include additional unsecured claims for breach of a lease or executory contract which the Debtor may reject at confirmation. See Article V, F. Assumption and Rejection of Leases and Contracts.

Dated: December 15, 2020.

Respectfully submitted,

By: /s/ *Stephen A. Roberts*
**STEPHEN A. ROBERTS**
sroberts@clarkhill.com
CLARK HILL STRASBURGER
720 Brazos, Suite 700
Austin, TX 78701
(512) 499-3624- Telephone

**HERBERT J. GILLES**
hgilles@clarkhill.com
CLARK HILL STRASBURGER
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 651-2167-Telephone

**ATTORNEYS FOR DEBTOR NEWSCO INTERNATIONAL ENERGY SERVICES USA, INC.**

## **CERTIFICATE OF SERVICE**

By my signature below, I do hereby certify that a true and correct copy of the foregoing was served via CM/ECF on all those receiving such notice on December 15, 2020.

/s/ *Stephen A. Roberts*
Stephen A. Roberts