IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| NEWSCO INTERNATIONAL ENERGY SERVICES USA INC., | § § § | Case No. 19-36767 (DRJ) |
| Debtor. | § | |

## STIPULATION REGARDING PROOF OF CLAIM
## OF NATIONAL OILWELL VARCO LLP [POC #42]

Newsco International Energy Services USA Inc., Debtor and Debtor-in-Possession ("**Debtor**") and National Oilwell Varco LLP ("**NOV**") hereby enter into this stipulation regarding the proof of claim filed by NOV in this case.

WHEREAS, NOV filed proof of claim docketed in the Court's register as Claim 42-1 in the amount of $268,799.33 arising out of a judgment that NOV obtained against Debtor in the District Court of Harris County, Texas on or about November 21, 2019 (the "Proof of Claim");

WHEREAS, NOV filed the Proof of Claim as a secured claim arising out of an alleged judgment lien;

WHEREAS, the parties agree that the amount of the claim is accurate but that the claim is a general unsecured claim, not a secured claim; and

WHEREAS, the parties desire to avoid the cost and delay of the filing and resolution of an objection to the Proof of Claim.

NOW THEREFORE, the parties stipulate that National Oilwell Varco LLP shall have an allowed unsecured claim in this case in the amount of $268,799.33 and that, to the extent that the Proof of Claim is inconsistent with this stipulation, it is deemed to be withdrawn.

DATED: December 31, 2020.

Respectfully submitted,

By: /s/ *Stephen A. Roberts*
**STEPHEN A. ROBERTS**
soberts@clarkhill.com
CLARK HILL STRASBURGER
720 Brazos, Suite 700
Austin, TX 78701
(512) 499-3624

**ATTORNEYS FOR DEBTOR, NEWSCO INTERNATIONAL ENERGY SERVICES USA INC.**

By: /s/ *Brian A. Baker*
**BRIAN A. BAKER**
brian.baker@stacybakerlaw.com
STACY & BAKER, P.C.
1010 Lamar Street, Suite 550
Houston, TX 77002
(713) 527-9991

**ATTORNEYS FOR NATIONAL OILWELL VARCO LLP**