THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NEWSCO INTERNATIONAL ENERGY SERVICES USA, INC., | § § | Case No. 19-36767 (DRJ) |
| | § | Chapter 11 |
| Debtor. | § § | |

## NOTICE OF THE EFFECTIVE DATE OF
## DEBTOR'S AMENDED PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that on January 27, 2021 (the "**Confirmation Date**"), the Honorable David R. Jones, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"), entered the *Findings of Fact, Conclusions of Law and Order Approving Disclosure Statement and Confirming the Debtor's Amended Plan of Reorganization* [Docket No. 232] (the "**Confirmation Order**"), confirming the amended plan of reorganization (the "**Plan**") of Newsco International Energy Services USA, Inc. (the "**Debtor**"). [1]

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on February 4, 2021. All conditions in Article X of the Plan have been satisfied or waived pursuant to Article X of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding upon and inure to the benefit of the Debtor, the Reorganized Debtor, all current and former Holders of Claims, all current and former Holders of Interests, and all other parties-in-interest and their respective heirs, successors, and assigns.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

CLARKHILL\J1452\397071\262019408.v3-2/12/21

Dated: February 12, 2021.
      Austin, Texas

Respectfully submitted,

By: /s/ *Stephen A. Roberts*
**STEPHEN A. ROBERTS**
sroberts@clarkhill.com
CLARK HILL STRASBURGER
720 Brazos, Suite 700
Austin, TX 78701
(512) 499-3624- Telephone
(512) 499-3660- Fax

**HERBERT J. GILLES**
hgilles@clarkhill.com
CLARK HILL STRASBURGER
Texas Bar No. 07925350
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 651-2167

**ATTORNEYS FOR DEBTOR NEWSCO INTERNATIONAL ENERGY SERVICES USA, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this Notice of Effective Date of Debtor's Amended Plan of Reorganization was served via CM/ECF to all those entitled to such notice on February 12, 2021, and via U.S. mail to all parties on the Debtor's Master Service List dated January 6, 2021 [Dkt. 224] on February 16, 2021.

/s/ *Stephen A. Roberts*
Stephen A. Roberts