**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

CASE NAME: Newsco International Energy Services USA Inc.
CASE NUMBER: 19-36767
PROPOSED PLAN DATE: _____

PETITION DATE: 12/4/2019
DISTRICT OF TEXAS: Southern
DIVISION: Houston

### MONTHLY OPERATING REPORT SUMMARY FOR MONTH

| MONTH | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 171,951.92 | 668,301.50 | 1,246,949.10 | 623,290.81 | 199,265.00 | 0.00 | 16,725.00 | 3,309.90 | 1,195.00 | -16,725.00 | 2,340.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC /TAX (MOR-6) | -246,791.17 | -148,336.68 | 86,375.19 | -162,941.60 | -188,029.71 | -228,917.45 | -130,956.25 | -145,388.66 | -122,446.23 | -136,680.13 | -105,706.22 | -94,918.65 | -93,005.61 | -115,371.64 |
| NET INCOME (LOSS) (MOR-6) | -408,024.06 | -330,062.12 | -123,233.55 | -410,534.65 | -376,814.96 | -328,100.39 | -202,915.44 | -237,142.26 | -83,988.29 | -195,277.30 | -110,301.04 | -143,919.01 | -211,092.86 | -215,462.02 |
| PAYMENTS TO INSIDERS (MOR-9) | 19,163.38 | 45,624.60 | 33,492.03 | 36,979.43 | 26,359.24 | 24,708.52 | 20,924.49 | 28,389.43 | 20,330.78 | 18,766.20 | 17,281.20 | 12,465.10 | 500.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 47,880.90 | 10,000.00 | 58,449.95 | 0.00 | 36,045.00 | 7,290.00 | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 763,868.42 | 859,960.52 | 875,751.27 | 954,975.32 | 517,035.38 | 358,190.87 | 199,444.86 | 172,385.73 | 126,509.26 | 160,811.03 | 133,481.15 | 76,400.72 | 24,996.53 | 3,617.76 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

**REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE**

| | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (X) NO ( ) | 9/15/2021 |
| LIABILITY | YES (X) NO ( ) | 9/15/2021 |
| VEHICLE | YES (X) NO ( ) | 9/15/2021 |
| WORKER'S | YES (X) NO ( ) | 8/25/2021 |
| OTHER D&O | YES (X) NO ( ) | 4/1/2021 |

CIRCLE ONE

- Are all accounts receivable being collected within terms? Yes No N/A
- Are all post-petition liabilities, including taxes, being paid within terms? Yes No
- Have any pre-petition liabilities been paid? Yes No
  - If so, describe: subcontractors with mineral rights
- Are all funds received being deposited into DIP bank accounts? Yes No
- Were any assets disposed of outside the normal course of business? Yes No
  - If so, describe
- Are all U.S. Trustee Quarterly Fee Payments current? Yes No
- What is the status of your Plan of Reorganization? Approved by Court / work in process

ATTORNEY NAME: Stephen A. Roberts
FIRM NAME: Clark Hill Strasburger
ADDRESS: 720 Brazos, Suite 700
CITY, STATE, ZIP: Austin, Texas 78701
TELEPHONE FAX: (512) 499-3624

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE: Controller
(ORIGINAL SIGNATURE)
Caroline Becker
(PRINT NAME OF SIGNATORY)    DATE 2/22/21

MOR-1    Revised 07/01/98

**CASE NAME:** Newsco International Energy Services USA Inc.
**CASE NUMBER:** 19-36767

### COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 12/4/2019 0:00 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 |
| **CURRENT ASSETS** | | | | | | | | | | | | | | | |
| Cash | 14,787.01 | 129,489.06 | 206,741.02 | 51,922.54 | 451,007.19 | 472,359.10 | 210,294.24 | 138,552.94 | 40,500.08 | 78,750.77 | 175,675.48 | 43,393.10 | 5,932.22 | 937.17 | 2,490.83 |
| Accounts Receivable, Net | 1,843,345.97 | 1,065,337.70 | 1,241,480.70 | 2,121,535.33 | 2,225,241.55 | 1,094,965.71 | 533,241.77 | 354,910.00 | 308,219.90 | 256,203.59 | 1,293.59 | 1,800.00 | 0.00 | 0.00 | 0.00 |
| Inventory: Lower of Cost or Market | 954,573.47 | 954,573.47 | 927,766.56 | 927,766.56 | 927,766.56 | 927,766.56 | 927,766.56 | 927,766.56 | 925,740.10 | 925,788.10 | 925,788.10 | 925,788.10 | 925,788.10 | 925,788.10 | 925,788.10 |
| Prepaid Expenses | 191,230.64 | 385,190.08 | 238,636.48 | 141,342.63 | 149,742.13 | 128,594.42 | 103,091.04 | 112,313.99 | 63,342.80 | 40,688.09 | 95,356.57 | 86,183.17 | 77,009.77 | 67,836.37 | 58,662.97 |
| Investments | | | | | | | | | | | | | | | |
| Other | | | | | | | | | 16,725.00 | 16,725.00 | 16,725.00 | | | 63,521.00 | 63,521.00 |
| TOTAL CURRENT ASSETS | 3,003,937.09 | 2,534,590.31 | 2,614,624.76 | 3,242,567.06 | 3,753,757.43 | 2,623,685.79 | 1,774,393.61 | 1,550,268.49 | 1,354,527.88 | 1,318,155.55 | 1,198,113.74 | 1,057,164.37 | 1,008,730.09 | 1,058,082.64 | 1,050,462.90 |
| PROPERTY, PLANT & EQUIP. @ COST | 14,153,241.43 | 14,153,241.43 | 14,152,825.43 | 14,152,825.43 | 13,676,634.43 | 13,676,634.43 | 11,345,587.21 | 11,256,060.34 | 11,192,929.54 | 11,192,282.49 | 11,192,282.49 | 11,192,282.49 | 11,192,282.49 | 11,192,282.49 | 11,231,043.91 |
| Less Accumulated Depreciation | -12,624,922.06 | -12,786,169.52 | -12,901,060.20 | -13,017,095.95 | -12,688,665.89 | 12,804,701.88 | 10,609,030.37 | 10,567,005.61 | 10,555,087.06 | 10,582,886.44 | 10,607,653.89 | 10,630,590.46 | 10,653,078.69 | 10,674,282.49 | 10,694,644.99 |
| NET BOOK VALUE OF PP & E | 1,528,319.37 | 1,367,071.91 | 1,251,765.23 | 1,135,729.48 | 987,968.54 | 871,932.55 | 736,556.84 | 689,054.73 | 637,842.48 | 609,396.05 | 584,628.60 | 561,692.03 | 539,203.80 | 518,000.00 | 536,398.92 |
| **OTHER ASSETS** | | | | | | | | | | | | | | | |
| 1. Tax Deposits | | | | | | | | | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | | | | | | | | | |
| 3. Security Deposit | 39,012.50 | 39,012.50 | 39,012.50 | 39,012.50 | 15,450.00 | 15,450.00 | 15,450.00 | 15,450.00 | 15,450.00 | 15,450.00 | 15,450.00 | 15,450.00 | 15,450.00 | 15,450.00 | 15,450.00 |
| 4. | | | | | | | | | | | | | | | |
| **TOTAL ASSETS** | $4,571,268.96 | $3,940,674.72 | $3,905,402.49 | $4,417,309.04 | $4,757,175.97 | $3,511,068.34 | $2,526,400.45 | $2,254,773.22 | $2,007,820.36 | $1,943,001.60 | $1,798,192.34 | $1,634,306.40 | $1,563,383.89 | $1,591,532.64 | $1,602,311.82 |

