

ENTERED
03/30/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NEWSCO INTERNATIONAL ENERGY SERVICES USA, INC., | § § § | CASE NO. 19-36767 (DRJ) (Chapter 11) |
| | § | |
| Debtor. | § | |

**ORDER GRANTING SECOND AND FINAL APPLICATION FOR COMPENSATION OF RENSHAW, P.C., COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

[Relates to Docket No. __240__]

The Court, having considered the Second and Final Application for Allowance of Compensation filed by Renshaw, P.C. ("Renshaw") for the period of April 1, 2020 through January 31, 2021, hereby GRANTS the Application. It is therefore,

**ORDERED** that

a) Renshaw's fees are allowed on a final basis in the total amount of $21,027.50; and

b) Renshaw's expenses are allowed on a final basis in the total amount of $272.55; and

c) Renshaw is authorized and allowed payment of the final sum of **$7,360.00**, after credit for past payment.

Signed: March 30, 2021.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE