IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| NEWSCO INTERNATIONAL ENERGY SERVICES USA INC., | § Case No. 19-36767 (DRJ) |
| Debtor. | § |

**Chapter 11 Fee Application Summary**
**Second and Final Application for Compensation of Clark Hill Strasburger**

| | Beginning of Period | End of Period |
|---|---|---|
| **Name of Applicant:** | Clark Hill Strasburger | |
| **Applicant's Role in Case:** | Counsel to Debtor | |
| **Date Order of Employment Signed:** | 01/10/20 [Docket No. 54] | |
| **Time period covered by this Application:** | 12/04/2019 | 2/28/2021 |
| **Time period(s) covered by prior Applications:** | 12/04/2019 | 02/28/2020 |
| **Total amounts awarded in all prior Applications:** | | $209,771.65 |
| **Total fees requested in this Application:** | | $482,525.50[1] |
| **Total professional fees requested in this Application:** | | $414,640.50 |
| **Total actual professional hours covered by this Application:** | | 719.44 |
| **Average hourly rate for professionals:** | | $576.34 |
| **Total paraprofessional fees requested in this Application:** | | $67,885.00 |
| **Total actual paraprofessional hours covered by this Application:** | | 226.0 |
| **Average hourly rate for paraprofessionals:** | | $300.37 |
| **Reimbursable expenses sought in this application:** | | $9,338.34 |
| **Total to be Paid to Priority Unsecured Creditors:** | | $481,744.01 |
| **Anticipated % Dividend to Priority Unsecured Creditors:** | | 100% |
| **Total to be Paid to General Unsecured Creditors:** | | $271,118.94 |
| **Anticipated % Dividend to General Unsecured Creditors:** | | 5% |
| **Date of Confirmation Hearing:** | | 12/22/2020 |

---

[1] Plus an additional amount of $3,900.00 for preparation of the Final Application.

ClarkHill\J1452\397071\260260052.v2-3/24/21

| | |
|---|---|
| **Indicate whether plan has been confirmed:** | Yes (Dkt. No. 232) |