IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NEWSCO INTERNATIONAL ENERGY | § | Case No. 19-36767 (DRJ) |
| SERVICES USA INC., | § | |
| Debtor. | § | |

**ORDER GRANTING SECOND AND FINAL APPLICATION OF CLARK HILL STRASBUGER FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 4, 2019 THROUGH FEBRUARY 28, 2021**

(Docket No. 242)

Came on for consideration the *Second and Final Interim Application for Compensation and Reimbursement of Expenses for the Period December 4, 2019 through February 28, 2021* (the "Final Application") filed by Clark Hill Strasburger ("CHS"), Court approved counsel for the Debtor. After consideration of the Final Application and any responses filed thereto, the Court is of the opinion that the Final Application should be granted. Therefore, it is hereby

ORDERED that the Final Application is granted, and fees in the amount of $482,525.50 and expenses in the amount of $9,338.34, for a total of $491,863.84 for the Period December 4, 2019 through February 28, 2021 are hereby approved and allowed. It is further

ORDERED that additional fees in the amount of $3,900.00 are approved and allowed for the preparation of the Final Application. It is further

ORDERED that the amount previously paid by the Debtor pursuant to the Compensation Procedures Order [Dkt. 64] for the period March 2020 through February 2021 in the amount of $220,632.00 is hereby approved and allowed. It is further

ORDERED that Applicant is authorized to pay itself approved fees and expenses in the remaining balance amount of $59,058.20 from its trust account.

**Signed: April 05, 2021.**

---
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

**STEPHEN A. ROBERTS**
stephen.roberts@clarkhillstrasburger.com
CLARK HILL STRASBURGER
720 Brazos, Suite 700
Austin, TX 78701
(512) 499-3624- Telephone

**HERBERT J. GILLES**
herbert.gilles@clarkhillstrasburger.com
CLARK HILL STRASBURGER
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 651-2167- Telephone

**ATTORNEYS FOR NEWSCO INTERNATIONAL ENERGY SERVICES USA, INC.**