* Per Schedules and Statement of Affairs

MOR-2

*Revised 07/01/98*

Legal\A6639\A24699\4850-2048-2148.v1-1/21/20

**CASE NAME:** Newsco International Energy Services USA Inc.
**CASE NUMBER:** 19-36767

### COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH Dec-19 | MONTH Jan-20 | MONTH Feb-20 | MONTH Mar-20 | MONTH Apr-20 | MONTH May-20 | MONTH Jun-20 | MONTH Jul-20 | MONTH Aug-20 | MONTH Sep-20 | MONTH Oct-20 | MONTH Nov-20 | MONTH Dec-20 | MONTH Jan-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | 12/4/2019 0:00 | | | | | | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 275,947.37 | 818,059.51 | 1,451,766.48 | 2,295,978.44 | 1,513,231.39 | 948,048.16 | 927,887.66 | 866,873.80 | 879,082.48 | 878,146.90 | 913,849.50 | 913,857.66 | 1,103,836.41 | 1,379,192.93 |
| PRE-PETITION LIABILITIES | | | | | | | | | | | | | | | |
| Notes Payable - Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Priority Debt | | | | | | | | | | | | | | | |
| Federal Income Tax | | | | | | | | | | | | | | | |
| FICA/Withholding | | | | | | | | | | | | | | | |
| Unsecured Debt | 6,953,199.63 | 6,666,771.79 | 6,471,075.33 | 6,470,542.02 | 6,454,485.01 | 6,520,178.41 | 6,526,040.07 | 6,482,585.07 | 6,531,871.36 | 6,531,895.68 | 6,531,895.68 | 6,531,895.98 | 6,601,960.95 | 6,851,998.26 | 6,843,905.26 |
| Net Payroll - Wages | 103,257.22 | 0.00 | | | | | | | | | | | | | |
| Accrued Liabilities | 891,512.00 | 874,197.73 | 847,344.47 | 868,522.71 | 824,170.07 | 663,979.98 | 586,022.59 | 597,743.22 | 616,197.49 | 603,415.17 | 603,466.79 | 600,647.00 | 603,570.07 | 398,095.62 | 412,997.26 |
| Intercompany | 2,218,919.56 | 2,206,522.46 | 2,206,522.44 | 2,195,786.19 | 2,180,698.00 | 2,208,075.36 | 2,207,099.36 | 2,207,099.36 | 2,175,562.06 | 2,183,182.32 | 2,222,534.32 | 2,188,931.24 | 2,188,931.54 | 2,193,631.54 | 2,189,631.54 |
| Insurance Loan Payable | 126,692.16 | 108,379.62 | 90,067.08 | 71,754.54 | 53,442.00 | 35,129.46 | 16,816.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Taxes Payable | 616,542.56 | 615,642.56 | 609,182.59 | 619,019.58 | 619,019.58 | 617,905.83 | 617,905.83 | 617,905.83 | 632,905.83 | 645,004.42 | 657,004.42 | 604,139.49 | 604,139.49 | 604,139.49 | 552,215.53 |
| TOTAL PRE-PETITION LIABILITIES | 10,910,123.13 | 10,471,514.16 | 10,224,191.91 | 10,225,625.04 | 10,131,814.66 | 10,045,269.04 | 9,953,884.77 | 9,905,333.48 | 9,956,536.74 | 9,963,497.59 | 10,014,901.21 | 9,925,613.71 | 9,998,602.05 | 10,047,864.91 | 9,998,749.59 |
| **TOTAL LIABILITIES** | 10,910,123.13 | 10,747,461.53 | 11,042,251.42 | 11,677,391.52 | 12,427,793.10 | 11,558,500.43 | 10,901,932.93 | 10,833,221.14 | 10,823,410.54 | 10,842,580.07 | 10,893,048.11 | 10,839,463.21 | 10,912,459.71 | 11,151,701.32 | 11,377,942.52 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | | | | | | | |
| PREFERRED STOCK | | | | | | | | | | | | | | | |
| COMMON STOCK | 25,000,010.00 | 25,000,010.00 | 25,000,010.00 | 25,000,010.00 | 25,000,010.00 | 25,000,010.00 | 25,000,010.00 | 25,000,010.00 | 25,000,010.00 | 25,000,010.00 | 25,000,010.00 | 25,000,010.00 | 25,000,010.00 | 25,000,010.00 | 25,000,010.00 |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | | | | | | | | | |
| RETAINED EARNINGS: Filing Date | -31,338,864.17 | | | | | | | | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -31,806,796.81 | -32,136,858.93 | -32,260,092.48 | -32,670,627.13 | -33,047,442.09 | -33,375,542.48 | -33,578,457.92 | -33,815,600.18 | -33,899,588.47 | -34,094,865.77 | -34,205,166.81 | -34,349,085.82 | -34,560,178.68 | -34,775,640.70 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -6,338,854.17 | -6,806,786.81 | -7,136,848.93 | -7,260,082.48 | -7,670,617.13 | -8,047,432.09 | -8,375,532.48 | -8,578,447.92 | -8,815,590.18 | -8,899,578.47 | -9,094,855.77 | -9,205,156.81 | -9,349,075.82 | -9,560,168.68 | -9,775,630.70 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $4,571,268.96 | $3,940,674.72 | $3,905,402.49 | $4,417,309.04 | $4,757,175.97 | $3,511,068.34 | $2,526,400.45 | $2,254,773.22 | $2,007,820.36 | $1,943,001.60 | $1,798,192.34 | $1,634,306.40 | $1,563,383.89 | $1,591,532.64 | $1,602,311.82 |

\* Per Schedules and Statement of Affairs

**MOR-3**

**CASE NAME:** Newsco International Energy Services USA Inc.
**CASE NUMBER:** 19-36767

### SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH<br>Dec-19 | MONTH<br>Jan-20 | MONTH<br>Feb-20 | MONTH<br>Mar-20 | MONTH<br>Apr-20 | MONTH<br>May-20 | MONTH<br>Jun-20 | MONTH<br>Jul-20 | MONTH<br>Aug-20 | MONTH<br>Sep-20 | MONTH<br>Oct-20 | MONTH<br>Nov-20 | MONTH<br>Dec-20 | MONTH<br>Jan-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 122,394.75 | 52,662.43 | 122,972.54 | 623,039.08 | 642,307.29 | 681,976.00 | 701,149.47 | 655,310.91 | 625,721.98 | 595,486.24 | 629,346.20 | 595,487.71 | 748,669.78 | 981,585.80 |
| TAX PAYABLE | | | | | | | | | | | | | | |
| Federal Payroll Taxes | | | | | | | | | | | | | | |
| State Payroll Taxes | | | | | | | | | | | | | | |
| Ad Valorem Taxes | | | | | | | | | | | | | | |
| Other Taxes | 20,860.34 | 34,270.30 | 37,859.07 | 107,312.63 | 135,034.58 | 135,034.58 | 135,034.58 | 214,380.58 | 135,034.58 | 135,034.58 | 156,319.20 | 157,819.20 | 159,319.20 | 214,380.58 |
| TOTAL TAXES PAYABLE | 20,860.34 | 34,270.30 | 37,859.07 | 107,312.63 | 135,034.58 | 135,034.58 | 135,034.58 | 214,380.58 | 135,034.58 | 135,034.58 | 156,319.20 | 157,819.20 | 159,319.20 | 214,380.58 |
| SECURED DEBT POST-PETITION | | 335,177.94 | 616,881.19 | 1,351,193.19 | 593,162.29 | 71,693.58 | -0.08 | | | | | | | |
| INSURANCE NOTE PAYABLE | | | | | | | | | | 49,145.11 | 42,124.38 | 35,103.65 | 24,295.41 | 17,274.68 |
| ACCRUED INTEREST PAYABLE | | | | | | | | | | | | | | |
| ACCRUED PROFESSIONAL FEES* | 15,000.00 | 45,000.00 | 105,000.00 | 124,000.00 | 115,000.00 | | 15,000.00 | 13,860.09 | 44,049.49 | 55,255.47 | 55,025.18 | 57,724.03 | 64,500.00 | 69,500.00 |
| OTHER ACCRUED LIABILITIES | | | | | | | | | | | | | | |
| 1. Equipment Rentals | 10,000.00 | 190,075.00 | 339,721.47 | 0.00 | | | | 16,000.00 | 16,000.00 | 16,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Net Wages Payable | 83,048.05 | 0.00 | 14,000.01 | 18,200.02 | 10,000.00 | 41,540.54 | 49,026.59 | 34,461.50 | 45,461.50 | 31,765.06 | 31,765.07 | 33,765.09 | 59,765.09 | 40,558.62 |
| 3. Accrued Contract Labor | 23,000.00 | 126,421.33 | 161,893.02 | 29,026.00 | | | | | | | | | | |
| 4. US Trustee Fees | | 8,599.85 | 17,681.39 | 27,231.90 | 5,170.35 | 8,754.62 | 11,954.62 | 2,141.12 | 3,406.21 | 5,013.21 | 1,822.21 | 3,322.21 | 0.00 | 0.00 |
| 5. Relocation Costs | | 25,000.00 | 40,000.00 | | | | | | | | | | | |
| 6. Insurance | | 5,000.00 | | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 0.00 | | | | | | |
| 7. Travel | | 1,704.47 | | | | | | | | | | | | |
| 8. Intercompany -Canada | | 534.05 | 11,313.17 | 27,377.36 | 27,377.36 | 27,377.36 | 37,559.04 | 40,410.20 | 43,261.36 | 31,261.36 | 38,261.39 | 41,190.13 | 43,541.29 | 46,547.61 |
| 9. Intercompany - Telemetrix USA | 1,644.23 | -6,385.86 | -15,555.38 | -16,401.74 | -19,820.48 | -23,328.52 | -26,836.56 | -30,344.60 | -33,852.64 | -40,814.13 | -40,814.13 | -10,554.36 | 3,745.64 | 9,345.64 |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $275,947.37 | $818,059.51 | $1,451,766.48 | $2,295,978.44 | $1,513,231.39 | $948,048.16 | $927,887.66 | $946,219.80 | $879,082.48 | $878,146.90 | $913,849.50 | $913,857.66 | $1,103,836.41 | $1,379,192.93 |

*Payment requires Court Approval
MOR-4

*Revised 07/01/98*

**CASE NAME:** Newsco International Energy Services USA Inc.
**CASE NUMBER:** 19-36767

**AGING OF POST-PETITION LIABILITIES**
**MONTH** Jan-21

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | TAXES | Equipment Rentals | Insurance Note Payable | Legal Fees | Wages/Contractors | Intercompany | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 0-30 | 356,831.83 | 226,492.21 | | | | 17,274.68 | 69,500.00 | 40,558.62 | 3,006.32 | |
| 31-60 | 159,743.13 | 157,391.97 | | | | | | | 2,351.16 | |
| 61-90 | 13,563.60 | 10,634.86 | | | | | | | 2,928.74 | |
| 91+ | 849,054.37 | 587,066.76 | | 214,380.58 | | | | | 47,607.03 | |
| TOTAL | $1,379,192.93 | $981,585.80 | $0.00 | $214,380.58 | $0.00 | $17,274.68 | $69,500.00 | $40,558.62 | $55,893.25 | $0.00 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0-30 DAYS | 516,875.26 | 882,651.51 | 745,214.51 | 1,741,035.36 | 505,671.95 | 0.00 | 0.00 | 3,309.90 | 1,293.59 | 0.00 | 506.41 | 0.00 | 0.00 | 0.00 |
| 31-60 DAYS | 310,341.92 | 139,008.00 | 165,943.88 | 316,560.00 | 242,863.76 | 82,568.01 | 0.00 | | 0.00 | 1,293.59 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61-90 DAYS | 117,150.00 | 55,550.67 | 0.00 | 39,060.00 | 316,560.00 | 154,243.76 | 0.00 | | 0.00 | 0.00 | 1,293.59 | 0.00 | 0.00 | 0.00 |
| 91+ DAYS | 120,970.52 | 164,270.52 | 161,586.19 | 128,586.19 | 29,870.00 | 296,430.00 | 354,910.00 | 304,910.00 | 254,910.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | $1,065,337.70 | 1,241,480.70 | $1,072,744.58 | $2,225,241.55 | $1,094,965.71 | $533,241.77 | $354,910.00 | $308,219.90 | $256,203.59 | $1,293.59 | $1,800.00 | $0.00 | $0.00 | $0.00 |

MOR-5

*Revised 07/01/98*

**CASE NAME:** Newsco International Energy Services USA Inc.
**CASE NUMBER:** 19-36767

## STATEMENT OF INCOME (LOSS)

| | MONTH Dec-19 | MONTH Jan-20 | MONTH Feb-20 | MONTH Mar-20 | MONTH Apr-20 | MONTH May-20 | MONTH Jun-20 | MONTH Jul-20 | MONTH Aug-20 | MONTH Sep-20 | MONTH Oct-20 | MONTH Nov-20 | MONTH Dec-20 | MONTH Jan-21 | FILING TO DATE 1/31/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 171,951.92 | 668,301.50 | 1,246,949.10 | 623,290.81 | 199,265.00 | 0.00 | 16,725.00 | 3,309.90 | 1,195.00 | -16,725.00 | 2,340.00 | | | | 2,916,603.23 |
| TOTAL COST OF REVENUES | 130,267.87 | 431,033.91 | 827,318.26 | 444,127.32 | 129,647.94 | 59,807.19 | 17,754.39 | -2,213.02 | -48.00 | | 12,184.76 | | | | 2,049,880.62 |
| GROSS PROFIT | 41,684.05 | 237,267.59 | 419,630.84 | 179,163.49 | 69,617.06 | -59,807.19 | -1,029.39 | 5,522.92 | 1,243.00 | -16,725.00 | -9,844.76 | 0.00 | 0.00 | 0.00 | 866,722.61 |
| OPERATING EXPENSES: | | | | | | | | | | | | | | | |
| Selling & Marketing | | | | | | | | | | | | | | | 0.00 |
| General & Administrative | 243,527.17 | 335,690.35 | 293,324.51 | 302,174.35 | 216,774.67 | 129,179.52 | 89,996.12 | 122,522.15 | 103,358.45 | 101,188.93 | 78,580.26 | 82,453.55 | 92,505.61 | 115,371.64 | 2,306,647.27 |
| Insiders Compensation | 29,948.06 | 49,913.93 | 39,931.14 | 39,930.74 | 39,930.74 | 39,930.74 | 39,930.74 | 28,389.43 | 20,330.78 | 18,766.20 | 17,281.20 | 12,465.10 | 500.00 | 0.00 | 377,248.79 |
| Professional Fees | 15,000.00 | | | | | | | | | | | | | | 15,000.00 |
| Other | | | | | 941.36 | | | | | | | | | | 941.36 |
| Other | | | | | | | | | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 288,475.22 | 385,604.27 | 333,255.65 | 342,105.09 | 257,646.77 | 169,110.26 | 129,926.86 | 150,911.58 | 123,689.23 | 119,955.13 | 95,861.46 | 94,918.65 | 93,005.61 | 115,371.64 | 2,699,837.42 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -246,791.17 | -148,336.68 | 86,375.19 | -162,941.60 | -188,029.71 | -228,917.45 | -130,956.25 | -145,388.66 | -122,446.23 | -136,680.13 | -105,706.22 | -94,918.65 | -93,005.61 | -115,371.64 | -1,833,114.81 |
| INTEREST EXPENSE | | 7,504.61 | 12,644.80 | 26,441.90 | 32,214.15 | -1,646.33 | 16,730.07 | 15,199.57 | 12,000.00 | 12,222.72 | -20,022.98 | 1,722.72 | 1,611.21 | 3,413.44 | 120,035.88 |
| DEPRECIATION | 161,232.89 | 116,035.78 | 116,035.95 | 116,035.99 | 116,035.99 | 101,703.70 | 47,512.11 | 51,022.05 | 28,446.43 | 24,767.45 | 22,936.57 | 22,488.23 | 21,203.80 | 20,362.50 | 965,819.44 |
| OTHER (INCOME) EXPENSE* Note 1 | | -18,089.64 | | | -2,590.70 | -14,527.34 | -10,482.99 | -109.14 | -107,657.97 | | -141.58 | -210.59 | -1,298.95 | -1,045.56 | -196,238.91 |
| OTHER ITEMS** Note 2 | | | 76,274.69 | 80,927.99 | 145,199.61 | 43,125.81 | 13,652.91 | 18,200.00 | 25,641.12 | 28,753.60 | 21,607.00 | 1,822.81 | 25,000.00 | 96,571.19 | 77,360.00 | 654,136.73 |
| TOTAL INT, DEPR & OTHER ITEMS | 161,232.89 | 181,725.44 | 209,608.74 | 247,593.05 | 188,785.25 | 99,182.94 | 71,959.19 | 91,753.60 | -38,457.94 | 58,597.17 | 4,594.82 | 49,000.36 | 118,087.25 | 100,090.38 | 1,543,753.14 |
| NET INCOME BEFORE TAXES | -408,024.06 | -330,062.12 | -123,233.55 | -410,534.65 | -376,814.96 | -328,100.39 | -202,915.44 | -237,142.26 | -83,988.29 | -195,277.30 | -110,301.04 | -143,919.01 | -211,092.86 | -215,462.02 | -3,376,867.95 |
| FEDERAL INCOME TAXES | | | | | | | | | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($408,024.06) | ($330,062.12) | ($123,233.55) | ($410,534.65) | ($376,814.96) | ($328,100.39) | ($202,915.44) | ($237,142.26) | ($83,988.29) | ($195,277.30) | ($110,301.04) | ($143,919.01) | ($211,092.86) | ($215,462.02) | ($3,376,867.95) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*
* *Footnote Mandatory*
* * *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

MOR-6

*Revised 07/01/98*

Note 1: Gain on disposition of truck (insurance settlement) on 1.24.20, Gain on disposition of Casper assets (3.31.20 & 5.31.20 & 6.30.20)
Note 1: Other Income - Payroll Retention Credit of $107,494.71 and foreign currency exchange gain of $163.26
Note 2: Reorganization expenses: legal ($45,000), travel ($6,274.69) & shipping/relocation ($25,000) = $76,274.69 - Jan 20
Note 2: Reorganization expenses: legal ($54,081.50), travel ($9,096.49) & shipping/relocation ($17,750) = $80,927.99 - Feb 20
Note 2: Reorganization expenses: legal ($133,550.55), travel ($3,495.39), shipping/relocation ($6,343.67) & contract labor ($1,810)= $145,199.61- Mar 20
Note 2: Reorganization expenses: legal ($39,050.81), shipping/relocation ($4,075) = $43,125.81- Apr 20
Note 2: Reorganization expenses: legal ($10,068.64), US Trustee Fees ($3,584.27) - May 20
Note 2: Reorganization expenses (accrued): legal ($15,000), US Trustee Fees ($3,200) - June 20
Note 2: Reorganization expenses (accrued): legal ($10,000), US Trustee Fees ($2,141.12), Appraisal Fees ($13,500) - July 20
Note 2: Reorganization expenses (accrued): legal ($25,000), US Trustee Fees ($1,265.09), Appraisal Fees - Travel ($540), Inspection Fees ($220.81), Immigration Fees ($1727.70) - August 20
Note 2: Reorganization expenses (accrued): legal ($20,000), US Trustee Fees ($1,607), - September 20
Note 2: Reorganization expenses (accrued): US Trustee Fees ($1,823), - October 20
Note 2: Reorganization expenses (accrued): US Trustee Fees ($1,500), legal ($23,500) - November 20
Note 2: Reorganization expenses (accrued): legal & professional ($96,571)

Legal\A6639\A24699\4850-2048-2148.v1-1/21/20

**CASE NAME:** Newsco International Energy Services USA Inc.
**CASE NUMBER:** 19-36767

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Dec-19 | MONTH Jan-20 | MONTH Feb-20 | MONTH Mar-20 | MONTH Apr-20 | MONTH May-20 | MONTH Jun-20 | MONTH Jul-20 | MONTH Aug-20 | MONTH Sep-20 | MONTH Oct-20 | MONTH Nov-20 | MONTH Dec-20 | MONTH Jan-21 | FILING TO 1/31/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $14,787.01 | $129,489.06 | $206,741.02 | $51,842.54 | $451,007.19 | $472,359.10 | $210,294.24 | $138,552.94 | $40,500.08 | $78,750.77 | $175,675.48 | $43,393.10 | $5,932.22 | $937.17 | $14,787.01 |
| **RECEIPTS:** | | | | | | | | | | | | | | | |
| 2. CASH SALES | | | | | | | | | | | 700.00 | | | | 700.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | 47,935.00 | 58,235.00 | 33,000.00 | 106,035.50 | | 29,870.00 | | | | 1,800.00 | | | | 276,875.50 |
| 4. LOANS & ADVANCES (attach list) | 877,737.52 | 870,456.24 | 580,783.34 | 1,263,913.10 | 429,746.16 | 42,406.17 | 88,833.56 | 49,680.00 | 49,975.00 | 254,885.00 | | | | | 4,508,416.09 |
| 5. SALE OF ASSETS | | 18,089.64 | | 27,309.40 | 2,590.70 | 50,000.00 | 9,000.00 | | | | | | | | 106,989.74 |
| 6. OTHER (attach list) | 832.95 | 731.60 | 81,834.45 | 29,917.47 | 14.93 | 3,719.84 | | 24,652.87 | 114,784.95 | 2,850.74 | 498.77 | 37,139.84 | 20,001.48 | 5,171.42 | 322,151.31 |
| TOTAL RECEIPTS** | 878,570.47 | 937,212.48 | 720,852.79 | 1,354,139.97 | 538,387.29 | 96,126.01 | 127,703.56 | 74,332.87 | 164,759.95 | 257,735.74 | 1,198.77 | 38,939.84 | 20,001.48 | 5,171.42 | 5,215,132.64 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | | | | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | | | | | | | | | |
| 7. NET PAYROLL | 293,537.27 | 174,745.90 | 194,513.58 | 198,144.50 | 145,879.03 | 83,849.84 | 78,072.41 | 48,419.45 | 48,156.06 | 50,899.81 | 39,297.46 | 29,517.45 | 3,305.88 | | 1,388,338.64 |
| 8. PAYROLL TAXES PAID | 94,272.91 | 80,876.66 | 85,334.10 | 86,616.57 | 61,668.27 | 31,884.32 | 27,918.66 | 16,351.32 | 15,238.51 | 20,518.89 | 11,739.41 | 9,644.59 | 1,003.20 | | 543,067.41 |
| 9. SALES, USE & OTHER TAXES PAID | | | 51.00 | | | 82.50 | | | | | | | | 53.30 | 186.80 |
| 10. SECURED/RENTAL/LEASES | 12,933.87 | 42,846.72 | 17,465.21 | 18,121.65 | 13,744.71 | 23,889.91 | 15,485.00 | 15,450.00 | 15,450.00 | 15,450.00 | 12,600.00 | 12,600.00 | 600.00 | | 216,637.07 |
| 11. UTILITIES & TELEPHONE | | 4,371.69 | 1,899.79 | 4,442.93 | 2,074.40 | 1,743.35 | 1,640.01 | 1,674.21 | 2,936.62 | 2,764.61 | 1,562.26 | 1,185.47 | 1,406.18 | 1,680.02 | 29,381.54 |
| 12. INSURANCE - note 1 | 9,904.08 | 26,721.00 | 18,320.04 | 38,312.54 | 25,643.06 | 18,312.54 | 16,894.90 | 8,408.46 | 1,687.95 | | 41,745.73 | 7,065.73 | 7,020.73 | 27.00 | 220,063.76 |
| 13. INVENTORY PURCHASES | | 25,435.71 | 12,392.02 | 16,286.87 | | | | | 879.86 | | | | | 1.00 | 54,995.46 |
| 14. VEHICLE EXPENSES | | | | | | | 120.00 | 240.00 | | | | | | | 360.00 |
| 15. TRAVEL & ENTERTAINMENT | 362.30 | 5,307.87 | 8,821.48 | | | | | | 120.00 | 150.00 | 1,650.00 | 200.00 | 100.00 | 100.00 | 16,811.65 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 649.49 | 3,535.36 | 221.96 | 544.48 | 391.01 | 949.65 | | 228.01 | 159.41 | | 30.00 | 34.16 | | | 6,743.53 |
| 17. ADMINISTRATIVE & SELLING | 1,717.00 | 90.10 | 711.04 | 1,116.48 | 3,013.26 | 790.62 | 875.21 | 490.41 | 740.95 | 515.92 | 682.42 | 983.40 | | 597.78 | 12,324.59 |
| 18. OTHER (attach list) | 350,491.50 | 492,489.51 | 531,146.05 | 506,353.66 | 221,494.53 | 138,238.19 | 58,438.67 | 34,332.16 | 33,629.09 | 60,511.80 | 19,298.87 | 15,169.92 | 11,560.54 | 1,158.66 | 2,474,313.15 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 763,868.42 | 856,420.52 | 870,876.27 | 869,939.68 | 473,908.27 | 299,740.92 | 199,444.86 | 125,594.02 | 118,998.45 | 150,811.03 | 128,606.15 | 76,400.72 | 24,996.53 | 3,617.76 | 4,963,223.60 |
| 19. PROFESSIONAL FEES | | 3,540.00 | | 47,880.90 | 14,410.00 | 58,449.95 | | 36,045.00 | 7,290.00 | 10,000.00 | | | | | 177,615.85 |
| 20. U.S. TRUSTEE FEES | | | 4,875.00 | | 26,907.11 | | | 10,746.71 | | | 4,875.00 | | | | 47,403.82 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | 37,154.74 | 1,810.00 | | | | 220.81 | | | | | | 39,185.55 |
| TOTAL DISBURSEMENTS** | 763,868.42 | 859,960.52 | 875,751.27 | 954,975.32 | 517,035.38 | 358,190.87 | 199,444.86 | 172,385.73 | 126,509.26 | 160,811.03 | 133,481.15 | 76,400.72 | 24,996.53 | 3,617.76 | 5,227,428.82 |
| 22. NET CASH FLOW | 114,702.05 | 77,251.96 | -154,898.48 | 399,164.65 | 21,351.91 | -262,064.86 | -71,741.30 | -98,052.86 | 38,250.69 | 96,924.71 | -132,282.38 | -37,460.88 | -4,995.05 | 1,553.66 | -12,296.18 |
| 23. CASH - END OF MONTH (MOR-2) | $129,489.06 | $206,741.02 | $51,842.54 | $451,007.19 | $472,359.10 | $210,294.24 | $138,552.94 | $40,500.08 | $78,750.77 | $175,675.48 | $43,393.10 | $5,932.22 | $937.17 | $2,490.83 | $2,490.83 |

* Applies to Individual debtors only

MOR-7   **Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

Note 1: Insurance payment of $41,745.73 in Oct 20 includes down payment of $34,652 and 1st month installment of $7,093.73 (note payable) for general liability insurance policy 9.15.20-9.15.21.

Legal\A6639\A24699\4850-2048-2148.v1-1/21/20

**CASE NAME:** Newsco International Energy Services USA Inc.
**CASE NUMBER:** 19-36767

| RECEIPTS: | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4. LOANS & ADVANCES | | | | | | | | | | | | | | | |
| SouthStar - Funding Advance | 180,000.00 | 448,407.30 | 38,075.00 | 130,407.50 | 219,833.17 | | | | | | | | | | 1,016,722.97 |
| SouthStar - Funding Advance | 145,072.49 | 33,917.31 | 157,820.00 | 138,109.31 | 70,450.51 | | | | | | | | | | 545,369.62 |
| SouthStar - Funding Advance | 497,992.96 | 267,840.79 | 97,647.76 | 125,000.00 | 139,462.48 | | | | | | | | | | 1,127,943.99 |
| SouthStar - Funding Advance | 54,672.07 | 120,290.84 | 138,618.50 | 67,146.09 | | | | | | | | | | | 380,727.50 |
| SouthStar - Funding Advance | | | 45,154.80 | 719,323.70 | | | | | | | | | | | 764,478.50 |
| SouthStar - Funding Advance | | | 103,467.28 | 75,302.00 | | | | | | | | | | | 178,769.28 |
| SouthStar - Funding Reserve | | | | | | 26,680.32 | 60,626.27 | 49,680.00 | 49,975.00 | 254,885.00 | | | | | 441,846.59 |
| SouthStar - Funding Reserve | | | | 8,624.50 | | 15,725.85 | | | | | | | | | 24,350.35 |
| 8. OTHER | 877,737.52 | 870,456.24 | 580,783.34 | 1,263,913.10 | 429,746.16 | 42,406.17 | 60,626.27 | 49,680.00 | 49,975.00 | 254,885.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,480,208.80 |
| Utilities/Supplies - Refund | 832.95 | | | | 14.93 | | | | | | 357.19 | | | | 1,205.07 |
| AMEX - Refund | | 731.60 | | | | | | | | | | | | | 731.60 |
| Cobra - Health Benefits (Former Employees) | | | 5,120.04 | 3,366.84 | | 2,035.49 | 5,568.55 | 4,886.23 | 2,850.74 | 2,850.74 | | 3,565.48 | 5,701.48 | 3,565.48 | 39,511.07 |
| Telemetrix - IC - reimb insurance | | | | | | | | | | | | 30,259.77 | 14,300.00 | 1,600.00 | 46,159.77 |
| Insurance Refund | | | | | | 1,485.00 | 22,416.00 | | | | | 3,104.00 | | | 27,005.00 |
| Equipment Rental - Refund - Baker Hughes/SLB | | | 76,010.00 | 2,988.13 | | | | | 18,922.50 | | | | | | 97,920.63 |
| Security Deposit Refund | | | | 23,562.50 | | | 222.74 | | | | | | | | 23,785.24 |
| State Tax Refund | | | 704.41 | | | | | | | 1,676.24 | | | | 5.94 | 2,386.59 |
| Cell Phones | | | | | | | | 735.00 | | | | | | | 735.00 |
| IRS - Payroll Retention Credit - Q2 2020 | | | | | | | | | 107,494.71 | | | | | | 107,494.71 |
| Sale of inventory parts | | | | | | | | | 2,600.00 | | | | | | 2,600.00 |
| Foreign Currency Gain (CAD) | | | | | | 199.35 | | 109.14 | 163.26 | | 141.58 | 210.59 | | | 823.92 |
| TOTAL OTHER RECEIPTS | 878,570.47 | 871,187.84 | 662,617.79 | 1,293,830.57 | 429,761.09 | 46,126.01 | 88,833.56 | 74,332.87 | 164,759.95 | 257,735.74 | 498.77 | 37,139.84 | 20,001.48 | 5,171.42 | 4,830,567.40 |
| 18. OTHER (attach list) | | | | | | | | | | | | | | | |
| Settlement - AP - Pre-Petition | 170,000.00 | 293,507.68 | | | | | | | | | | | | | 463,507.68 |
| Equipment Rentals | | | 81,897.44 | 154,210.47 | 54,388.61 | 85,326.49 | 33,779.67 | 13,000.00 | 22,000.00 | 28,996.02 | 1,000.00 | | | | 474,598.70 |
| Equipment Rentals - RSS Tool | | | 260,000.00 | 147,438.22 | | | | | | | | | | | 407,438.22 |
| Postage & Shipping | | 90.72 | 155.30 | 17.99 | 30.09 | 1,343.17 | 18.17 | 268.60 | 257.10 | | 93.00 | | | | 2,274.14 |
| Subscriptions | | 325.13 | 325.13 | 325.13 | 5,495.23 | 325.13 | 3,828.31 | 1,107.55 | 628.17 | 32.42 | 650.26 | 357.55 | 32.42 | 32.42 | 13,464.85 |
| Trucking | | 5,024.69 | 1,924.00 | 5,908.00 | | 2,170.00 | | 250.00 | 750.00 | | | | | | 16,026.69 |
| Bank Fees | 1,600.00 | 1,703.97 | 2,291.65 | 787.73 | 851.54 | 716.49 | 806.27 | 655.56 | 492.05 | 554.60 | 444.65 | 458.00 | 135.08 | 1,126.24 | 12,623.83 |
| Cell Phones | 725.74 | 1,818.69 | | 830.03 | 787.73 | | | 416.53 | 415.06 | | 432.80 | 471.76 | 470.68 | | 6,369.02 |
| Contractors | 102,571.97 | 30,969.32 | 126,421.33 | 151,893.27 | 98,922.23 | 20,063.09 | 975.00 | | 601.42 | 1,150.00 | | | | | 533,567.63 |
| Employee Benefits | 41,201.30 | 53,401.02 | 40,074.22 | 32,128.13 | 41,526.53 | 17,352.39 | 17,931.25 | 17,944.17 | 7,795.54 | 17,089.01 | 16,144.31 | 13,502.81 | 10,922.36 | | 327,013.04 |
| HSA Contributions | 1,660.65 | 1,640.00 | 861.30 | 1,799.89 | 1,424.37 | 759.75 | 1,100.00 | | 689.75 | 689.75 | 483.85 | 379.80 | | | 12,178.86 |
| Shared Services | 32,731.84 | 27,998.29 | 17,195.68 | 10,778.68 | 17,195.68 | 10,181.68 | | | | | 12,000.00 | | | | 128,081.85 |
| Uniforms | | | | 236.12 | | | | | | | | | | | 236.12 |
| Prepaid Equipment Rental - Baker Hughes | | 76,010.00 | | | | | | | | | | | | | 76,010.00 |
| Business Registration Fees | | | | | 872.52 | | | | | | 50.00 | | | | 922.52 |
| TOTAL OTHER DISBURSEMENTS | 350,491.50 | 492,489.51 | 531,146.05 | 506,353.66 | 221,494.53 | 138,238.19 | 58,438.67 | 34,332.16 | 33,629.09 | 60,511.80 | 19,298.87 | 15,169.92 | 11,560.54 | 1,158.66 | 2,474,313.15 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | | | | | | | |
| Expedited Logistics and Freight Svc LLC | | | | 34,325.00 | | | | | | | | | | | 34,325.00 |
| Relocation - contract labor | | | | | 1,810.00 | | | | | | | | | | 1,810.00 |
| Relocation - travel (meals & lodging) | | | | 2,829.74 | | | | | 220.81 | | | | | | 3,050.55 |
| TOTAL OTHER REORGANIZATION EXPENSES | 0.00 | 0.00 | 0.00 | 37,154.74 | 1,810.00 | 0.00 | 0.00 | 0.00 | 220.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39,185.55 |

CASE NAME: Newsco International Energy Services USA Inc.
CASE NUMBER: 19-36767

## CASH ACCOUNT RECONCILIATION
MONTH OF Jan-21

| BANK NAME | Wells Fargo | Wells Fargo | Wells Fargo | Wells Fargo | Wells Fargo | Wells Fargo | |
|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | 8435786663 | 8435786887 | 8435786895 | 6503401199 | 8504392518 | 7271337235 | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *CASPER FUNDS* | *CONROE FUNDS* | *HOUSTON FUNDS* | *TOTAL* |
| BANK BALANCE - January 1, 2021 | 464.77 | 472.40 | 0.00 | 0.00 | 0.00 | 0.00 | $937.17 |
| DEPOSITS IN TRANSIT | 5,165.48 | 70.94 | 0.00 | | | | $5,236.42 |
| OUTSTANDING CHECKS | 3,137.09 | 545.67 | 0.00 | | | | $3,682.76 |
| ADJUSTED BANK BALANCE | $2,493.16 | ($2.33) | $0.00 | $0.00 | $0.00 | $0.00 | $2,490.83 |
| BEGINNING CASH - PER BOOKS | 464.77 | 472.40 | 0.00 | 0.00 | 0.00 | 0.00 | $937.17 |
| RECEIPTS* | 5,165.48 | 5.94 | 0.00 | 0.00 | 0.00 | 0.00 | $5,171.42 |
| TRANSFERS BETWEEN ACCOUNTS | -65.00 | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 3,072.09 | 545.67 | 0.00 | | | 0.00 | $3,617.76 |
| ENDING CASH - PER BOOKS | $2,493.16 | ($2.33) | $0.00 | $0.00 | $0.00 | $0.00 | $2,490.83 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
 TOTAL DISBURSEMENTS lines on MOR-7
^The Debtor does not have a bank account.

*Revised 07/01/98*

Legal\A6639\A24699\4850-2048-2148.v1-1/21/20

**CASE NAME:** Newsco International Energy Services USA Inc.
**CASE NUMBER:** 19-36767

### PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH 19-Dec | MONTH 20-Jan | MONTH 20-Feb | MONTH 20-Mar | MONTH 20-Apr | MONTH 20-May | MONTH 20-Jun | MONTH 20-Jul | MONTH 20-Aug | MONTH 20-Sep | MONTH 20-Oct | MONTH 20-Nov | MONTH 20-Dec | MONTH 21-Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Corey Campbell - Net Wages | 8,961.67 | 14,990.43 | 11,364.78 | 15,014.79 | 9,216.14 | 8,144.18 | 7,253.65 | 9,329.92 | 7,567.90 | 6,059.86 | 5,553.31 | 5,084.45 | 500.00 | |
| 2. Biswajit Mishra - Net Wages | 5,080.74 | 15,257.55 | 11,876.17 | 10,313.56 | 8,531.86 | 8,242.48 | 6,795.73 | 9,470.22 | 6,370.02 | 6,313.48 | 5,825.91 | 3,662.21 | | |
| 3. Billy Melville - Net Wages | 5,120.97 | 15,376.62 | 10,251.08 | 11,651.08 | 8,611.24 | 8,321.86 | 6,875.11 | 9,589.29 | 6,392.86 | 6,392.86 | 5,901.98 | 3,718.44 | | |
| 4. | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $19,163.38 | $45,624.60 | $33,492.03 | $36,979.43 | $26,359.24 | $24,708.52 | $20,924.49 | $28,389.43 | $20,330.78 | $18,766.20 | $17,281.20 | $12,465.10 | $500.00 | $0.00 |

| PROFESSIONALS | MONTH 19-Dec | MONTH 20-Jan | MONTH 20-Feb | MONTH 20-Mar | MONTH 20-Apr | MONTH 20-May | MONTH 20-Jun | MONTH 20-Jul | MONTH 20-Aug | MONTH 20-Sep | MONTH 20-Oct | MONTH 20-Nov | MONTH 20-Dec | MONTH 21-Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Clark Hill Strasburger | | | | 43,933.90 | 10,000.00 | 58,449.95 | | 25,000.00 | | 10,000.00 | | | | |
| 2. Renshaw PC | | | | 3,947.00 | | | | | | | | | | |
| 3. Skogen Cometto & Associates | | | | | | | | 4,295.00 | | | | | | |
| 4. Gordon Brothers | | | | | | | | 6,750.00 | 7,290.00 | | | | | |
| 5. | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $47,880.90 | $10,000.00 | $58,449.95 | $0.00 | $36,045.00 | $7,290.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9